**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WATER GREMLIN COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11775 (LSS)<br><br>(Jointly Administered) |

**<u>SCHEDULES OF ASSETS AND LIABILITIES
FOR WATER GREMLIN COMPANY</u>**

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WG Sub, LLC ("<u>WG Sub</u>") (0781), Okabe Holding USA, Inc. ("<u>Holdings</u>") (9250), and Water Gremlin Company ("<u>Water Gremlin</u>") (6396).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WATER GREMLIN COMPANY, et al., [1] | ) | Case No. 23-11775 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]  In the event that the Schedules and/or Statements differ from these Global Notes, these Global Notes control.

While the Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (as defined in section 101(5) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WG Sub, LLC ("**WG Sub**") (0781), Water Gremlin Holdings, Inc. ("**Holdings**") (9250), and Water Gremlin Company ("**Water Gremlin**") (6396).

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors may reference an individual Debtor's Schedules and Statements and not those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such reference to any of the Schedules and Statements of any other Debtor, as applicable.

"**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules or Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to the Debtors' Chapter 11 Cases (as defined herein) (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers).

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), arising from the accuracy or completeness of the data provided herein whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Bradley J. Hartsell, the President or Authorized Person of the Debtors, has signed the Schedules and Statements. Mr. Hartsell is an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hartsell has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Mr. Hartsell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

## I. GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. ***Description of the Chapter 11 Case.*** On October 27, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code (the "**Chapter 11 Cases**"). On November 1, 2023, an order was entered directing joint administration of these Chapter 11 Cases [Docket No. 33]. Notwithstanding the joint administration of the Debtors' Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date. On November 7, 2023, the United States Trustee for the District of Delaware

(the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2.      ***Basis of Presentation.*** For financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("**GAAP**"). The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

3.      Moreover, given, among other things, the extent of the Debtors' unused net operating losses and the uncertainty surrounding the valuation and nature of certain of the Debtors' assets and liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.

4.      ***Reservation and Limitations.*** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

5.      ***No Admission.*** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtor, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

## II. GENERAL DISCLOSURE APPLICATION TO SCHEDULES AND STATEMENTS

6.      ***Causes of Action.*** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim,

3

counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules nor the Statements shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

7.      *Recharacterization.* The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

8.      *Claim Designations.* Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F part 1 as "unsecured priority" or (iii) on Schedule E/F part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' rights to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtors' right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

9.      *Totals.* All totals that are included in the Schedules and Statements represent totals of all known and estimated amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent and/or disputed claims, it is possible that the summary statistics in the Schedules, Statements and Global Notes may understate the Debtors' liabilities (possibly to a significant extent).

10.     *Court Orders.* Pursuant to certain orders of the Bankruptcy Court, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims, including with respect to employees, among others. Accordingly, certain of these liabilities may have been, or will be, satisfied in accordance with such orders. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date. However, the estimates of claims set forth in the

Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

11.     ***Other Paid Claims***. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections or notices of satisfaction of such claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12.     ***Liabilities.*** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and Statements as is necessary or appropriate. The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

13.     ***Currency.*** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14.     ***Valuation.*** The Debtors believe it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown. Unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Exceptions to this include operating cash and certain other assets as described herein. Operating cash is presented as bank balances as of the Petition Date.  Amounts ultimately realized may vary from net book value, and such variance may be material. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

15.     ***Leases.*** Nothing in the Schedules or Statements (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. The Debtors lease facilities under various lease agreements. These leases are reported on the Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the respective Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F Part 2.

16.      *Estimates.* To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

17.      *Fiscal Year.* The Debtors' fiscal years end on September 30.

18.      *Intellectual Property Rights.* Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

19.      *Liens.* The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20.      *Credits and Adjustments*. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

21.      *Insiders*. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

22.      *Intercompany Claims*. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively. The listing of any amounts with respect to  such receivables and payables is not, and should not be construed as, an admission

of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims. The Debtors engage in limited intercompany transactions with each other, including the payment or funding of certain operating expenses as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions, (II) Waiving the Requirements of Section 345(b) On An Interim Basis, and (III) Granting Related Relief* [Docket No. 12] (the "**Cash Management Motion**").

### III.    SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

23.    ***Schedule A/B – All Assets.*** Except as otherwise set forth herein, the value of all assets listed on Schedule A/B are as of the Petition Date, as reflected in the Debtors' books and records. The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in each Debtors' books and records.

24.    ***Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.*** Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and the orders of the Bankruptcy Court granting the Cash Management Motion. The Debtors' bank account balances, and the balances of deposits and prepayments, are reported as of the Petition Date.

25.    ***Schedule D - Creditors Holding Secured Claims.*** The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtors' Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements. Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D. In addition, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

26.    ***Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims.*** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

27.    The Debtors have obtained authority from the Bankruptcy Court to pay certain prepetition claims, including those of employees pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 91] (the "**Wage Order**"). The Wage Order authorizes the Debtor to pay in the ordinary course accrued but unpaid PTO upon termination of an employee, unless such amount

exceeds the limits of sections 507(a)(4) and 507(a)(5). The Debtors expect that all or most prepetition claims of current employees for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business. Thus, Schedule E/F Part 1 does not include prepetition claims of employees on account of wages, salaries, benefits and other obligations that the Debtors have paid or expect to pay in the ordinary course of business, however Schedule E/F Part 1 does list claims for accrued but unpaid PTO. To the extent any claims on account of employee wages, salaries, benefits, and other obligations are not paid, the Debtors reserve the right to amend Schedule E/F Part 1 and Part 2, as necessary or appropriate.

28.    The unsecured non-priority claims of creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the estimated accrued amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.

29.    Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

30.    ***Schedule G - Unexpired Leases and Executory Contracts.*** The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts or unexpired leases listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. To the extent the Court determines a particular contract not included on Schedule G is executory, the Debtors will amend Schedule G to add that contract, as necessary or appropriate.

31.    In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

32.    Omission of a contract or agreement from Schedule G does not constitute an

admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## IV.    SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

33.    ***Statements Item 7 – Litigation.*** Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

34.    ***Statements Item 22*** *– **Judicial or Administrative Proceedings Under Environmental Law.*** Despite reasonable efforts, the Debtors may not have identified in their Statements all judicial or administrative proceedings under environmental laws, including settlements and orders, to which the Debtors have been a party.  The Debtors reserve all rights with respect to any judicial or administrative proceedings under any environmental law.

35.    ***Statements Item 31 – Consolidated Group.*** As described above, for financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Although the Debtors' consolidated tax returns were not due prior to the Petition Date (and therefore such tax returns have not been filed) the Debtors anticipate being treated as a consolidated group for tax purposes.

**Fill in this information to identify the case:**

Debtor name: **Water Gremlin Company**

United States Bankruptcy Court for the: **District of Delaware**

Case number: **23-11775**

☐ **Check if this is an amended filing**

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $15,375,427.70 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $25,873,717.51 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $41,249,145.21 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)    $0.00
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $602,362.42 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $40,984,409.96 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities**    $41,586,772.38
Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and Cash Equivalents** |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Mizuho Bank | Disbursement | 0617 | $223,893.00 |
| 3.2 Mizuho Bank | Operating | 1540 | $1,522,442.01 |
| 3.3 Mizuho Bank | Time Deposits | 1540 | $0.00 |
| 3.4 U.S. Bank | Checking | 5468 | $179,484.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,925,819.01 |
| --- |

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1   None | $0.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1   AGC Networks LLC - AGC Maint 5/1/23-4/30/24 | $2,874.97 |
| 8.2   American Express - WG - Vehicle Down Payment | $1,750.00 |
| 8.3   Battery Council International - Level 6 Supplier Membership | $4,154.20 |
| 8.4   CPA Global Limited - Patent Renewals | $69,541.67 |
| 8.5   Dorsey and Whitney - Retainer | $274,376.81 |
| 8.6   EAC Design Inc - Creo Design Essentials | $8,950.60 |
| 8.7   Epicor Software Corporation - Annual License Renewal | $89,434.07 |
| 8.8   Insight Direct USA Inc - Barracuda Renewal 3 Years | $5,667.31 |
| 8.9   Insight Direct USA Inc - ESET 3 Yr Renewal | $2,142.78 |
| 8.10  Insight Direct USA Inc - Microsoft Datacenter | $3,627.04 |
| 8.11  Insight Direct USA Inc - Veeam Suite & Migration | $1,810.62 |
| 8.12  Insight Direct USA Inc - VMware Support and Sub | $1,098.43 |
| 8.13  Insight Direct USA Inc - WatchGuard Firebox | $3,350.38 |
| 8.14  Intrepid - Retainer | $80,000.00 |
| 8.15  John Henry Foster - Linear indexer & controller | $11,445.29 |

| 8.16 | Kekst - Retainer | $20,000.00 |
|------|------------------|------------|
| 8.17 | Kone Inc - Elevator Maint 12/1-11/30/23 | $844.60 |
| 8.18 | Owens Companies, Inc. - Service Contract 10/1-9/30/24 | $8,855.00 |
| 8.19 | Padilla - Retainer | $50,000.00 |
| 8.20 | QlikTech Inc - Annual Billing 12/31-12/30/23 | $1,064.00 |
| 8.21 | Riveron - Retainer | $320,804.07 |
| 8.22 | Salary.com - Market Data | $6,401.08 |
| 8.23 | Stretto - Retainer | $19,814.70 |
| 8.24 | TeamViewer US LLC - TeamViewer License | $3,894.03 |
| 8.25 | Tiffin Foundry - Gooseneck (to replace # 21) | $25,025.00 |
| 8.26 | Tiffin Foundry - Gooseneck N8678 (to replace #12) | $8,390.00 |
| 8.27 | Tiffin Foundry - Gooseneck N8847 | $25,025.00 |
| 8.28 | UKG Inc - Sub Fee Sep - Nov23 | $1,375.00 |
| 8.29 | Vadnais Heights Rental | $4,139.60 |
| 8.30 | Various suppliers - Coating supplies r/c to PPD | $83,229.15 |
| 8.31 | WB Subaru - 2022 Forester | $194.44 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,139,279.84

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

| | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|

11a. 90 days old or less:

| $5,217,090.00 | − | $0.00 | = ........ ➔ | $ 5,217,090.00 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| $95,112.17 | − | $74,980.00 | = ........ ➔ | $20,132.17 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $5,237,222.17 |
|---|

**Part 4:  Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 None | | $0.00 |
|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| 15.1 WG Sub, LLC | 100% | N/A | Undetermined |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 None | | $0.00 |
|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

**Part 5:  Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 Raw Materials | 9/30/2023 | $3,620,590.00 | Standard Cost (FIFO) | $3,620,590.00 |

**20. Work in progress**

20.1

| Work in progress | 9/30/2023 | $1,760,237.00 | Standard Cost (FIFO) | $1,760,237.00 |

**21. Finished goods, including goods held for resale**

21.1

| Finished Goods | 9/30/2023 | $4,867,614.00 | Standard Cost (FIFO) | $4,867,614.00 |

**22. Other inventory or supplies**

22.1

| None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $10,248,441.00 |

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes    Book value   Undetermined    Valuation method   N/A    Current value   Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____    _____    _____    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

|  |
|---|
| $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes   Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

39.1

_____    _____    _____    $0.00

**40. Office fixtures**

40.1

_____    _____    _____    $0.00

**41. Office equipment, including all computer equipment and communication systems equipment and software**

41.1

_____    _____    _____    $0.00

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

_____    _____    _____    $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Equipment | $6,296,930.13 | Net Book Value | $6,296,930.13 |
| 50.2<br>Land Improvement | $1,026,025.36 | Net Book Value | $1,026,025.36 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$7,322,955.49

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:    Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 North Building - 4400 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $11,295,060.93 | Net Book Value | $11,295,060.93 |
| 55.2 North Land - 4400 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $2,459,830.44 | Net Book Value | $2,459,830.44 |
| 55.3 South Building - 4316 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $869,204.76 | Net Book Value | $869,204.76 |
| 55.4 South Land - 4316 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $751,331.57 | Net Book Value | $751,331.57 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$15,375,427.70

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 Battery Part - Patent No. 1700354 (Austria) | Undetermined | N/A | Undetermined |
| 60.2 Battery Part - Patent No. 1700354 (Bulgaria) | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.3 | | | |
| Battery Part - Patent No. 1700354 (Czech Republic) | Undetermined | N/A | Underminded |
| 60.4 | | | |
| Battery Part - Patent No. 1700354 (Estonia) | Undetermined | N/A | Underminded |
| 60.5 | | | |
| Battery Part - Patent No. 1700354 (Europe) | Undetermined | N/A | Underminded |
| 60.6 | | | |
| Battery Part - Patent No. 1700354 (Finland) | Undetermined | N/A | Underminded |
| 60.7 | | | |
| Battery Part - Patent No. 1700354 (France) | Undetermined | N/A | Underminded |
| 60.8 | | | |
| Battery Part - Patent No. 1700354 (Germany) | Undetermined | N/A | Underminded |
| 60.9 | | | |
| Battery Part - Patent No. 1700354 (Greece) | Undetermined | N/A | Underminded |
| 60.10 | | | |
| Battery Part - Patent No. 1700354 (Hungary) | Undetermined | N/A | Underminded |
| 60.11 | | | |
| Battery Part - Patent No. 1700354 (Ireland) | Undetermined | N/A | Underminded |
| 60.12 | | | |
| Battery Part - Patent No. 1700354 (Italy) | Undetermined | N/A | Underminded |
| 60.13 | | | |
| Battery Part - Patent No. 1700354 (Luxembourg) | Undetermined | N/A | Underminded |
| 60.14 | | | |
| Battery Part - Patent No. 1700354 (Netherlands) | Undetermined | N/A | Underminded |
| 60.15 | | | |
| Battery Part - Patent No. 1700354 (Poland) | Undetermined | N/A | Underminded |
| 60.16 | | | |
| Battery Part - Patent No. 1700354 (Portugal) | Undetermined | N/A | Underminded |
| 60.17 | | | |
| Battery Part - Patent No. 1700354 (Romania) | Undetermined | N/A | Underminded |
| 60.18 | | | |
| Battery Part - Patent No. 1700354 (Slovakia) | Undetermined | N/A | Underminded |
| 60.19 | | | |
| Battery Part - Patent No. 1700354 (Slovenia ) | Undetermined | N/A | Underminded |
| 60.20 | | | |
| Battery Part - Patent No. 1700354 (Spain) | Undetermined | N/A | Underminded |
| 60.21 | | | |
| Battery Part - Patent No. 1700354 (Sweden) | Undetermined | N/A | Underminded |
| 60.22 | | | |
| Battery Part - Patent No. 1700354 (Switzerland) | Undetermined | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.23 Battery Part - Patent No. 1700354 (Turkey) | Undetermined | N/A | Undeterminded |
| 60.24 Battery Part - Patent No. 1700354 (United Kingdom) | Undetermined | N/A | Undeterminded |
| 60.25 Battery Part - Patent No. 2293360 (Austria) | Undetermined | N/A | Undeterminded |
| 60.26 Battery Part - Patent No. 2293360 (Czech Republic) | Undetermined | N/A | Undeterminded |
| 60.27 Battery Part - Patent No. 2293360 (Divisional European) | Undetermined | N/A | Undeterminded |
| 60.28 Battery Part - Patent No. 2293360 (Germany) | Undetermined | N/A | Undeterminded |
| 60.29 Battery Part - Patent No. 2293360 (Italy) | Undetermined | N/A | Undeterminded |
| 60.30 Battery Part - Patent No. 2293360 (Luxembourg) | Undetermined | N/A | Undeterminded |
| 60.31 Battery Part - Patent No. 2293360 (Poland) | Undetermined | N/A | Undeterminded |
| 60.32 Battery Part - Patent No. 2293360 (Romania) | Undetermined | N/A | Undeterminded |
| 60.33 Battery Part - Patent No. 2293360 (Spain) | Undetermined | N/A | Undeterminded |
| 60.34 Battery Part - Patent No. 287,342 | Undetermined | N/A | Undeterminded |
| 60.35 Battery Part - Patent No. 7,838,145 | Undetermined | N/A | Undeterminded |
| 60.36 Battery Part - Patent No. 8,202,328 | Undetermined | N/A | Undeterminded |
| 60.37 Battery Part - Patent No. PI0417087-3 | Undetermined | N/A | Undeterminded |
| 60.38 Battery Parts and Associated Systems and Methods - Patent No. 10,283,754 | Undetermined | N/A | Undeterminded |
| 60.39 Battery Parts and Associated Systems and Methods - Patent No. 332,696 | Undetermined | N/A | Undeterminded |
| 60.40 Battery Parts and Associated Systems and Methods - Patent No. 8,701,743 | Undetermined | N/A | Undeterminded |
| 60.41 Battery Parts and Associated Systems and Methods - Patent No. 9,190,654 | Undetermined | N/A | Undeterminded |

Debtor    Water Gremlin Company
          Name                                                Case number *(if known)* 23-11775

60.42

Battery Parts Having Retaining and Sealing Features and        Undetermined        N/A        Undeterminded
Associated Methods of Manufacture and Use - Patent No.
10,181,595

| 60.43 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 10,910,625 | Undetermined | N/A | Undeterminded |
|---|---|---|---|---|
| 60.44 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Austria) | Undetermined | N/A | Undeterminded |
| 60.45 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Czech Republic) | Undetermined | N/A | Undeterminded |
| 60.46 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Europe) | Undetermined | N/A | Undeterminded |
| 60.47 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Germany) | Undetermined | N/A | Undeterminded |
| 60.48 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Italy) | Undetermined | N/A | Undeterminded |
| 60.49 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Luxembourg) | Undetermined | N/A | Undeterminded |
| 60.50 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Poland) | Undetermined | N/A | Undeterminded |
| 60.51 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Romania) | Undetermined | N/A | Undeterminded |
| 60.52 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 2425478 (Spain) | Undetermined | N/A | Undeterminded |
| 60.53 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 3059785 (Austria) | Undetermined | N/A | Undeterminded |
| 60.54 | Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Patent No. 3059785 (Czech Republic) | Undetermined | N/A | Undeterminded |

60.55

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Europe)                          Undetermined        N/A            Underminded

60.56

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Germany)                         Undetermined        N/A            Underminded

60.57

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Italy)                           Undetermined        N/A            Underminded

60.58

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Luxembourg)                      Undetermined        N/A            Underminded

60.59

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Poland)                          Undetermined        N/A            Underminded

60.60

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Romania)                         Undetermined        N/A            Underminded

60.61

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
3059785 (Spain)                           Undetermined        N/A            Underminded

60.62

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
8,497,036                                 Undetermined        N/A            Underminded

60.63

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
8,802,282                                 Undetermined        N/A            Underminded

60.64

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
9,748,551                                 Undetermined        N/A            Underminded

60.65

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
9,917,293                                 Undetermined        N/A            Underminded

60.66

Battery Parts Having Retaining and Sealing Features and
Associated Methods of Manufacture and Use - Patent No.
9,935,306                                 Undetermined        N/A            Underminded

| 60.67 | BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Patent No. 11,038,156 | Undetermined | N/A | Undetermined |
|---|---|---|---|---|
| 60.68 | BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Patent No. 11,283,141 | Undetermined | N/A | Undetermined |
| 60.69 | BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Patent No. 11,804,640 | Undetermined | N/A | Undetermined |
| 60.70 | BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Patent No. 2021/04711 | Undetermined | N/A | Undetermined |
| 60.71 | Casting Solidification Expansion Materials - Patent No. 6,926,065 | Undetermined | N/A | Undetermined |
| 60.72 | Die Cast Battery Terminal and a Method of Making - Patent No. 7,338,539 | Undetermined | N/A | Undetermined |
| 60.73 | Enhanced Torque Resistant Battery Part - Patent No. 7,163,764 | Undetermined | N/A | Undetermined |
| 60.74 | Intensification Through Displacement of a Coacting Mold Member - Patent No. 230220 | Undetermined | N/A | Undetermined |
| 60.75 | Intensification Through Displacement of a Coacting Mold Member - Patent No. 6,684,935 | Undetermined | N/A | Undetermined |
| 60.76 | Method of Making Configured Lead Bushing for Batteries - Patent No. 5,704,119 | Undetermined | N/A | Undetermined |
| 60.77 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. 10-1841166 | Undetermined | N/A | Undetermined |
| 60.78 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. 102712033 | Undetermined | N/A | Undetermined |
| 60.79 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. 12102317 | Undetermined | N/A | Undetermined |
| 60.80 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. 8,061,404 | Undetermined | N/A | Undetermined |
| 60.81 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. 8,181,691 | Undetermined | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.82 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Europe) | Undetermined | N/A | Underterminded |
| 60.83 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (France) | Undetermined | N/A | Underterminded |
| 60.84 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Germany) | Undetermined | N/A | Underterminded |
| 60.85 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Italy) | Undetermined | N/A | Underterminded |
| 60.86 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Portugal) | Undetermined | N/A | Underterminded |
| 60.87 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Romania) | Undetermined | N/A | Underterminded |
| 60.88 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Spain) | Undetermined | N/A | Underterminded |
| 60.89 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (Turkey) | Undetermined | N/A | Underterminded |
| 60.90 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. EP2512707 (United Kingdom) | Undetermined | N/A | Underterminded |
| 60.91 | MOLD FOR A BATTERY CAST ON STRAP - Patent No. MX341831 | Undetermined | N/A | Underterminded |
| 60.92 | Molding Apparatus for Minimizing Shrinkage and Voids - Patent No. 5,758,711 | Undetermined | N/A | Underterminded |
| 60.93 | Molding Apparatus for Minimizing Shrinkage and Voids - Patent No. 6,123,142 | Undetermined | N/A | Underterminded |
| 60.94 | Multiple Casting Apparatus and Method - Patent No. 8,512,891 | Undetermined | N/A | Underterminded |
| 60.95 | System and Method for Reclaiming and Reuse of Vehicle - Patent No. 6,908,640 | Undetermined | N/A | Underterminded |
| 60.96 | System and Method for Reclaiming and Reuse of Vehicle - Patent No. 7,390,364 | Undetermined | N/A | Underterminded |
| 60.97 | SYSTEMS AND METHODS FOR MANUFACTURING BATTERY PARTS - Patent No. 10,217,987 | Undetermined | N/A | Underterminded |

| | | | |
|---|---|---|---|
| **60.98** SYSTEMS AND METHODS FOR MANUFACTURING BATTERY PARTS - Patent No. 9,954,214 | Undetermined | N/A | Undetermided |
| **60.99** Battery Part - Application No. MX/a/2011/000248 | Undetermined | N/A | Undetermided |
| **60.100** Battery Part and Method of Making - Application No.: 2004-2195 | Undetermined | N/A | Undetermided |
| **60.101** Battery Parts and Associated Systems and Methods - Application No. 17189917.2 | Undetermined | N/A | Undetermided |
| **60.102** Battery Parts Having Retaining and Sealing Features and Associated Methods of Manufacture and Use - Application No. 17/142,123 | Undetermined | N/A | Undetermided |
| **60.103** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. 18/473,630 | Undetermined | N/A | Undetermided |
| **60.104** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. 19892297.3 | Undetermined | N/A | Undetermided |
| **60.105** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. 202117030162 | Undetermined | N/A | Undetermided |
| **60.106** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. 3,092,654 | Undetermined | N/A | Undetermided |
| **60.107** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. BR1120200212210 | Undetermined | N/A | Undetermided |
| **60.108** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. MX/a/2021/006454 | Undetermined | N/A | Undetermided |
| **60.109** BATTERY PARTS HAVING SOLVENTLESS ACID BARRIERS AND ASSOCIATED SYSTEMS AND METHODS - Application No. NC2020/0013554 | Undetermined | N/A | Undetermided |

**61. Internet domain names and websites**

| | | | |
|---|---|---|---|
| **61.1** https://www.linkedin.com/company/water-gremlin-co. | Undetermined | N/A | Undetermined |
| **61.2** https://www.watergremlin.com/ | Undetermined | N/A | Undetermined |
| **61.3** https://www.youtube.com/channel/UCUVlBp3k8I5BCG_B9aXiluQ | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

62.1

| None | | | $0.00 |
|------|--|--|-------|

**63. Customer lists, mailing lists, or other compilations**

63.1

| Customer List | Undetermined | N/A | Undetermined |
|---------------|--------------|-----|--------------|

**64. Other intangibles, or intellectual property**

64.1

| None | | | $0.00 |
|------|--|--|-------|

**65. Goodwill**

65.1

| None | | | $0.00 |
|------|--|--|-------|

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:   All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

71.1

| None | | total face amount | - | doubtful or uncollectible amount | = ➔ | $0.00 |
|------|--|-------------------|---|----------------------------------|-----|-------|

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1

| None | Tax year | $0.00 |
|------|----------|-------|

**73. Interests in insurance policies or annuities**

73.1

| None | $0.00 |
|------|-------|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Westfield Insurance Company v. Water Gremlin Company, U.S. District Court for the
District of Minnesota Case File No.: 0:23-cv-02178                                    Undetermined

| Nature of Claim | insurance Coverage Claim |
| Amount requested | Undetermined |

74.2

Westfield Insurance Company v. Water Gremlin Company, U.S. District Court for the
District of Minnesota Case File No.: 0:23-cv-02598                                    Undetermined

| Nature of Claim | insurance Coverage Claim |
| Amount requested | Undetermined |

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

Water Gremlin's claim for insurance coverage against State Automobile Mutual Insurance
Company ("State Auto") and State Auto's denial thereof as described in its August 3, 2023
correspondence to counsel for Water Gremlin Company.                                  Undetermined

| Nature of Claim | insurance Coverage Claim |
| Amount requested | Undetermined |

**76. Trusts, equitable or future interests in property**

76.1

None                                                                                 $0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

None                                                                                 $0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:   Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,925,819.01 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,139,279.84 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $5,237,222.17 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $10,248,441.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |

**87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. _____ $7,322,955.49

**88. Real property. Copy line 56, Part 9.** → _____ $15,375,427.70

**89. Intangibles and intellectual property..** Copy line 66, Part 10. _____ $0.00

**90. All other assets.** Copy line 78, Part 11. _____ $0.00

**91. Total. Add lines 80 through 90 for each column**    91a. | $25,873,717.51 |    91b. | $15,375,427.70 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | $41,249,145.21 |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

2.1

U.S. Bank Equipment Company
1310 Madrid Street
Marshall, MN 56258

| | Undetermined | Undetermined |
|---|---|---|

**Date debt was incurred?**
9/13/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
8 copiers together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto and any and all proceeds of the foregoing, including, without limitation, insurance recoveries

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

**Part 2:**    **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1**

Adebola Adenusi Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $1,786.54 | $1,786.54
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.2**

Aeh Soe Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $2,140.21 | $2,140.21
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.3

Allan Stiever Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,628.00          $5,628.00

---

2.4

Andrew Peterson Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,513.03          $9,513.03

---

2.5

Barbara White Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,115.40          $12,115.40

2.6

Barry Ly Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,438.88                    $2,438.88
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.7

Bee Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $29.52                    $29.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.8

Beng Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,077.10                    $1,077.10
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.9

Bradley J. Hartsell Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $50,480.78              $15,150.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.10

Brett Malone Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $3,863.29               $3,863.29
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.11

Brian Giller Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $1,189.43               $1,189.43
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12

Brian Polski Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $4,899.72                    $4,899.72
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.13

Buay Say Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $163.19                    $163.19
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.14

Calvin Parenteau Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:** $1,372.87                    $1,372.87
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.15

Chan Vue Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $1,954.19                $1,954.19
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.16

Chao Lee Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $3,552.07                $3,552.07
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.17

Chaxiong Xiong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $1,665.22                $1,665.22
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.18

Chee Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$323.38                    $323.38

---

2.19

Chee Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,058.00                  $2,058.00

---

2.20

Chee Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.23                      $5.23

**2.21**

Cher Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $3,417.96      $3,417.96
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.22**

Cher Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $728.28      $728.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.23**

Chia Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $2,470.34      $2,470.34
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.24

Chong Lor Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $4,010.00      $4,010.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.25

Christophe Chandler Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $11,580.30      $11,580.30
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.26

Chue Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $5,210.14      $5,210.14
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

**2.27**

Dah Kee Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $95.89            $95.89
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.28**

Daniel Grundhofer Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $8,386.06            $8,386.06
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.29**

Daniel Krautkramer Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**            $7,590.04            $7,590.04
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.30

Darren Johnson Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                   $7,067.31                    $7,067.31
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.31

David Letourneau Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                   $10,839.36                    $10,839.36
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.32

Dawn Svendsen Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                   $10,984.65                    $10,984.65
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.33

Desirae Rajdl Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,309.70          $6,309.70

---

2.34

Dillon Gibbs Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,628.71          $3,628.71

---

2.35

Dominick Hermanson Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$12,539.42          $12,539.42

2.36

Doua Hang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $6,239.52     $6,239.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.37

Dowell Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $7,305.23     $7,305.23
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.38

Dylan Garski Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $3,480.00     $3,480.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.39

Edwin Shaughnessy Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $6,846.44    $6,846.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.40

Eh Taw Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $75.12    $75.12
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.41

Eric Hoff Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,736.32    $3,736.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.42

Gay Moo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.24                    $10.24

2.43

Gregory Levesseur Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,467.49                    $5,467.49

2.44

Hay Blut Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$369.60                    $369.60

2.45

Heh Moo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,382.06              $1,382.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.46

Hsa Moo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $866.94               $866.94
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.47

Htaw Poe Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $23.81               $23.81
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.48

Htoo Htoo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $2,134.52                    $2,134.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.49

Htoo Nay Say Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $0.85                    $0.85
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.50

Htoo Poe Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $48.73                    $48.73
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.51

Htoo Thein Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,638.00          $1,638.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.52

Jack Mong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,841.97          $2,841.97
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.53

Jacob Spencer Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,047.00          $2,047.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.54**

James Foster Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,951.79          $12,951.79

**2.55**

James Joyce Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,119.96          $1,119.96

**2.56**

Jason Kromrey Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,980.77          $3,980.77

**2.57**

Jeffrey Somers Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,143.46                    $4,143.46
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.58**

Jerry Hoppe Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $541.78                    $541.78
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.59**

Joel Stein Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $7,026.26                    $7,026.26
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.60

Jonathan Nold Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,407.71          $4,407.71

---

2.61

Jorn Nelsen Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,426.88          $6,426.88

---

2.62

Jose Mendez Lopez Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,543.32          $3,543.32

Debtor    Water Gremlin Company
Name
Case number *(if known)* 23-11775

Case 23-11775-LSS    Doc 165    Filed 12/08/23    Page 54 of 215

**2.63**

Joseph Drake II Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $6.58     $6.58
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.64**

Joshua Miller Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $9,611.55     $9,611.55
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.65**

Kao Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $5,690.79     $5,690.79
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Water Gremlin Company
       Name

Case number *(if known)* 23-11775

---

2.66

Kao Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.51       $5.51

---

2.67

Kate Larsen Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$104.18       $104.18

---

2.68

Kenneth Alton Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,167.70       $10,167.70

2.69

Kevin Hanson Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:** $15,830.26    $15,150.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.70

Kevin McNeally Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:** $5,274.78    $5,274.78
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.71

Kham Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:** $6,122.98    $6,122.98
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.72

Kler Kaw Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,887.50      $2,887.50

2.73

Kong Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,601.50      $3,601.50

2.74

Kou Chang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**
*Check all that apply.*

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,581.58      $2,581.58

**2.75**

Kou Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $612.79       $612.79
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.76**

Kouler Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $3,387.55       $3,387.55
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.77**

Ku Paw Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**       $1,142.09       $1,142.09
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

2.78

La Kler Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,381.12                    $2,381.12

---

2.79

Lah Paw Shar Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,638.40                    $1,638.40

---

2.80

Lar Lao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$6,699.92                    $6,699.92

2.81

Lawrence Kyi Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                   $519.44              $519.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.82

Lee Chang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                  $1,986.28            $1,986.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.83

Long Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                  $5,946.65            $5,946.65
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.84

Long Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$498.77          $498.77

2.85

Ma San Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,388.99          $2,388.99

2.86

Ma Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,749.06          $3,749.06

**2.87**

Mai Choua Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,190.70          $1,190.70

---

**2.88**

Mai Lor Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,108.80          $1,108.80

---

**2.89**

Mark Schuldt Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,531.44          $7,531.44

**2.90**

Markneil Silva Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$14,134.63    $14,134.63

---

**2.91**

Mathew Alexander Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,335.82    $9,335.82

---

**2.92**

Matthew Kleidon Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,985.37    $3,985.37

2.93

Matthew Knight Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,578.72    $2,578.72

2.94

Melissa Cossio Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,724.23    $2,724.23

2.95

Merry Ohn Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,870.88    $1,870.88

2.96

Michael Peterson Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,788.75          $3,788.75

2.97

Michael Williams Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,562.61          $4,562.61

2.98

Mong Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$909.94          $909.94

2.99

Moung Nu Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,463.96          $1,463.96

---

2.100

Mu Gay Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,320.64          $1,320.64

---

2.101

Munpan Hpauyam Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$931.20          $931.20

**2.102**

Naw Chi Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $4,422.60          $4,422.60
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.103**

Nhia Chou Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $4,279.97          $4,279.97
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

**2.104**

Nhia Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $2,318.32          $2,318.32
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.105

Nicholas Jonasen Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,663.20                    $1,663.20
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.106

Noobneej Lor Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $3,024.69                    $3,024.69
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.107

Ofelia Alvarez Garcia Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,551.50                    $2,551.50
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.108

Pa Wah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,211.54          $1,211.54
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.109

Pa Xiong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,219.24          $6,219.24
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

---

2.110

Pah Pyaw Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,211.04          $2,211.04
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.111

Patrick Bane Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,760.98          $1,760.98

2.112

Patrick Malone Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$343.27          $343.27

2.113

Paul Thanavong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$8,913.43          $8,913.43

2.114

Paula Jarvinen Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $8,155.31    $8,155.31
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.115

Peter Gibbs Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $10,544.28    $10,544.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.116

Pheng Lee Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,156.54    $2,156.54
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.117

Pray Reh Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $680.32                    $680.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.118

Prem Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,908.03                    $1,908.03
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.119

Qoua Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $338.50                    $338.50
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.120

Randy Kieger Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,878.47          $4,878.47

---

2.121

Ray Htoo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$1,848.00          $1,848.00

---

2.122

Richard Strenke Jr Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,411.76          $4,411.76

2.123

Robert Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,539.70          $3,539.70

2.124

Russell Spermbaur Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$3,825.41          $3,825.41

2.125

Sa La Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$1,880.45          $1,880.45

2.126

Saiwa Cha Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,184.00                    $5,184.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.127

Sawpakorn Wah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,787.11                    $1,787.11
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.128

Sei Oon Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1,360.64                    $1,360.64
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Employee PTO
**Is the claim subject to offset?**
☑ No
☐ Yes

2.129

Seng Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $7,602.56                    $7,602.56
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.130

Shar Polo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $3,145.30                    $3,145.30
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.131

Shaun McGlone Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**                    $4,190.11                    $4,190.11
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.132**

Sher Lah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $679.68          $679.68
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.133**

Shi Hsar Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $292.33          $292.33
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.134**

Shoua Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $2,716.56          $2,716.56
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.135

Solai Lo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $1.78    $1.78
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.136

Steven Tulp Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $679.05    $679.05
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.137

Stewart Campbell Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**  $3,542.88    $3,542.88
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.138

Sue Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $784.00          $784.00
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.139

Sue Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $3,083.22          $3,083.22
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.140

Suzanne Lajoie Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**          $5,258.41          $5,258.41
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

2.141

Ta Dah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $2,289.06                $2,289.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.142

Ta Wah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $438.00                $438.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.143

Tania Morales Velez Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $1,326.08                $1,326.08
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.144

Tha Htoo Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $446.89                $446.89
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.145

Thao Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,865.52                $5,865.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.146

Thay Wah Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,318.32                $2,318.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.147

Theng Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,717.04    $5,717.04

---

2.148

Thong Vang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,510.25    $2,510.25

---

2.149

Timothy Harding Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,043.51    $6,043.51

2.150

Toua Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,038.22        $4,038.22

---

2.151

Touyanglylochuechao Lao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,700.80        $1,700.80

---

2.152

Tracy Cain Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,517.30        $6,517.30

**2.153**

Travis Xiong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$7,189.26          $7,189.26

---

**2.154**

Tyler Fearing Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,814.86          $1,814.86

---

**2.155**

U Xiong Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,293.60          $2,293.60

Debtor  Water Gremlin Company
        Name                                                    Case number (if known) 23-11775

2.156

Ue Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,474.56          $1,474.56
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.157

Vang Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                      $391.13            $391.13
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.158

Vidal Day Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,020.48          $1,020.48
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Water Gremlin Company
Name

Case number *(if known)* 23-11775

**2.159**

Wangmeng Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,704.61    $1,704.61
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.160**

Warren Klein Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $690.73    $690.73
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.161**

Williams Ramiro Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,530.24    $2,530.24
*Check all that apply.*

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

2.162

Xang Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $15.66                    $15.66
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.163

Xor Her Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $718.26                    $718.26
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.164

Yan Wang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,211.04                    $2,211.04
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.165

Yeng Lor Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$758.97                $758.97

2.166

Yeng Moua Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,749.01              $1,749.01

2.167

Youa Thao Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

$9,425.17              $9,425.17

2.168

Zong Yang Address Redacted

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,737.07    $1,737.07
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

3.1

A&S Manufacturing Co
Attn: Steve Churchill
PO Box 1282
Southeastern, PA 19399

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $31,455.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.2

Ace Supply Co. Inc.
7640 Commerce Way
Eden Prairie, MN 55344-2002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $387.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.3

Adam Prock
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.4

Adam's Pest Control Inc
922 Highway 55
Ste 100
Medina, MN 55340

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$859.94

---

3.5

Adebola Adenusi Address Redacted

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.6

Advanced Welding Technologies LLC
Attn: Anthony Mark Altnow
31055 Forest Blvd
Stacy, MN 55079

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$730.00

**3.7**

Akuthi Okoth
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8**

Alerus Retirement and Benefits
201 E Clark
Albert Lea, MN 56007

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $38.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.9**

Allied Generators
Attn: Roger Heath
577 Shoreview Park Rd
Shoreview, MN 55126

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $365.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10**

Alvina DeMars
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11**

Amazon Capital Services Inc
PO Box 035184
Seattle, WA 98124

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,069.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.12**

Andre Yasis
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.13**

Angela Hancock
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.14**

Ardys Dellores Hawn
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

Automation, Inc.
4830 Azelia Ave N
Ste 500
Minneapolis, MN 55429

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $3,589.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.16**

Barbara Svoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.17**

Barry & Sewall Industrial Supp
PO Box 50
Minneapolis, MN 55440-0050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,657.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.18**

Bob Marty Electric Inc
19660 Maidstone Way
Rogers, MN 55374

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,560.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.19**

Bradley J. Hartsell Address Redacted

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Workers' Comp Claim

Is the claim subject to offset?
☑ No
☐ Yes

Undetermined

**3.20**

Brian Wilcox
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Tort Claim

Is the claim subject to offset?
☑ No
☐ Yes

Undetermined

**3.21**

Brianna Jungwirth
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
Tort Claim

Is the claim subject to offset?
☑ No
☐ Yes

Undetermined

**3.22**

BuhlerPrince, Inc.
Attn: Julie Mast
670 Windcrest Drive
Holland, MI 49423-5410

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Trade Payable

Is the claim subject to offset?
☑ No
☐ Yes

$7,606.00

**3.23**

Burnell Brown
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

CDW Direct LLC
Attn: Cara Schuppe
PO Box 75723
Chicago, IL 60675-5723

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                         $226.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

CenturyLink
PO Box 2956
Phoenix, AZ 85062-2956

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                         $330.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

CenturyLink Communications LLC
Business Services
PO Box 52187
Phoenix, AZ 85072-2187

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                       $3,614.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Chemsolv LLC
Attn: Jamie Austin
1140 Industry Avenue, S.E.
Roanoke, VA 24013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $91,576.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.28**

Chet's Safety Sales Inc
8870 Rendova Street NE
Circle Pines, MN 55014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,809.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.29**

Chet's Shoes LLC
8355 University Ave NE
Spring Lake Park, MN 55432

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $216.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.30**

Christopher Sager
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.31

Cindy Leitschuh
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.32

Cintas Corporation
Attn: Legal Dept
6800 Cintas Blvd
PO Box 625737
Cincinnati, OH 45262

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $23,229.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.33

Clarios LLC
Attn: Mark Wallace
Florist Tower
5757 N. Green Bay Ave
Glendale, WI 53209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $326,066.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.34

Clearscape Outdoor Services
175 Old Highway 8 SW
New Brighton, MN 55112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,530.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35

Concept Machine Tool Sales, Inc.
15625 Medina Road
Minneapolis, MN 55447

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $733.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

Congress Tools Company, Inc.
51 Great Hill Road
Naugatuck, CT 06770

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $158.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

D-M-E Company, LLC
Attn: Customer Service
PO Box 854867
Minneapolis, MN 55485-4867

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $1,278.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

Danielle Heller
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

Darlene Frogner
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40

David Kraemer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

David Rieck
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.42

David Smith
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43

Dean Jr. Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.44

Dean Saunders
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.45

Deborah Skoog
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.46

Debra Currier
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.47

Dell Marketing LP
One Dell Way
Round Rock, TX 78682

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$111.23

---

3.48

Dennis Gable
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.49

Diamond Vogel Paints
2100 North Second Street
Minneapolis, MN 55411

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,443.68

---

3.50

Doe Run Company
Attn: Elizabeth Snudden
75 Remittance Drive
Suite 2172
Chicago, IL 60675-2172

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$171,374.67

**3.51**

Donald Johnson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.52**

Donald Lilliencrantz
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.53**

Dongo Tool Inc.
Attn: Debbie Goers
7979 Central Ave NE
St Louis Park, MN 55432

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,003.00

**3.54**

Doug Kohler
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.55

Driven Solutions
PO Box 125
Prescott, WI 54021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14,298.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.56

East Penn Manufacturing Co
Attn: Bryce Galcycnski
102 Deka Road
Lyon Station, PA 19536

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $52,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.57

Emily Louise Sharot
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.58

Emily Swoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

Employer Solutions Staffing Group
LSQ Funding Group, L.C.
PO Box 741383
Atlanta, GA 30374-1383

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,389.68

---

**3.60**

Entherm, Inc.
Attn: Richard Kornbluth
500 East Travelers Trail
Suite 100
Burnsville, MN 55337

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$27,557.00

---

**3.61**

Erlinda Gonzales
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.62**

ESCA Tech Inc
3747 North Booth Street
Milwaukee, WI 53212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$644.00

**3.63**

EvolveIP
PO Box 1023
Southeastern, PA 19398-1023

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,390.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.64**

eZcom Software, Inc.
Attn: Kristin Lyons
25 Rockwood Place, Ste 420
Englewood, NJ 07631

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $280.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.65**

Ferriere di Stabio S.A.
Attn: Sandy Leavitt
PO Box 76
Via Laveggio 6/A
Stabio, CH 06855
Switzerland

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $23,076.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.66**

Fetter Logistics Inc
PO Box 484
Hudson, WI 54016

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $418.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.67

Fisher Scientific Company LLC
Acct# 527475 001
13551 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $318.22
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.68

Forvis
PO Box 200870
Dallas, TX 75320-0870

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $6,930.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.69

Fox Valley Metrology
3114 Medalist Drive
Oshkosh, WI 54902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  $5,098.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.70

Gary Currier
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                  Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71**

Genesis Logistics
800 Thomas Drive
Unit A
Bensenville, IL 60106

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $4,663.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.72**

Gerald Brink
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.73**

Gerard Malone
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.74**

Glacier Technology Inc
1846 Berkshire Lane
Plymouth, MN 55441

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $2,848.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.75**

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $1,085.81
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.76**

Gopher Electronics Co.
222 Little Canada Road
St. Paul, MN 55117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $2,694.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.77**

Gopher Resource, LLC
Attn: Ray Krantz
Lockbox 446031
PO Box 64067
St Paul, MN 55164-0067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $516,395.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78**

Grace Stauffer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.79

Grainger, Inc.
Attn: Cust Service
Dept. 806674701
Palatine, IL 60038-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,891.52

3.80

Grant Leitschuh
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.81

Greg Gavin
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.82

Gregory John Duffy
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.83

Harry Grogan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**       Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.84

Hartfiel Automation, Inc
Attn: Kelly Ordorff
NW 6091
PO Box 1450
Minneapolis, MN 55485-6091

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**       $1,360.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.85

Heartland Business Systems LLC
PO Box 856846
Minneapolis, MN 55485-6846

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**       $1,095.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.86

Innovative Office Solutions, L
Attn: Tammy Lee
Lockbox # 131434
PO Box 1414
Minneapolis, MN 55480-1414

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**       $748.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.87

Insight Direct USA Inc
Attn: Joyce Bernal
PO Box 731069
Dallas, TX 75373-1069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$327.88

---

3.88

Integrated Corporate Health
2403 Sidney Street
Ste 800
Pittsburgh, PA 15203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,356.00

---

3.89

International Chemtex Corp.
Attn: Erin
KB 31
PO Box 9305
Minneapolis, MN 55440-9305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,443.69

---

3.90

Jackie L. Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.91

James Hughes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.92

Jane Hart
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.93

Jerome Bennek
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.94

Joan Bergman
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.95**

Joe Dell Wiggins
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                                   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.96**

John Bucholz
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.97**

John Henry Foster MN Inc.
Attn: Bobbi M. Longley
PO Box 860625
Minneapolis, MN 55486

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                   $6,464.77
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

Joshua Ziedlik
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                                   Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

Judith Gunn
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.100**

Kamps North, Inc.
PO Box 675126
Detroit, MI 48267-5126

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,180.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.101**

Karen Johnston
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.102**

Karen Marie Formanek
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.103**

Kerri Luecke
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.104**

KnowBe4, Inc.
Attn: Legal and Alicia Dietzen
33 N Garden Ave
Suite 1200
Clearwater, FL 33755

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   $4,788.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.105**

Kylee Rossbach-Jordan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.106**

Larry Missling
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**   Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.107

Laura Anderson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.108

Laura Antrim
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.109

Lawnpro Grounds Maintenance
PO Box 374
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,314.54

3.110

Leilani Lee Erickson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.111**

Level 3 Communications
PO Box 910182
Denver, CO 80291-0182

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $5,110.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.112**

Liebovich Steel & Aluminum Co
PO Box 1779
Cedar Rapids, IA 52406

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $1,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.113**

Linda Ann Guanzini
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.114**

Lisa Sager
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.115

Lloyd Bicha
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.116

Loffler Companies Inc
Attn: Janet T
PO Box 660831
Dallas, TX 75266-0831

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $732.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.117

Loffler Companies Inc.
Attn: Jessica McNeil
Bin #131511
PO Box 1511
Minneapolis, MN 55480-1511

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        $3,009.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.118

Louise Bestow
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:        Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119

Louise Newsom
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.120

Lube Tech and Partners LLC
Attn: Customer Service
29573 Network Place
Chicago, IL 60673-1295

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,289.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.121

Luke Kubal
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.122

Mac-Mold Base Inc
Attn: Michael Jay Gustavus
14921 32 Mile Rd
Romeo, MI 48065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,100.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.123

Marie Hedican
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.124

Mark Anderson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.125

Mary Ray
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.126

Matthew Alexander
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.127

McMaster-Carr Supply Co
Attn: Jay Kozak
PO Box 4355
Chicago, IL 60680

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $10,795.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.128

Meaden Precision Machined Prod
Attn: Theresa Chavez
16 W 210 83rd Street
Burr Ridge, IL 60527

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          $1,143.93
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.129

Michael Prendergast
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.130

Michael Truhler
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                          Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.131**

Michelle Tripp
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132**

Midland Paper Company
Attn: Nick Rog
1140 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $9,490.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133**

Mike Watts & Associates
15505 W 89th Terrace
Lenexa, KS 66219

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $846.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134**

Minnesota Glove & Safety, Inc.
Attn: Tami Draheim
203 East Marie Avenue
West St. Paul, MN 55118

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $2,547.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.135**

Mission Filtration
750 Vandalia Street
St Paul, MN 55114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,961.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.136**

Motion Industries, Inc.
Attn: Linda Wood
PO Box 504606
St. Louis, MO 63150-4606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $9,610.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.137**

Mou Koi Xiong
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.138**

MRI Software LLC
Attn: Tony Lipinski
7900 West 78th Street
Ste 400
Edina, MN 55439

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $44.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

### 3.139

MSC Industrial Supply Co.
PO Box 953635
St Louis, MO 63195-3635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,607.94

### 3.140

MTI (Metal Treaters, Inc.)
Attn: Denise J.
859 N. Prior Ave
St. Paul, MN 55438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,200.50

### 3.141

NAC
1001 Labore Industrial
Ste B
Vadnais Heights, MN 55110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$474.00

### 3.142

Newark element14
33190 Collection Center Drive
Chicago, IL 60693-0331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$365.83

**3.143**

NHA Heating & Air Conditioning
13980 Kristin Lane
Carver, MN 55315-9235

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,469.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.144**

Nordson EFD LLC
Attn: Yoshabel Jorge
PO Box 777959
Chicago, IL 60677-7009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,585.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.145**

North Star Coating Inc
6224 Lakeland Ave N
Ste 108
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,405.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.146**

Northern States Filtration Co.
648 Mendelssohn Ave N
Golden Valley, MN 55427

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,443.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

OEE Companies LLC
Attn: Jason Schaller
855 Village Center Dr
#336
North Oaks, MN 55127

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $23,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.148**

Okabe Co., Ltd
2-8-2, Oshiage, Sumida-ku
Tokyo 131-0045
Japan

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $21,615,912.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unsecured Mizuho Loan Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.149**

Okabe Company Inc
Attn: Terri Harris
C/O Mizuho Corporate Bank
PO Box 3235
New York, NY 10008

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $529,318.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.150**

Old Dominion Freight Line, Inc
Attn: Customer Service
14933 Collection Center Dr.
Chicago, IL 60693-4933

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $1,139.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.151**

Olender LLC
1912 Flandrau Street
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:           $1,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.152**

Open Text Inc
c/o JP Morgan Lockbox
24685 Network Place
Chicago, IL 60673-1246

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:            $551.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.153**

Owen Lofthus
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:         Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.154**

Owens Companies, Inc.
Attn: Mary Castaneda
930 East 80th Street
Bloomington, MN 55420

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $44,433.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.155**

Pace Analytical Services LLC
PO Box 684056
Chicago, IL 60695-4056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$51,643.20

---

**3.156**

Page Stevens
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.157**

Panther Precision Machine Inc
6640 Sunwood Drive NW
Ramsey, MN 55303

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,991.56

---

**3.158**

Parallel Technologies, Inc.
VB 147
PO Box 9202
Minneapolis, MN 55480-9202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$546.04

3.159

Patrick James Hedican
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160

Patrick Lanigan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

PC Connection Sales Corporatio
PO Box 536472
Pittsburgh, PA 15253-5906

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $194.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

Perkins Coie
Attn: Melissa Duff
Attn Client Accounting
PO Box 24643
Seattle, WA 98124-0643

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:          $8,220.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

Plastics International
C/O Minnesota Plastic
7600 Anagram Drive
Eden Prairie, MN 55344

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $768.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.164**

Power/Mation Division, Inc.
Attn: Al Rausch
1310 Energy Lane
Saint Paul, MN 55108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $14,980.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.165**

Preferred Tool LLC
Attn: Jon Granger
PO BOX 493
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $3,290.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.166**

Premier Lighting Inc
2885 Country Drive
Ste 135
St. Paul, MN 55117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $288.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.167**

Priscilla Stauffer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168**

Quality Forklift Sales & Servi
5300 12th Avenue East
Shakopee, MN 55379

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $3,494.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.169**

Quality Tape, Inc.
1607 South Concord St.
PO Box 765
South St. Paul, MN 55075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $667.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170**

Quench USA, Inc.
PO Box 735777
Dallas, TX 75373-5777

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $2,610.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171**

Ramsey County
Attn: Legal Dept
PO Box 64045
St Paul, MN 55164

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $240,287.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.172**

Randy Nelson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.173**

Reliable Bronze & Mfg Inc
Dept. #1807
PO Box 5905
Carol Stream, IL 60197

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,219.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.174**

Richard Svoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175**

Robert Kappes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176**

Rock Tierney
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.177**

Rodix Inc
2316 23rd Ave.
Rockford, IL 61104-7337

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $848.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.178**

Roland Missling
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

Ronald Johnson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.180

RoofCare Service Center LLC
Attn: Legal Dept
851 E. I-65 Service Road S.
Ste 300
Mobile, AL 36606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$276,372.46

3.181

Ross Abernathy
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.182

Roxanne Wilcox
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.183

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674-0051

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$8,421.00

3.184

Safety-Kleen Systems, Inc.
PO Box 975201
Dallas, TX 75397-5201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,165.94

3.185

Sage Hockinson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.186

Sara Robertson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.187

Sarah Kraemer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.188

Sarah Monley
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.189

Service Plus Logistics, Inc.
Attn: Kimberly Kormanik
3686 Flowerfield Rd
Blaine, MN 55014

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $3,125.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.190

Service Plus Transport, Inc.
Attn: Kim Kormanik
3686 Flowerfield Road
Blaine, MN 55014

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $6,198.43
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.191

Shari Bicha
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.192

Sherwin Williams
1028 Highway 96 E
Vadnais Heights, MN 55127-2309

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$487.51

---

3.193

Shirley Stortroen
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.194

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673-1288

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$258.48

**3.195**

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $669.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.196**

Stanley Engineered Fastening L
Attn: Henry Boyton; Judy Kassel
4 Shelter Rock Lane
Danbury, CT 06810

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $17,056.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.197**

State Automobile Mutual Insurance Company
c/o BatesCarey LLP
Attn: Adam H. Fleischer
191 N. Wacker, Suite 2400
Chicago, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.198**

Steve Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

Steve LaLiberte
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.200

Steven Kappes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.201

StormWind LLC
17550 N. Perimeter Dr.
Ste 300
Scottsdale, AZ 85255

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,470.00

3.202

Summit Fire Protection
PO Box 851675
Minneapolis, MN 55485-1675

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,574.47

**3.203**

Sunnen Products Company
PO Box 790379
St. Louis, MO 63179

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $288.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.204**

Susan Carole Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.205**

Susan Thomson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.206**

Susan Wakefield-Olson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.207**

Tennant Sales & Service Compan
PO Box 71414
Chicago, IL 60694-1414

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,431.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.208**

Terry Robertson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.209**

The Cary Company
PO Box 88670
Chicago, IL 60680-1670

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,110.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.210**

Thomas Scientific
Attn: Traci Ann Shiffer
7125 Northland Terrace N
Ste 100
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $58,143.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.211

TIE Commerce, Inc.
PO Box 412823
Boston, MA 02241-2823

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,707.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.212

Tiffin Foundry & Machine, Inc.
Attn: Steven Sobol
PO Box 37
Tiffin, OH 44883

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $4,730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.213

Torrington Brush Works, Inc.
4377 Independence Ct
Sarasota, FL 34234

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $44.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.214

Total Tool Supply Inc.
Attn: Carrie
PO Box 860681
Minneapolis, MN 55486

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,758.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.215

Trans-Matic Manufacturing
Attn: Lori Dewitt
300 E 48th Street
Holland, MI 49423

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $245,460.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.216

UHL Company Inc
Lockbox 191
PO Box 1575
Minneapolis, MN 55480-1575

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,352.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.217

Uline Enterprises
PO Box 88741
Chicago, IL 60680-1741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,491.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218

United Electric
Attn: Joan. Follmer
PO Box 802578
Chicago, IL 60680-2578

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,254.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.219

United Gear & Assembly, Inc.
L-3898
Columbus, OH 43260

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $763.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.220

United Surface Preparation, In
Attn: Toni Zitzloff
900 Lund Blvd
Anoka, MN 55303

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,051.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.221

UPS, Inc.
PO Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $794.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.222

Versique, Inc.
6465 Wayzata Blvd.
Ste 800
Minneapolis, MN 55426

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.223

Voestalpine High Performance M
Attn: AR
PO Box 856088
Minneapolis, MN 55485-6088

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,779.21

---

3.224

Warehouse Plus Inc.
20981 County Hwy 24
West Concord, MN 55985

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$297.50

---

3.225

Water Gremlin Holdings
4400 Otter Lake Rd
White Bear Township, MN 55110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable to HoldCo

**Is the claim subject to offset?**
☑ No

☐ Yes

$15,918,138.00

---

3.226

Westfield Insurance Company
c/o GOETZ & ECKLAND P.A.
Attn: Michael S. Rowley
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claims

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.227**

WestRock
Attn: Legal Dept
1000 Abernathy Rd NE
Sandy Springs, GA 30328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $17,650.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.228**

White Bear Township
Attn: Patrick Christopherson
1281 Hammond Road
White Bear Township, MN 55110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $27,828.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.229**

WorldWide Express
29228 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                          $10,460.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.230**

Xcel Energy
c/o Bankruptcy Department
Attn: Katie Ann Miller
PO Box 9477
Minneapolis, MN 55484

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                          $272,585.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.231

Xeng Vang
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.232

Xtra Lease LLC
7911 Forsyth Blvd.
Suite 600
St. Louis, MO 63105-3825

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,670.61

3.233

Zep Sales & Service
13237 Collections Center
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,023.74

3.234

Zoro
PO Box 5233
Janesville, WI 53547-5233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,337.38

3.235

Thomas Stephen Flater
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.236

Thomas Vadnais
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.237

Tori Stebbing
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.238

Violet Hughes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

**Part 4:**    Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $602,362.42 |
| 5b. **Total claims from Part 2** | 5b. | $40,984,409.96 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $41,586,772.38 |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**Schedule G:** Executory Contracts and Unexpired Leases

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1 **State what the contract or lease is for and the nature of the debtor's interest**
Standard Agreement

**State the term remaining**
Effective Date: 2/27/2014

**List the contract number of any government contract**

Adam's Pest Control, Inc.
922 Highway 55
Suite 100
Medina, MN 55340

2.2 **State what the contract or lease is for and the nature of the debtor's interest**
Prevention Plus Agreement

**State the term remaining**
Effective Date: 9/1/2020

**List the contract number of any government contract**

Adam's Pest Control, Inc.
922 Highway 55
Suite 100
Medina, MN 55340

2.3 **State what the contract or lease is for and the nature of the debtor's interest**
Master Administrative Services Agreement

**State the term remaining**
Effective Date: 1/1/2017

**List the contract number of any government contract**

Alerus Retirement and Benefits
201 East Clark Street
Albert Lea, MN 56007

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Material Supply Agreement | C&D Technologies, Inc. and its subsidiaries including Trojan Battery Company, LLC (collectely, CDTR and/or TBC) and the members listed on Attachment "B" 200 W Main Street Attica, IN 47918 |
| | State the term remaining | Effective Date: 3/1/2022 | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Vending Services Agreement | C&S Vending Company, Inc. Attn: Ryan Wagner 1919 NW 2nd Street PO Box 876 Faribault, MN 55021 |
| | State the term remaining | Effective Date: 3/1/2016 | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Specialty Apparel Renta Service Agreement | Cintas 6800 Cintas Boulevard Mason, OH 45040 |
| | State the term remaining | Effective Date: 7/19/2019 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Outdoor Services Agreement | Clearscape Outdoor Services Attn: Matt Johnson 175 Old Highway 8 SW New Brighton, MN 55112 |
| | State the term remaining | Effective Date: 11/1/2023 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | DDMN ASO, LLC PO Box 330 Minneapolis, MN 55440 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | Driven Solutions LLC PO Box 125 Prescott, WI 54021 |
| | State the term remaining | Effective Date: 2/2/2023 | |
| | List the contract number of any government contract | | |

2.10 **State what the contract or lease is for and the nature of the debtor's interest**

Proposal for Renewal Integrated Service Agreement

**State the term remaining**

Effective Date: 3/22/2023

**List the contract number of any government contract**

EESCO
601 Lakeview Poiunt Dr
New Brighton, MN 55112

---

2.11 **State what the contract or lease is for and the nature of the debtor's interest**

Staffing Agreement

**State the term remaining**

Effective Date: 11/7/2017

**List the contract number of any government contract**

Employer Solutions Staffing Group, LLC
7301 Ohms Ln
Ste 405
Edina, MN 55439

---

2.12 **State what the contract or lease is for and the nature of the debtor's interest**

End User License Agreement

**State the term remaining**

Effective Date: 12/22/2006

**List the contract number of any government contract**

Epicor Software Corporation
18200 Von Karman Avenue
Suite 1000
Irvine, CA 92612

---

2.13 **State what the contract or lease is for and the nature of the debtor's interest**

Sales Order

**State the term remaining**

Effective Date: 8/7/2023

**List the contract number of any government contract**

Evolve IP, LLP
630 Allendale Rd
King of Prussia, PA 19406

---

2.14 **State what the contract or lease is for and the nature of the debtor's interest**

Lead Purchase Agreement

**State the term remaining**

Effective Date: 1/1/2023

**List the contract number of any government contract**

Gopher Resource, LLC
2900 Lone Oak Pkwy
Ste 140A
Eagan, MN 55121

---

2.15 **State what the contract or lease is for and the nature of the debtor's interest**

Conversion Recycling Agreement

**State the term remaining**

Effective Date: 6/1/2023

**List the contract number of any government contract**

Gopher Resource, LLC
2900 Lone Oak Pkwy
Ste 140A
Eagan, MN 55121

Debtor    Water Gremlin Company                                          Case number *(if known)* 23-11775
          Name

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Heartland Business Systems, LLC<br>101 Broadway Ave W<br>Ste 106<br>Osseo, MN 55369 |
| | **State the term remaining** | Effective Date: 2/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement | John Henry Foster MN, Inc.<br>3103 Mike Collins Dr<br>Eagan, MN 55121 |
| | **State the term remaining** | Effective Date: 6/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | KnowBe4<br>33 N Garden Ave<br>Ste 1200<br>Clearwater, FL 33755 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | KONE Care Maintenance Agreement | KONE<br>2965 Lone Oak Drive<br>Suite 100<br>Eagan, MN 55121 |
| | **State the term remaining** | Effective Date: 12/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Grounds Maintenance Contract | LawnPro Grounds Maintenance<br>PO Box 374<br>Hugo, MN 55038 |
| | **State the term remaining** | Effective Date: 4/1/2017 | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Loffler<br>1101 E 78th St<br>Bloomington, MN 55420 |
| | **State the term remaining** | Effective Date: 8/30/2023 | |
| | **List the contract number of any government contract** | | |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Order | Luther White Bear Acura Subaru |
|---|---|---|---|
| | State the term remaining | Effective Date: 1/26/2021 | 3525 N Hwy 61 White Bear Lake, MN 55110 |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Order | Luther White Bear Acura Subaru |
|---|---|---|---|
| | State the term remaining | Effective Date: 1/4/2022 | 3525 N Hwy 61 White Bear Lake, MN 55110 |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Masterson Staffing Solutions Inc. |
|---|---|---|---|
| | State the term remaining | Effective Date: 6/18/2021 | 3300 Fernbrook Ln N Ste 200 Plymouth, MN 55447 |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Midwest Protection Agency Inc. Contract | Midwest Protection Agency Inc. |
|---|---|---|---|
| | State the term remaining | Effective Date: 10/5/2023 | 533 Central Ave Minneapolis, MN 55369 |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Nations Roof, LLC |
|---|---|---|---|
| | State the term remaining | Effective Date: 7/26/2023 | 851 E. I-65 Service Road S Suite 300 Mobile, AL 36606 |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Pitney Bowes Inc. |
|---|---|---|---|
| | State the term remaining | Effective Date: 4/29/2022 | PO Box 981026 Boston, MA 02298-1026 |
| | List the contract number of any government contract | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | PMC Insurance Agency, Inc. PMC Insurance Group 209 Burlington Rd Ste 109 Bedford, MA 01730 |
| | **State the term remaining** | Effective Date: 8/1/2023 | | |
| | **List the contract number of any government contract** | | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | Robert Half 30 E. 7th Street Suite 3150 St. Paul, MN 55101 |
| | **State the term remaining** | Effective Date: 10/16/2023 | | |
| | **List the contract number of any government contract** | | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Closed-End Motor Vehicle Lease Agreement | | Rudy Luthers White Bear Motors 3525 Hwy 61 N White Bear Lake, MN 55110 |
| | **State the term remaining** | Effective Date: 1/4/2023 | | |
| | **List the contract number of any government contract** | | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | | Stantec Consulting Services Inc. Attn: Aaron Benker 1800 Pioneer Creek Center Maple Plain, MN 55359 |
| | **State the term remaining** | Effective Date: 5/26/2021 | | |
| | **List the contract number of any government contract** | | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Epic Live Order Agreement | | StormWind, LLC 17550 N Perimeter Dr Ste 300 Scottsdale, AZ 85255 |
| | **State the term remaining** | Effective Date: 9/29/2023 | | |
| | **List the contract number of any government contract** | | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | Subaru Motors Finance PO Box 78058 Phoenix, AZ 85062-8058 |
| | **State the term remaining** | | | |
| | **List the contract number of any government contract** | | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Inspection Service Agreement | | Summit Fire Protection Co. Attn: Matthew Allen 575 Minnehaha Ave West St. Paul, MN 55103 |
| | **State the term remaining** | Effective Date: 8/1/2021 | | |
| | **List the contract number of any government contract** | | | |

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Inspection Service Agreement | | Summit Fire Protection Co. Attn: Matthew Allen 575 Minnehaha Ave West St. Paul, MN 55103 |
| | **State the term remaining** | Effective Date: 8/1/2021 | | |
| | **List the contract number of any government contract** | | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | UKG Inc. PO Box 930953 Atlanta, GA 31193-0953 |
| | **State the term remaining** | Effective Date: 3/23/2021 | | |
| | **List the contract number of any government contract** | | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | United of Omaha Life Insurance Company 3300 Mutual of Omaha Plaza Omaha, NE 68175 |
| | **State the term remaining** | Effective Date: 1/1/2023 | | |
| | **List the contract number of any government contract** | | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | | United of Omaha Life Insurance Company 3300 Mutual of Omaha Plaza Omaha, NE 68175 |
| | **State the term remaining** | | | |
| | **List the contract number of any government contract** | | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Number One to the Letter of Understanding | | W.W. Grainger, Inc. 100 Grainger Pkwy Lake Forest, IL 60045 |
| | **State the term remaining** | Effective Date: 7/28/2022 | | |
| | **List the contract number of any government contract** | | | |

2.40 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Revised T&M Agreement

Wenck now Stantec
Attn: Aaron Benker
1800 Pioneer Creek Center
Maple Plain, MN 55359

2.41 **State what the contract or lease is for and the nature of the debtor's interest**
**State the term remaining**
**List the contract number of any government contract**

Equipment Lease Agreement

Effective Date: 7/5/2022

XTRA Lease
7911 Forsyth Blvd.
Suite 600
St. Louis, MO 63105-3825

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>Okabe Co., Ltd | 2-8-2, Oshiage, Sumida-ku<br>Tokyo 131-0045<br>Japan | Mizuho Bank | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 12/8/2023 | /s/ Bradley J. Hartsell |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Bradley J. Hartsell |
| | Printed name |
| | President |
| | Position or relationship to debtor |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>WATER GREMLIN COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11775 (LSS)<br><br>(Jointly Administered) |

<u>**STATEMENT OF FINANCIAL AFFAIRS**</u>
<u>**FOR WATER GREMLIN COMPANY**</u>

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WG Sub, LLC ("WG Sub") (0781), Okabe Holding USA, Inc. ("Holdings") (9250), and Water Gremlin Company ("Water Gremlin") (6396).

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| WATER GREMLIN COMPANY, et al., [1] | ) | Case No. 23-11775 (LSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2]  In the event that the Schedules and/or Statements differ from these Global Notes, these Global Notes control.

While the Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (as defined in section 101(5) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  WG Sub, LLC ("**WG Sub**") (0781), Water Gremlin Holdings, Inc. ("**Holdings**") (9250), and Water Gremlin Company ("**Water Gremlin**") (6396).

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors may reference an individual Debtor's Schedules and Statements and not those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such reference to any of the Schedules and Statements of any other Debtor, as applicable.

"**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules or Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to the Debtors' Chapter 11 Cases (as defined herein) (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers).

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), arising from the accuracy or completeness of the data provided herein whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Bradley J. Hartsell, the President or Authorized Person of the Debtors, has signed the Schedules and Statements. Mr. Hartsell is an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hartsell has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Mr. Hartsell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

## I.  GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.    *Description of the Chapter 11 Case.* On October 27, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code (the "**Chapter 11 Cases**"). On November 1, 2023, an order was entered directing joint administration of these Chapter 11 Cases [Docket No. 33]. Notwithstanding the joint administration of the Debtors' Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date. On November 7, 2023, the United States Trustee for the District of Delaware

2

(the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2.       ***Basis of Presentation.*** For financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("**GAAP**"). The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

3.       Moreover, given, among other things, the extent of the Debtors' unused net operating losses and the uncertainty surrounding the valuation and nature of certain of the Debtors' assets and liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.

4.       ***Reservation and Limitations.*** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

5.       ***No Admission.*** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtor, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

## II. GENERAL DISCLOSURE APPLICATION TO SCHEDULES AND STATEMENTS

6.       ***Causes of Action.*** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim,

counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules nor the Statements shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

7.    *Recharacterization.* The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

8.    *Claim Designations.* Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F part 1 as "unsecured priority" or (iii) on Schedule E/F part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' rights to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtors' right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

9.    *Totals.* All totals that are included in the Schedules and Statements represent totals of all known and estimated amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent and/or disputed claims, it is possible that the summary statistics in the Schedules, Statements and Global Notes may understate the Debtors' liabilities (possibly to a significant extent).

10.    *Court Orders.* Pursuant to certain orders of the Bankruptcy Court, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims, including with respect to employees, among others. Accordingly, certain of these liabilities may have been, or will be, satisfied in accordance with such orders. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date. However, the estimates of claims set forth in the

4

Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

11.     ***Other Paid Claims***. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections or notices of satisfaction of such claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12.     ***Liabilities.*** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and Statements as is necessary or appropriate. The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

13.     ***Currency.*** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14.     ***Valuation.*** The Debtors believe it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown. Unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Exceptions to this include operating cash and certain other assets as described herein. Operating cash is presented as bank balances as of the Petition Date.  Amounts ultimately realized may vary from net book value, and such variance may be material. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

15.     ***Leases.*** Nothing in the Schedules or Statements (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. The Debtors lease facilities under various lease agreements. These leases are reported on the Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the respective Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F Part 2.

16. **_Estimates._** To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

17. **_Fiscal Year._** The Debtors' fiscal years end on September 30.

18. **_Intellectual Property Rights._** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

19. **_Liens._** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20. **_Credits and Adjustments_**. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

21. **_Insiders_**. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

22. **_Intercompany Claims_**. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission

of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims. The Debtors engage in limited intercompany transactions with each other, including the payment or funding of certain operating expenses as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions, (II) Waiving the Requirements of Section 345(b) On An Interim Basis, and (III) Granting Related Relief* [Docket No. 12] (the "**Cash Management Motion**").

### III.      SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

23.      ***Schedule A/B – All Assets.*** Except as otherwise set forth herein, the value of all assets listed on Schedule A/B are as of the Petition Date, as reflected in the Debtors' books and records. The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in each Debtors' books and records.

24.      ***Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.*** Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and the orders of the Bankruptcy Court granting the Cash Management Motion. The Debtors' bank account balances, and the balances of deposits and prepayments, are reported as of the Petition Date.

25.      ***Schedule D - Creditors Holding Secured Claims.*** The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtors' Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements. Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D. In addition, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

26.      ***Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims.*** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

27.      The Debtors have obtained authority from the Bankruptcy Court to pay certain prepetition claims, including those of employees pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 91] (the "**Wage Order**"). The Wage Order authorizes the Debtor to pay in the ordinary course accrued but unpaid PTO upon termination of an employee, unless such amount

exceeds the limits of sections 507(a)(4) and 507(a)(5). The Debtors expect that all or most prepetition claims of current employees for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business. Thus, Schedule E/F Part 1 does not include prepetition claims of employees on account of wages, salaries, benefits and other obligations that the Debtors have paid or expect to pay in the ordinary course of business, however Schedule E/F Part 1 does list claims for accrued but unpaid PTO. To the extent any claims on account of employee wages, salaries, benefits, and other obligations are not paid, the Debtors reserve the right to amend Schedule E/F Part 1 and Part 2, as necessary or appropriate.

28.     The unsecured non-priority claims of creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the estimated accrued amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.

29.     Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

30.     ***Schedule G - Unexpired Leases and Executory Contracts.*** The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts or unexpired leases listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. To the extent the Court determines a particular contract not included on Schedule G is executory, the Debtors will amend Schedule G to add that contract, as necessary or appropriate.

31.     In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

32.     Omission of a contract or agreement from Schedule G does not constitute an

admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

## IV.     SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS

33.     ***Statements Item 7 – Litigation.*** Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

34.     ***Statements Item 22 – Judicial or Administrative Proceedings Under Environmental Law.*** Despite reasonable efforts, the Debtors may not have identified in their Statements all judicial or administrative proceedings under environmental laws, including settlements and orders, to which the Debtors have been a party. The Debtors reserve all rights with respect to any judicial or administrative proceedings under any environmental law.

35.     ***Statements Item 31 – Consolidated Group.*** As described above, for financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Although the Debtors' consolidated tax returns were not due prior to the Petition Date (and therefore such tax returns have not been filed) the Debtors anticipate being treated as a consolidated group for tax purposes.

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/1/2023 to Filing Date | ☑ Operating a business<br>☐ Other | $2,718,000.00 |
| **For prior year:** | From 10/1/2022 to 9/30/2023 | ☑ Operating a business<br>☐ Other | $38,298,776.00 |
| **For the year before that:** | From 10/1/2021 to 9/30/2022 | ☑ Operating a business<br>☐ Other | $46,801,707.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 10/1/2023 to Filing Date | Interest Income | $3,811.00 |
| **For prior year:** | From 10/1/2022 to 9/30/2023 | Interest Income | $34,040.00 |
| **For the year before that:** | From 10/1/2021 to 9/30/2022 | Interest & Miscellaneous Income | $91,748.00 |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

## 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Exhibit | | $148,200,135.22 | ☐ Secured debt<br>☑ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☑ Other |

## 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Exhibit<br><br>Relationship to debtor | | $281,749.71 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

**Part 3:**  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Abernathy v. Water Gremiln Co. **Case number** 19482757-CP-29538 | Workers' compensation | Name State of Minnesota Office of Administrative Hearings, Workers Compensation Section  Street PO Box 64620  City St Paul  State MN  Zip 55164 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** Claim of Adebola Adenusi **Case number** N/A | Workers' compensation | Name N/A  Street  City  State  Zip | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.3** **Name** Alexander v. Freelance Reporting, et al. **Case number** 19482757-CP-29538 | Workers' compensation | Name State of Minnesota Office of Administrative Hearings, Workers Compensation Section  Street PO Box 64620  City St Paul  State MN  Zip 55164 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.4** **Name** Anderson, obo Darlene Frogner, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. **Case number** N/A | Tort Claim | Name State of Minnesota, County of Ramsey, District Court, Second Judicial District  Street 15 W Kellogg Blvd  City St Paul  State MN  Zip 55102 | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.5** **Name** Anderson, obo Mark Anderson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. **Case number** N/A | Tort Claim | Name State of Minnesota, County of Ramsey, District Court, Second Judicial District  Street 15 W Kellogg Blvd  City St Paul  State MN  Zip 55102 | ☑ Pending ☐ On appeal ☐ Concluded |

**7.6**

**Name**
Anderson, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

**Name**
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

**Street**
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.7**

**Name**
Bennek, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

**Name**
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

**Street**
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.8**

**Name**
Bergman, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

**Name**
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

**Street**
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.9**

**Name**
Bicha v. Water Gremlin

Workers' compensation

**Case number**
8154965-CP-29097

**Name**
State of Minnesota Office of Administrative Hearings,
Workers Compensation Section

**Street**
PO Box 64620

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55164 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.10**

**Name**
Claim of Bradley J. Hartsell

Workers' compensation

**Case number**
N/A

**Name**
N/A

**Street**

| City | State | Zip |
|------|-------|-----|
| | | |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.11**

**Name**
Brink, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

**Name**
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

**Street**
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

- ☑ Pending
- ☐ On appeal
- ☐ Concluded

**7.12**

| Name | Tort Claim |
|---|---|
| Brown, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.13**

| Name | Tort Claim |
|---|---|
| Carlson III, obo Dean Carlson Jr., deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.14**

| Name | Tort Claim |
|---|---|
| Carlson III, obo Jackie Carlson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.15**

| Name | Tort Claim |
|---|---|
| Carlson, obo Sue Carlson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.16**

| Name | Tort Claim |
|---|---|
| Carlson, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.17**

| Name | Tort Claim |
|---|---|
| Cole, obo Barbara Svoboda, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.18

**Name**
Cole, obo Richard Svoboda, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul    State: MN    Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

---

7.19

**Name**
Currier, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul    State: MN    Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

---

7.20

**Name**
Currier, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul    State: MN    Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

---

7.21

**Name**
David Rieck v. Water Gremlin

**Case number**
19229616-CP-20567

Workers' compensation

Name
State of Minnesota Office of Administrative Hearings, Workers Compensation Section

Street
PO Box 64620

City: St Paul    State: MN    Zip: 55164

☑ Pending
☐ On appeal
☐ Concluded

---

7.22

**Name**
David Smith v. Water Gremlin

**Case number**
4012324-CP-27659

Workers' compensation

Name
State of Minnesota Office of Administrative Hearings, Workers Compensation Section

Street
PO Box 64620

City: St Paul    State: MN    Zip: 55164

☑ Pending
☐ On appeal
☐ Concluded

---

7.23

**Name**
DeMars, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul    State: MN    Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.24**

**Name**
Duffy, obo Greg Duffy, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.25**

**Name**
Erickson, obo Leilani Erickson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.26**

**Name**
Evans (formerly Sage Hockinson), v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.27**

**Name**
Flater, obo Thomas Flater, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.28**

**Name**
Gable, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.29**

**Name**
Gavin, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.30**

**Name**
Gonzales, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.31**

**Name**
Grogan, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.32**

**Name**
Guanzini, obo Linda Guanzini,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.33**

**Name**
Gunn, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.34**

**Name**
Hancock, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.35**

**Name**
Hang, obo Mai Kou Xiong,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.36**

**Name**
Hart, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.37**

**Name**
Hedican, obo Patrick Hedican,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.38**

**Name**
Heller, obo Karen Formanek,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.39**

**Name**
Heller, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.40**

**Name**
Hughes, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.41**

**Name**
In the Matter of the Denial of
Contested Case Hearing
Request and Issuance of Air
Emissions Permit No.
12300341-101 for Water
Gremlin Company City of White
Bear Lake, Ramsey County,
Minnesota

**Case number**
A23-1019

Air emissions permit appeal

Name
Minnesota Court of Appeals

Street
25 Rev Dr Martin Luther King Jr Boulevard

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55155 |

☑ Pending
☐ On appeal
☐ Concluded

**7.42**

**Name**
Johnson, obo Ronald Johnson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.43**

**Name**
Johnston, obo Karen Johnston, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.44**

**Name**
Jungwirth, obo Brianna Jungwirth, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.45**

**Name**
Kappes, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.46**

**Name**
Kerstetter, obo Ardys Hawn, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

**7.47**

**Name**
Knoche, obo Donald Johnson, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City: St Paul  State: MN  Zip: 55102

☑ Pending
☐ On appeal
☐ Concluded

### 7.48

**Name**
Kohler, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

### 7.49

**Name**
Kraemer, v. Okabe Co. Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

### 7.50

**Name**
Kubal, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

### 7.51

**Name**
LaLiberte, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

### 7.52

**Name**
Lanigan, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

### 7.53

**Name**
Leitschuh, obo Grant Leitschuh,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.54**

**Name**
Leitschuh, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.55**

**Name**
Lillencrantz, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.56**

**Name**
Lofthus, obo Owen Lofthus,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.57**

**Name**
Luecke, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.58**

**Name**
Malone, obo Gerard Malone,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.59**

**Name**
Missling, obo Roland Missling,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.60**

**Name**
Missling, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.61**

**Name**
Monley, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.62**

**Name**
Nelson, obo Randy Nelson,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.63**

**Name**
Newsom, obo Sarah Kraemer,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.64**

**Name**
Newsom, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.65**

**Name**
Odden, obo Shari Bicha,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.66

**Name**
Prendergast, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

---

7.67

**Name**
Prock, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

---

7.68

**Name**
Ray, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

---

7.69

**Name**
Robertson, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

---

7.70

**Name**
Robertson, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

---

7.71

**Name**
Rodvold, obo John Bucholz,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.72

**Name**
Rossbach, obo Kylee Rossbach-
Jordan, deceased, v. Okabe Co.,
Ltd. d/b/a Water Gremlin Co.,
et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.73

**Name**
Sager, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.74

**Name**
Sager, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.75

**Name**
Santi, obo Robert Kappes,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.76

**Name**
Saunders, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.77

**Name**
Sharot, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.78**

**Name**
Skoog, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.79**

**Name**
Staufer, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.80**

**Name**
Stauffer, obo Grace Stauffer, minor, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.81**

**Name**
Stebbing, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.82**

**Name**
Stevens, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.83**

**Name**
Stortroen, obo Shirley Stortroen, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

7.84

**Name**
Strong, obo Louise Bestow, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

7.85

**Name**
Swearingen, obo Violet Hughes, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

7.86

**Name**
Swoboda, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

7.87

**Name**
Thomson, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

7.88

**Name**
Tierney, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

7.89

**Name**
Tilus, obo Laura Antrim, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

Tort Claim

**Case number**
N/A

Name
State of Minnesota, County of Ramsey, District Court, Second Judicial District

Street
15 W Kellogg Blvd

City          State    Zip
St Paul       MN       55102

☑ Pending
☐ On appeal
☐ Concluded

**7.90**

**Name**
Tripp, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.91**

**Name**
Truhler, v. Okabe Co., Ltd. d/b/a
Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.92**

**Name**
Turnbull, obo Marie Hedican,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.93**

**Name**
Vadnais, obo Thomas Vadnais,
deceased, v. Okabe Co., Ltd.
d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.94**

**Name**
Vang v. Water Gremlin
Company

**Case number**
19215788-CP23020

Workers' compensation

Name
State of Minnesota Office of Administrative Hearings,
Workers Compensation Section

Street
PO Box 64620

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55164 |

☑ Pending
☐ On appeal
☐ Concluded

**7.95**

**Name**
Wakefield-Olson, v. Okabe Co.,
Ltd. d/b/a Water Gremlin Co.,
et. al.

**Case number**
N/A

Tort Claim

Name
State of Minnesota, County of Ramsey, District Court,
Second Judicial District

Street
15 W Kellogg Blvd

| City | State | Zip |
|------|-------|-----|
| St Paul | MN | 55102 |

☑ Pending
☐ On appeal
☐ Concluded

**7.96**

**Name**
Watba, obo Akuthi Okoth, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

**Name**
State of Minnesota, County of Ramsey, District Court, Second Judicial District

**Street**
15 W Kellogg Blvd

**City** St Paul  **State** MN  **Zip** 55102

☑ Pending
☐ On appeal
☐ Concluded

---

**7.97**

**Name**
Westfield Insurance Company v. Water Gremlin Company

**Case number**
0:23-cv-02178

Declaratory judgment regarding insurance obligations

**Name**
U.S. District Court for the District of Minnesota

**Street**
316 N. Robert Street

**City** St Paul  **State** MN  **Zip** 55101

☑ Pending
☐ On appeal
☐ Concluded

---

**7.98**

**Name**
Wiggins v. Water Gremlin Company

**Case number**
5738885-CP-29437

Workers' compensation

**Name**
State of Minnesota Office of Administrative Hearings, Workers Compensation Section

**Street**
PO Box 64620

**City** St Paul  **State** MN  **Zip** 55164

☑ Pending
☐ On appeal
☐ Concluded

---

**7.99**

**Name**
Wilcox, obo Roxanne Wilcox, deceased, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

**Name**
State of Minnesota, County of Ramsey, District Court, Second Judicial District

**Street**
15 W Kellogg Blvd

**City** St Paul  **State** MN  **Zip** 55102

☑ Pending
☐ On appeal
☐ Concluded

---

**7.100**

**Name**
Wilcox, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

**Name**
State of Minnesota, County of Ramsey, District Court, Second Judicial District

**Street**
15 W Kellogg Blvd

**City** St Paul  **State** MN  **Zip** 55102

☑ Pending
☐ On appeal
☐ Concluded

---

**7.101**

**Name**
Yasis, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al.

**Case number**
N/A

Tort Claim

**Name**
State of Minnesota, County of Ramsey, District Court, Second Judicial District

**Street**
15 W Kellogg Blvd

**City** St Paul  **State** MN  **Zip** 55102

☑ Pending
☐ On appeal
☐ Concluded

7.102

| Name | Tort Claim | Name | State of Minnesota, County of Ramsey, District Court, Second Judicial District | ☑ Pending |
|---|---|---|---|---|

| Name | |
|---|---|
| Ziedlik, v. Okabe Co., Ltd. d/b/a Water Gremlin Co., et. al. | |

☐ On appeal
☐ Concluded

| Case number | N/A |
|---|---|

Street
15 W Kellogg Blvd

| City | State | Zip |
|---|---|---|
| St Paul | MN | 55102 |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 Custodian's name and address _____ Street _____ City / State / Zip | Case title _____ Case number _____ Date of order or assignment _____ | Court name and address Name _____ Street _____ City / State / Zip |

---

**Part 4:**    Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 Recipient's name _____ Street _____ City / State / Zip _____ **Recipient's relationship to debtor** _____ | _____ | _____ | _____ |

---

**Part 5:**    Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

**Part 6:**   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **11.1** Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | | 8/10/2023 | $379,324.96 |
| **Email or website address** https://www.dorsey.com | | | |
| **Who made the payment, if not debtor?** | | | |
| **11.2** Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | | 8/30/2023 | $200,000.00 |
| **Email or website address** https://www.dorsey.com | | | |
| **Who made the payment, if not debtor?** | | | |
| **11.3** Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | | 9/8/2023 | $511,653.62 |
| **Email or website address** https://www.dorsey.com | | | |
| **Who made the payment, if not debtor?** | | | |
| **11.4** Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | | 9/13/2023 | $200,000.00 |
| **Email or website address** https://www.dorsey.com | | | |
| **Who made the payment, if not debtor?** | | | |

11.5

|  |  |  |
|---|---|---|
| Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | 10/20/2023 | $200,000.00 |

**Email or website address**
https://www.dorsey.com

**Who made the payment, if not debtor?**

11.6

|  |  |  |
|---|---|---|
| Dorsey and Whitney LLP, Attn: Eric Lopez Schnabel & Alessandra Glorioso, 300 Delaware Avenue, Suite 1010, Wilmington, DE19801 | 10/24/2023 | $200,000.00 |

**Email or website address**
https://www.dorsey.com

**Who made the payment, if not debtor?**

11.7

|  |  |  |
|---|---|---|
| Intrepid Investment Bankers LLC, Attn: Carl R. Comstock & Lorie Beers, 1251 Avenue of the Americas, 43rd Floor, New York, NY10020 | 8/2/2023 | $96,755.85 |

**Email or website address**
https://intrepidib.com/

**Who made the payment, if not debtor?**

11.8

|  |  |  |
|---|---|---|
| Intrepid Investment Bankers LLC, Attn: Carl R. Comstock & Lorie Beers, 1251 Avenue of the Americas, 43rd Floor, New York, NY10020 | 8/30/2023 | $90,000.00 |

**Email or website address**
https://intrepidib.com/

**Who made the payment, if not debtor?**

11.9

|  |  |  |
|---|---|---|
| Intrepid Investment Bankers LLC, Attn: Carl R. Comstock & Lorie Beers, 1251 Avenue of the Americas, 43rd Floor, New York, NY10020 | 9/27/2023 | $102,955.31 |

**Email or website address**
https://intrepidib.com/

**Who made the payment, if not debtor?**

11.10

Intrepid Investment Bankers LLC, Attn: Carl R. Comstock & Lorie Beers, 1251 Avenue of the Americas, 43rd Floor, New York, NY10020

**Email or website address**
https://intrepidib.com/

**Who made the payment, if not debtor?**

10/11/2023 $75,000.00

11.11

Riveron Management Services, LLC, 461 Fifth Avenue, 12th Floor, New York, NY10017

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

8/16/2023 $200,000.00

11.12

Riveron Management Services, LLC, 461 Fifth Avenue, 12th Floor, New York, NY10017

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

8/16/2023 $128,714.62

11.13

Riveron Management Services, LLC, 461 Fifth Avenue, 12th Floor, New York, NY10017

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

8/30/2023 $42,408.50

11.14

Riveron Management Services, LLC, 461 Fifth Avenue, 12th Floor, New York, NY10017

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

9/13/2023 $104,935.96

**11.15**

Riveron Management Services, LLC, 461 Fifth
Avenue, 12th Floor, New York, NY10017

9/27/2023                    $73,624.25

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

**11.16**

Riveron Management Services, LLC, 461 Fifth
Avenue, 12th Floor, New York, NY10017

9/27/2023                    $250,000.00

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

**11.17**

Riveron Management Services, LLC, 461 Fifth
Avenue, 12th Floor, New York, NY10017

10/6/2023                    $87,985.93

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

**11.18**

Riveron Management Services, LLC, 461 Fifth
Avenue, 12th Floor, New York, NY10017

10/11/2023                   $51,121.18

**Email or website address**
https://riveron.com/

**Who made the payment, if not debtor?**

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

 None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| **12.1** | | | |
| **Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 _____ | _____ | _____ | _____ |
| Relationship to debtor | | | |
| _____ | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1 Street | | | From _____ | to _____ |
| City | State | Zip | | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1 Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider | How are records kept? Check all that apply: |
| City   State   Zip | | ☐ Electronically |
| | | ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

  Does the debtor have a privacy policy about that information?

  ☐ No

  ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Water Gremlin Company Retirement Plan | 41-0686396 |

Has the plan been terminated?

☑ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1<br>Name<br>Mitsubishi Bank<br>Street<br>227 West Monroe St Ste 1550<br>City Chicago  State IL  Zip 60606 | 9587 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | 6/30/2023 | $4,179.49 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1<br>Name<br>Street<br>City  State  Zip | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 <br><br> Name <br><br> Street <br><br> City   State   Zip | Address | | ☐ No <br> ☐ Yes |

---

| **Part 11:** | **Property the Debtor Holds or Controls that the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| 21.1 | | | |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☐ No.

☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 <br><br> Administrative Order pursuant to Minn. Stat. § 116.07, subd. 9, and § 115.071, subd. 1 Dated 1/17/2020 <br><br> Case Number <br> N/A | Name <br> Minnesota Pollution Control Agency <br><br> Street <br> 520 Lafayette Road N. <br><br> City   State   Zip <br> St. Paul   MN   55155-4194 | | ☐ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |

**22.2**

Administrative Order pursuant to Minn. Stat. § 116.07, subd. 9, and § 115.071, subd. 1 Dated 8/22/2019

Case Number
N/A

Name
Minnesota Pollution Control Agency

Street
520 Lafayette Road N.

City: St. Paul    State: MN    Zip: 55155-4194

Air Permit Proceeding

☐ Pending
☐ On appeal
☐ Concluded

**22.3**

Air Emission Permit No. 12300341-101, major amendment pursuant to Minn. R. 7007.1150 to 7007.1500 Dated 6/15/2023

Case Number
N/A

Name
Minnesota Pollution Control Agency

Street
520 Lafayette Road N.

City: St. Paul    State: MN    Zip: 55155-4194

Air Permit Proceeding

☐ Pending
☐ On appeal
☐ Concluded

**22.4**

Gabriel Espinoza v. Water Gremlin Company et al.

Case Number
CGC-22-600480

Name
California Superior Court, County of San Francisco

Street
400 McAllister Street

City: San Francisco    State: CA    Zip: 94102

Civil suit related to Proposition 65

☐ Pending
☐ On appeal
☑ Concluded

**22.5**

In the Matter of the Denial of Contested Case Hearing Request and Issuance of Air Emissions Permit No. 12300341-101 for Water Gremlin Company City of White Bear Lake, Ramsey County, Minnesota

Case Number
A23-1019

Name
Minnesota Court of Appeals

Street
305 Minnesota Judicial Center, 25 Rev Dr Martin Luther King Jr Boulevard

City: St Paul    State: MN    Zip: 55155

Air emissions permit appeal

☑ Pending
☐ On appeal
☐ Concluded

**22.6**

Nancy Leppink, in her official capacity as Commissioner, Minnesota Department of Labor and Industry, Jan Malcolm, in her official capacity as Commissioner of the Minnesota Department of Health, v. Water Gremlin Company

Case Number
62-CV-19-7606

Name
Ramsey County District Court

Street
15 W Kellogg Blvd

City: St. Paul    State: MN    Zip: 55102

Air Permit Proceeding

☐ Pending
☐ On appeal
☐ Concluded

| 22.7 | Roslyn Robertson, Commissioner, Minnesota Department of Labor and Industry v. Water Gremlin Company, Docket No. 13962, pursuant to Minn. Stat. § 182.661, subds. 3 and 5 (recaptioned after Roslyn Robertson replaced Nancy Leppink as Commissioner of the Department of Labor and Industry) Dated 10/13/2021 | Name: Minnesota Department of Labor and Industry | Air Permit Proceeding | ☐ Pending ☐ On appeal ☐ Concluded |
| | | Street: 443 Lafayette Road N. | | |
| | | City: St. Paul  State: MN  Zip: 55155 | | |
| | Case Number: N/A | | | |

| 22.8 | Stipulation Agreement pursuant to Minn. Stat. Chs. 115 and 116 dated 3/1/2019 | Name: Minnesota Pollution Control Agency | Air Permit Proceeding | ☐ Pending ☐ On appeal ☐ Concluded |
| | Case Number: N/A | Street: 520 Lafayette Road N. | | |
| | | City: St. Paul  State: MN  Zip: 55155-4194 | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 | | | |
| Name | Name | | |
| Street | Street | | |
| City  State  Zip | City  State  Zip | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☐ No

☑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 | | | |
| Name: Water Gremlin Headquarter | Name: Minnesota Pollution Control Agency | 1. Petition for Contested Case Hearing to Emission Permit No. 12300341-101 - Minn. Stat. Ch. 14 and Minn. R. 7000.1800 and 7000.1900 | 8/19/2022 |
| Street: 4400 Otter Lake Road | Street: 520 Lafayette Road N. | | |
| City: White Bear Township  State: MN  Zip: 55110 | City: St. Paul  State: MN  Zip: 55155-4194 | | |

24.2

| | | |
|---|---|---|
| Name | Name | 2. Petition for Contested Case Hearing to Emission Permit No. 12300341-101 - inn. Stat. Ch. 14 and Minn. R. 7000.1800 and 7000.1900 |
| Water Gremlin Headquarter | Minnesota Pollution Control Agency | |
| Street | Street | |
| 4400 Otter Lake Road | 520 Lafayette Road N. | |
| City   State   Zip | City   State   Zip | |
| White Bear Township   MN   55110 | St. Paul   MN   55155-4194 | |

3/3/2023

24.3

| | | |
|---|---|---|
| Name | Name | Petition for Writ of Certiorari - In the Matter of the Denial of Contested Case Hearing Request and Issuance of Air Emissions Permit No. 12300341-101 for Water Gremlin Company City of White Bear Lake, Ramsey County, Minnesota |
| Water Gremlin Headquarter | State of Minnesota Court of Appeals | |
| Street | Street | |
| 4400 Otter Lake Road | 305 Minnesota Judicial Center, 25 Rev. Dr. Martin Luther King Jr. Blvd. | |
| City   State   Zip | City   State   Zip | |
| White Bear Township   MN   55110 | St. Paul   MN   55155 | |

7/13/2023

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1<br><br>WG Sub, LLC<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | Fishing Sinker Manufacturer | EIN    92-2310781<br><br>**Dates business existed**<br>From    2/7/2023      to    Present |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1<br><br>Ellen Scipta<br>c/o Riveron Management Services, LLC<br>461 Fifth Avenue<br>12th Floor<br>New York, NY 10017 | From    6/28/2023      to    Present |
| 26a.2<br><br>Jason P Kromrey<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | From    10/31/2011      to    Present |
| 26a.3<br><br>Paula Jarvinen<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | From    3/20/2006      to    Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
|---|---|---|
| **26b.1** | From | to |
| EOS Accountants LLP | August | Present |
| Attn: Masanobu Tsuchiya, Partner | 2023 | |
| 401 Hackensack Ave., 1001 | | |
| Hackensack, NJ 07601 | | |
| **26b.2** | From | to |
| Grant Thorton LLP | October | September |
| Attn: Hiral Shah, Managing Director | 2021 | 2022 |
| 500 N. Akard, Suite 1200 | | |
| Dallas, TX 75201 | | |
| **26b.3** | From | to |
| RSM US LLP | December | January |
| Attn: Adam Kolo, Assurance Senior Director | 2022 | 2023 |
| 801 Nicollet Mall, West Tower, Ste. 1200 | | |
| Minneapolis, MN 55402-2526 | | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** | |
| Ellen Scipta | |
| c/o Riveron Management Services, LLC | |
| 461 Fifth Avenue | |
| 12th Floor | |
| New York, NY 10017 | |
| **26c.2** | |
| Jason P Kromrey | |
| 4400 Otter Lake Rd | |
| White Bear Township, MN 55110 | |
| **26c.3** | |
| Paula Jarvinen | |
| 4400 Otter Lake Rd | |
| White Bear Township, MN 55110 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Paula Jarvinen | 9/30/2023 | $13,208,282.34, Book Value |

| Name and address of the person who has possession of inventory records |
|---|

27.1

     Water Gremlin
     Attn: Paula Jarvinen
     4400 Otter Lake Rd
     White Bear Township, MN 55110

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Paula Jarvinen | 10/1/2022 | $15,176,566.83, Book Value |

| Name and address of the person who has possession of inventory records |
|---|

27.2

     Water Gremlin
     Attn: Paula Jarvinen
     4400 Otter Lake Rd
     White Bear Township, MN 55110

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1    Water Gremlin Holdings<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | Parent Company | 100% |
| 28.2    Bradley J. Hartsell<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | President | N/A |
| 28.3    Edwin T. Gavin<br>c/o Water Gremlin Commpany<br>4400 Otter Lake Rd<br>White Bear Township, MN 55110 | Director | N/A |

| 28.4 | | |
|---|---|---|
| Mizuhiro Toki<br>c/o Okabe Co., Ltd<br>2-8-2, Oshiage, Sumida-ku<br>Tokyo 131-0045<br>Japan | Director | N/A |

| 28.5 | | |
|---|---|---|
| Yasunobu Yamazaki<br>c/o Okabe Co., Ltd<br>2-8-2, Oshiage, Sumida-ku<br>Tokyo 131-0045<br>Japan | Director | N/A |

| 28.6 | | |
|---|---|---|
| Yasushi Hosomichi<br>c/o Okabe Co., Ltd<br>2-8-2, Oshiage, Sumida-ku<br>Tokyo 131-0045<br>Japan | Director | N/A |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 | | From          to |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1   See SOFA 4 Exhibit | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1   Water Gremlin Holdings, Inc. | EIN   20-1149250 |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| A&S Manufacturing Co | Attn: Steve Churchill | 3246 Collins St | | Philadelphia | PA | 19134 | | 8/22/2023 | $16,111.20 | Other |
| A&S Manufacturing Co | Attn: Steve Churchill | 3246 Collins St | | Philadelphia | PA | 19134 | | 9/19/2023 | $24,166.80 | Other |
| | | | | | | | | **TOTAL:** | **$40,278.00** | |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/2/2023 | $136,845.18 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/2/2023 | $333,145.21 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/2/2023 | $2,525.44 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/11/2023 | $1,768.60 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/11/2023 | $697.50 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/16/2023 | $136,082.60 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/16/2023 | $329,655.12 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/16/2023 | $2,480.22 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/30/2023 | $133,157.57 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/30/2023 | $326,863.89 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 8/30/2023 | $2,486.02 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/12/2023 | $880,123.97 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/13/2023 | $515,734.80 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/13/2023 | $2,817.48 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/14/2023 | $28,509.30 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/15/2023 | $1,762.25 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/15/2023 | $690.00 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/27/2023 | $340,518.48 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/27/2023 | $2,583.45 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 9/27/2023 | $140,968.37 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/11/2023 | $133,212.13 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/11/2023 | $325,794.51 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/11/2023 | $2,928.71 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/13/2023 | $2,323.34 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/13/2023 | $690.00 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/25/2023 | $323,460.34 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/25/2023 | $2,930.28 | Services |
| ADP Inc. (Electronic Pmts) | | 12200 Weber Hill Road | | St. Louis | MO | 63127-1690 | | 10/25/2023 | $132,928.36 | Services |
| | | | | | | | | **TOTAL:** | **$4,243,683.12** | |
| American Express - WG | | 200 Vesey Street | | New York | NY | 10285 | | 8/2/2023 | $13,220.16 | Suppliers or vendors |
| American Express - WG | | 200 Vesey Street | | New York | NY | 10285 | | 9/6/2023 | $28,216.45 | Suppliers or vendors |
| American Express - WG | | 200 Vesey Street | | New York | NY | 10285 | | 10/5/2023 | $18,712.26 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$60,148.87** | |
| Auto-Owners Insurance | | PO Box 740312 | | Cincinnati | OH | 45274-0312 | | 8/22/2023 | $9,579.65 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$9,579.65** | |
| Berkley Net | | PO Box 639829 | | Cincinnati | OH | 45263-9829 | | 8/22/2023 | $67,279.00 | Suppliers or vendors |
| Berkley Net | | PO Box 639829 | | Cincinnati | OH | 45263-9829 | | 9/19/2023 | $20,706.00 | Suppliers or vendors |
| Berkley Net | | PO Box 639829 | | Cincinnati | OH | 45263-9829 | | 10/24/2023 | $20,706.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$108,691.00** | |
| Bob Marty Electric Inc | | 19660 Maidstone Way | | Rogers | MN | 55374 | | 9/5/2023 | $7,239.00 | Suppliers or vendors |
| Bob Marty Electric Inc | | 19660 Maidstone Way | | Rogers | MN | 55374 | | 10/6/2023 | $15,416.00 | Suppliers or vendors |
| Bob Marty Electric Inc | | 19660 Maidstone Way | | Rogers | MN | 55374 | | 10/24/2023 | $1,560.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$24,215.00** | |
| CenturyLink Communications LLC | | Business Services | PO Box 52187 | Phoenix | AZ | 85072-2187 | | 8/3/2023 | $285.08 | Services |
| CenturyLink Communications LLC | | Business Services | PO Box 52187 | Phoenix | AZ | 85072-2187 | | 8/22/2023 | $3,608.77 | Services |
| CenturyLink Communications LLC | | Business Services | PO Box 52187 | Phoenix | AZ | 85072-2187 | | 9/12/2023 | $285.08 | Services |
| CenturyLink Communications LLC | | Business Services | PO Box 52187 | Phoenix | AZ | 85072-2187 | | 9/19/2023 | $3,608.77 | Services |
| | | | | | | | | **TOTAL:** | **$7,787.70** | |
| Cintas Corporation | Attn: Legal Dept | 6800 Cintas Blvd | PO Box 625737 | Cincinnati | OH | 45262 | | 8/3/2023 | $24,032.01 | Other |
| Cintas Corporation | Attn: Legal Dept | 6800 Cintas Blvd | PO Box 625737 | Cincinnati | OH | 45262 | | 9/5/2023 | $29,608.90 | Other |
| Cintas Corporation | Attn: Legal Dept | 6800 Cintas Blvd | PO Box 625737 | Cincinnati | OH | 45262 | | 10/3/2023 | $23,923.62 | Other |

In re: Water Gremlin Company

Case No. 23-11775

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | **TOTAL:** | **$77,564.53** | |
| Clarios LLC | Attn: Mark Wallace | Florist Tower | 5757 N. Green Bay Ave | Glendale | WI | 53209 | | 8/3/2023 | $204,135.66 | Suppliers or vendors |
| Clarios LLC | Attn: Mark Wallace | Florist Tower | 5757 N. Green Bay Ave | Glendale | WI | 53209 | | 9/19/2023 | $179,101.76 | Suppliers or vendors |
| Clarios LLC | Attn: Mark Wallace | Florist Tower | 5757 N. Green Bay Ave | Glendale | WI | 53209 | | 10/3/2023 | $105,129.51 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$488,366.93** | |
| Control Assemblies Co | | 15400 Medina Road | | Plymouth | MN | 55447 | | 8/29/2023 | $87,100.61 | Suppliers or vendors |
| Control Assemblies Co | | 15400 Medina Road | | Plymouth | MN | 55447 | | 9/26/2023 | $52,578.70 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$139,679.31** | |
| CPA Global Limited | | PO Box 18263 | | Palantine | IL | 60055-8263 | | 9/5/2023 | $81,187.15 | Services |
| | | | | | | | | **TOTAL:** | **$81,187.15** | |
| Delta Dental of Minnesota | | NW 6115 | PO Box 1450 | Minneapolis | MN | 55485-6115 | | 8/8/2023 | $1.53 | Other |
| Delta Dental of Minnesota | | NW 6115 | PO Box 1450 | Minneapolis | MN | 55485-6115 | | 8/22/2023 | $2,581.81 | Other |
| Delta Dental of Minnesota | | NW 6115 | PO Box 1450 | Minneapolis | MN | 55485-6115 | | 9/21/2023 | $5,404.88 | Other |
| Delta Dental of Minnesota | | NW 6115 | PO Box 1450 | Minneapolis | MN | 55485-6115 | | 10/23/2023 | $2,883.21 | Other |
| | | | | | | | | **TOTAL:** | **$10,871.43** | |
| Doe Run Company | Attn: Elizabeth Snudden | 75 Remittance Drive | Suite 2172 | Chicago | IL | 60675-2172 | | 8/29/2023 | $57,581.20 | Other |
| Doe Run Company | Attn: Elizabeth Snudden | 75 Remittance Drive | Suite 2172 | Chicago | IL | 60675-2172 | | 9/5/2023 | $59,859.08 | Other |
| Doe Run Company | Attn: Elizabeth Snudden | 75 Remittance Drive | Suite 2172 | Chicago | IL | 60675-2172 | | 9/19/2023 | $56,113.26 | Other |
| Doe Run Company | Attn: Elizabeth Snudden | 75 Remittance Drive | Suite 2172 | Chicago | IL | 60675-2172 | | 10/10/2023 | $60,607.96 | Other |
| | | | | | | | | **TOTAL:** | **$234,161.50** | |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 8/10/2023 | $379,324.96 | Other |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 8/30/2023 | $200,000.00 | Other |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 9/8/2023 | $511,653.62 | Other |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 9/13/2023 | $200,000.00 | Other |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 10/20/2023 | $200,000.00 | Other |
| Dorsey and Whitney LLP | Attn: Eric Lopez Schnabel & Alessandra Glorioso | 300 Delaware Avenue, Suite 1010 | | Wilmington | DE | 19801 | | 10/24/2023 | $200,000.00 | Other |
| | | | | | | | | **TOTAL:** | **$1,690,978.58** | |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 8/3/2023 | $1,246.64 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 8/10/2023 | $713.04 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 8/15/2023 | $1,188.40 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 8/22/2023 | $1,125.41 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 8/29/2023 | $1,188.40 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 9/5/2023 | $950.72 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 9/12/2023 | $1,188.40 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 9/19/2023 | $1,188.40 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 9/26/2023 | $1,543.76 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 10/6/2023 | $907.05 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 10/10/2023 | $713.04 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 10/17/2023 | $1,188.40 | Other |
| Employer Solutions Staffing Group | | LSQ Funding Group, L.C. | PO Box 741383 | Atlanta | GA | 30374-1383 | | 10/24/2023 | $1,543.76 | Other |
| | | | | | | | | **TOTAL:** | **$14,685.42** | |
| Entherm, Inc. | Attn: Richard Kornbluth | 500 East Travelers Trail | Suite 100 | Burnsville | MN | 55337 | | 8/3/2023 | $5,977.00 | Suppliers or vendors |
| Entherm, Inc. | Attn: Richard Kornbluth | 500 East Travelers Trail | Suite 100 | Burnsville | MN | 55337 | | 8/10/2023 | $583.90 | Suppliers or vendors |
| Entherm, Inc. | Attn: Richard Kornbluth | 500 East Travelers Trail | Suite 100 | Burnsville | MN | 55337 | | 8/15/2023 | $1,288.00 | Suppliers or vendors |
| Entherm, Inc. | Attn: Richard Kornbluth | 500 East Travelers Trail | Suite 100 | Burnsville | MN | 55337 | | 8/22/2023 | $4,047.00 | Suppliers or vendors |
| Entherm, Inc. | Attn: Richard Kornbluth | 500 East Travelers Trail | Suite 100 | Burnsville | MN | 55337 | | 9/12/2023 | $8,096.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$19,991.90** | |

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| EOS Accountants LLP | | PO Box 827665 | | Philadelphia | PA | 19182-5312 | | 10/6/2023 | $50,000.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$50,000.00** | |
| E-Technical Staffing, Inc. | | c/o AR Funding | PO Box 16253 | Greenville | SC | 29606 | | 9/26/2023 | $15,080.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$15,080.00** | |
| Fence Me In | | 5118 130th Street North | | Hugo | MN | 55038 | | 8/3/2023 | $4,395.00 | Other |
| Fence Me In | | 5118 130th Street North | | Hugo | MN | 55038 | | 8/15/2023 | $4,445.00 | Other |
| | | | | | | | | **TOTAL:** | **$8,840.00** | |
| Ferriere di Stabio S.A. | Attn: Sandy Leavitt | PO Box 76 | Via Laveggio 6/A | Stabio | CH | 06855 | Switzerland | 9/22/2023 | $21,120.00 | Other |
| | | | | | | | | **TOTAL:** | **$21,120.00** | |
| Forvis | | PO Box 200870 | | Dallas | TX | 75320-0870 | | 9/12/2023 | $12,255.00 | Other |
| | | | | | | | | **TOTAL:** | **$12,255.00** | |
| Gavin Solmonese LLC | | 1007 N Orange Street | 4th Floor, Ste 461 | Wilmington | DE | 19801 | | 10/26/2023 | $17,400.00 | Services |
| | | | | | | | | **TOTAL:** | **$17,400.00** | |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 8/3/2023 | $112,254.61 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 8/10/2023 | $169,101.60 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 8/22/2023 | $114,040.18 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 8/29/2023 | $59,897.49 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 9/5/2023 | $53,961.63 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 9/12/2023 | $114,159.51 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 9/19/2023 | $54,326.30 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 10/3/2023 | $125,281.72 | Other |
| Gopher Resource, LLC | Attn: Ray Krantz | Lockbox 446031 | PO Box 64067 | St Paul | MN | 55164-0067 | | 10/10/2023 | $112,888.13 | Other |
| | | | | | | | | **TOTAL:** | **$915,911.17** | |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 8/3/2023 | $2,404.10 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 8/10/2023 | $2,741.24 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 8/15/2023 | $3,550.15 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 8/22/2023 | $4,419.34 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 8/29/2023 | $4,791.33 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 9/5/2023 | $4,467.20 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 9/12/2023 | $6,663.51 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 9/19/2023 | $2,305.32 | Other |
| Grainger, Inc. | Attn: Cust Service | Dept. 806674701 | | Palatine | IL | 60038-0001 | | 9/26/2023 | $3,616.11 | Other |
| | | | | | | | | **TOTAL:** | **$34,958.30** | |
| Intrepid Investment Bankers LLC | Attn: Carl R. Comstock & Lorie Beers | 1251 Avenue of the Americas, 43rd Floor | | New York | NY | 10020 | | 8/2/2023 | $96,755.85 | Services |
| Intrepid Investment Bankers LLC | Attn: Carl R. Comstock & Lorie Beers | 1251 Avenue of the Americas, 43rd Floor | | New York | NY | 10020 | | 8/30/2023 | $90,000.00 | Services |
| Intrepid Investment Bankers LLC | Attn: Carl R. Comstock & Lorie Beers | 1251 Avenue of the Americas, 43rd Floor | | New York | NY | 10020 | | 9/27/2023 | $102,955.31 | Services |
| Intrepid Investment Bankers LLC | Attn: Carl R. Comstock & Lorie Beers | 1251 Avenue of the Americas, 43rd Floor | | New York | NY | 10020 | | 10/11/2023 | $75,000.00 | Services |
| | | | | | | | | **TOTAL:** | **$364,711.16** | |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 8/3/2023 | $78.69 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 8/10/2023 | $553.51 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 8/15/2023 | $459.91 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 8/22/2023 | $2,025.41 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 8/29/2023 | $850.94 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 9/5/2023 | $1,650.11 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 9/12/2023 | $3,455.61 | Suppliers or vendors |
| John Henry Foster MN Inc. | Attn: Bobbi M. Longley | PO Box 860625 | | Minneapolis | MN | 55486 | | 9/26/2023 | $4,903.11 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$13,977.29** | |

In re: Water Gremlin Company
Case No. 23-11775

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Kekst CNC | | 1675 Broadway | 30th Floor | New York | NY | 10019 | | 8/2/2023 | $50,000.00 | Other |
| Kekst CNC | | 1675 Broadway | 30th Floor | New York | NY | 10019 | | 8/30/2023 | $50,000.00 | Other |
| Kekst CNC | | 1675 Broadway | 30th Floor | New York | NY | 10019 | | 10/18/2023 | $100,000.00 | Other |
| | | | | | | | | TOTAL: | $200,000.00 | |
| Kraus-Anderson Insurance | | 420 Gateway Blvd | | Burnsville | MN | 55337 | | 10/26/2023 | $146,785.08 | Other |
| Kraus-Anderson Insurance | | 420 Gateway Blvd | | Burnsville | MN | 55337 | | 8/22/2023 | $570,914.66 | Other |
| | | | | | | | | TOTAL: | $717,699.74 | |
| Lube Tech and Partners LLC | Attn: Customer Service | 29573 Network Place | | Chicago | IL | 60673-1295 | | 8/3/2023 | $7,371.45 | Other |
| Lube Tech and Partners LLC | Attn: Customer Service | 29573 Network Place | | Chicago | IL | 60673-1295 | | 9/12/2023 | $918.25 | Other |
| | | | | | | | | TOTAL: | $8,289.70 | |
| Magellan Rx Management Inc | Attn: Ken Fasola | PO Box 783053 | | Philadelphia | PA | 19178-3053 | | 8/10/2023 | $8,745.00 | Other |
| Magellan Rx Management Inc | Attn: Ken Fasola | PO Box 783053 | | Philadelphia | PA | 19178-3053 | | 8/29/2023 | $8,237.21 | Other |
| Magellan Rx Management Inc | Attn: Ken Fasola | PO Box 783053 | | Philadelphia | PA | 19178-3053 | | 9/12/2023 | $9,250.77 | Other |
| Magellan Rx Management Inc | Attn: Ken Fasola | PO Box 783053 | | Philadelphia | PA | 19178-3053 | | 9/26/2023 | $8,423.89 | Other |
| Magellan Rx Management Inc | Attn: Ken Fasola | PO Box 783053 | | Philadelphia | PA | 19178-3053 | | 10/10/2023 | $14,266.93 | Other |
| | | | | | | | | TOTAL: | $48,923.80 | |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 8/3/2023 | $15,721.11 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 8/10/2023 | $13,159.79 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 8/15/2023 | $24,430.06 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 8/22/2023 | $24,577.87 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 8/29/2023 | $19,062.23 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 9/5/2023 | $22,706.61 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 9/12/2023 | $20,748.30 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 9/19/2023 | $20,756.28 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 9/26/2023 | $19,325.59 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 10/3/2023 | $17,699.10 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 10/10/2023 | $16,585.82 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 10/17/2023 | $21,287.06 | Other |
| Masterson Personnel Inc | Attn: Ken Masterson | 3300 Fernbrook Lane North | Suite 200 | Plymouth | MN | 55447 | | 10/24/2023 | $17,248.68 | Other |
| | | | | | | | | TOTAL: | $253,308.50 | |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 8/3/2023 | $4,910.94 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 8/10/2023 | $916.45 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 8/15/2023 | $164.70 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 8/22/2023 | $1,373.42 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 8/29/2023 | $2,488.85 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 9/12/2023 | $2,355.39 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 9/19/2023 | $1,406.93 | Suppliers or vendors |
| McMaster-Carr Supply Co | Attn: Jay Kozak | PO Box 4355 | | Chicago | IL | 60680 | | 9/26/2023 | $1,960.50 | Suppliers or vendors |
| | | | | | | | | TOTAL: | $15,577.18 | |
| Midland Paper Company | Attn: Nick Rog | 1140 Paysphere Circle | | Chicago | IL | 60674 | | 8/10/2023 | $1,420.13 | Other |
| Midland Paper Company | Attn: Nick Rog | 1140 Paysphere Circle | | Chicago | IL | 60674 | | 8/15/2023 | $192.52 | Other |
| Midland Paper Company | Attn: Nick Rog | 1140 Paysphere Circle | | Chicago | IL | 60674 | | 8/29/2023 | $1,225.39 | Other |
| Midland Paper Company | Attn: Nick Rog | 1140 Paysphere Circle | | Chicago | IL | 60674 | | 9/5/2023 | $96.26 | Other |
| Midland Paper Company | Attn: Nick Rog | 1140 Paysphere Circle | | Chicago | IL | 60674 | | 9/12/2023 | $4,959.74 | Other |
| | | | | | | | | TOTAL: | $7,894.04 | |
| Midwest Protection Agency Inc | | 533 Central Ave | | Osseo | MN | 55369 | | 8/10/2023 | $21,743.44 | Other |
| Midwest Protection Agency Inc | | 533 Central Ave | | Osseo | MN | 55369 | | 9/5/2023 | $23,193.00 | Other |
| Midwest Protection Agency Inc | | 533 Central Ave | | Osseo | MN | 55369 | | 10/10/2023 | $21,018.66 | Other |
| | | | | | | | | TOTAL: | $65,955.10 | |
| Mizuhiro Toki | | Address Redacted | | | | | | 10/19/2023 | $96.99 | Other |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Mizuhiro Toki | | Address Redacted | | | | | | 10/17/2023 | $12,386.14 | Other |
| | | | | | | | | **TOTAL:** | **$12,483.13** | |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 7/26/2023 | $14,900,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 7/26/2023 | $18,600.17 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/2/2023 | $15,800,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/2/2023 | $20,215.22 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/10/2023 | $15,950,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/10/2023 | $23,535.11 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/16/2023 | $16,300,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/16/2023 | $17,889.25 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/23/2023 | $16,550,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/23/2023 | $21,335.71 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/30/2023 | $17,100,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/30/2023 | $22,211.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/31/2023 | $362.97 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/6/2023 | $17,550,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/6/2023 | $22,795.50 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/13/2023 | $19,600,000.00 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/13/2023 | $25,458.22 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/18/2023 | $27,601.39 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/25/2023 | $27,312.15 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/29/2023 | $579.36 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 10/6/2023 | $54,706.94 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 10/19/2023 | $47,658.33 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 8/31/2023 | $108.36 | Unsecured loan repayments |
| Mizuho Bank | Attn: Monique J. Mulcare & Joaquin M. C De Baca | c/o Mayer Brown | 1221 Avenue of the Americas | New York | NY | 10020-1001 | | 9/29/2023 | $111.54 | Unsecured loan repayments |
| | | | | | | | | **TOTAL:** | **$134,080,481.22** | |
| MN Revenue | Attn: Michael Smith | Mail Station 3331 | | St. Paul | MN | 55146-3331 | | 7/26/2023 | $10,589.75 | Other |
| MN Revenue | Attn: Michael Smith | Mail Station 3331 | | St. Paul | MN | 55146-3331 | | 8/4/2023 | $733.00 | Other |
| MN Revenue | Attn: Michael Smith | Mail Station 3331 | | St. Paul | MN | 55146-3331 | | 9/8/2023 | $929.00 | Other |
| MN Revenue | Attn: Michael Smith | Mail Station 3331 | | St. Paul | MN | 55146-3331 | | 10/11/2023 | $598.00 | Other |
| | | | | | | | | **TOTAL:** | **$12,849.75** | |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 8/3/2023 | $5,030.48 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 8/10/2023 | $1,752.68 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 8/22/2023 | $293.36 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 8/29/2023 | $2,670.50 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 9/5/2023 | $4,790.00 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 9/12/2023 | $606.25 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 9/19/2023 | $52.85 | Suppliers or vendors |
| Motion Industries, Inc. | Attn: Linda Wood | PO Box 504606 | | St. Louis | MO | 63150-4606 | | 9/26/2023 | $7,229.14 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$22,425.26** | |
| Mutual Of Omaha | | Payment Processing Center | PO Box 2147 | Omaha | NE | 68103-2147 | | 9/12/2023 | $16,843.67 | Other |
| Mutual Of Omaha | | Payment Processing Center | PO Box 2147 | Omaha | NE | 68103-2147 | | 9/26/2023 | $8,126.37 | Other |
| | | | | | | | | **TOTAL:** | **$24,970.04** | |
| Nathan Trotter & Co, Inc | | c/o Tin Technology & Refining | PO Box 369 | Sadsburyville | PA | 19320 | | 8/15/2023 | $42,033.90 | Other |
| | | | | | | | | **TOTAL:** | **$42,033.90** | |
| NuGenTec | | 1155 Park Ave | | Emeryville | CA | 94608 | | 8/10/2023 | $36,000.00 | Other |
| NuGenTec | | 1155 Park Ave | | Emeryville | CA | 94608 | | 9/12/2023 | $36,000.00 | Other |
| NuGenTec | | 1155 Park Ave | | Emeryville | CA | 94608 | | 10/17/2023 | $72,000.00 | Other |
| | | | | | | | | **TOTAL:** | **$144,000.00** | |
| Octex Holdings, LLC | Attn: AP Octex | 901 Sarasota Center Blvd | | Sarasota | FL | 34240 | | 8/22/2023 | $40,556.91 | Other |
| | | | | | | | | **TOTAL:** | **$40,556.91** | |
| OEE Companies LLC | Attn: Jason Schaller | 855 Village Center Dr | #336 | North Oaks | MN | 55127 | | 8/3/2023 | $12,100.00 | Suppliers or vendors |
| OEE Companies LLC | Attn: Jason Schaller | 855 Village Center Dr | #336 | North Oaks | MN | 55127 | | 8/10/2023 | $3,960.00 | Suppliers or vendors |
| OEE Companies LLC | Attn: Jason Schaller | 855 Village Center Dr | #336 | North Oaks | MN | 55127 | | 8/22/2023 | $3,000.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$19,060.00** | |
| Pace Analytical Services LLC | | PO Box 684056 | | Chicago | IL | 60695-4056 | | 8/22/2023 | $42,660.00 | Suppliers or vendors |
| Pace Analytical Services LLC | | PO Box 684056 | | Chicago | IL | 60695-4056 | | 9/5/2023 | $1,790.00 | Suppliers or vendors |
| Pace Analytical Services LLC | | PO Box 684056 | | Chicago | IL | 60695-4056 | | 9/26/2023 | $56,225.00 | Suppliers or vendors |
| Pace Analytical Services LLC | | PO Box 684056 | | Chicago | IL | 60695-4056 | | 10/6/2023 | $45,590.00 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$146,265.00** | |
| Padilla | | 1101 West River Parkway | Ste 400 | Minneapolis | MN | 55415 | | 7/26/2023 | $150,000.00 | Other |
| Padilla | | 1101 West River Parkway | Ste 400 | Minneapolis | MN | 55415 | | 9/13/2023 | $125,000.00 | Other |
| Padilla | | 1101 West River Parkway | Ste 400 | Minneapolis | MN | 55415 | | 10/4/2023 | $33,287.18 | Other |
| Padilla | | 1101 West River Parkway | Ste 400 | Minneapolis | MN | 55415 | | 10/26/2023 | $17,982.00 | Other |
| | | | | | | | | **TOTAL:** | **$326,269.18** | |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 8/10/2023 | $580.95 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 8/15/2023 | $1,316.68 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 8/22/2023 | $326.35 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 9/5/2023 | $2,122.89 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 9/12/2023 | $1,074.02 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 9/19/2023 | $2,988.86 | Other |
| Power/Mation Division, Inc. | Attn: Al Rausch | 1310 Energy Lane | | Saint Paul | MN | 55108 | | 9/26/2023 | $2,798.73 | Other |
| | | | | | | | | **TOTAL:** | **$11,208.48** | |
| Ratte Sales Co Inc | Attn: Tom Ratte | 5237 Elk Street | | White Bear Lake | MN | 55110 | | 8/3/2023 | $3,708.95 | Other |
| Ratte Sales Co Inc | Attn: Tom Ratte | 5237 Elk Street | | White Bear Lake | MN | 55110 | | 9/5/2023 | $6,262.55 | Other |
| Ratte Sales Co Inc | Attn: Tom Ratte | 5237 Elk Street | | White Bear Lake | MN | 55110 | | 9/19/2023 | $3,661.20 | Other |
| | | | | | | | | **TOTAL:** | **$13,632.70** | |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 8/16/2023 | $200,000.00 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 8/16/2023 | $128,714.62 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 8/30/2023 | $42,408.50 | Services |

In re: Water Gremlin Company
Case No. 23-11775

**SOFA 3 ATTACHMENT**
Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 9/13/2023 | $104,935.96 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 9/27/2023 | $73,624.25 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 9/27/2023 | $250,000.00 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 10/6/2023 | $87,985.93 | Services |
| Riveron Management Services, LLC | | 461 Fifth Avenue | 12th Floor | New York | NY | 10017 | | 10/11/2023 | $51,121.18 | Services |
| | | | | | | | | **TOTAL:** | **$938,790.44** | |
| RoofCare Service Center LLC | Attn: Legal Dept | 851 E. I-65 Service Road S. | Ste 300 | Mobile | AL | 36606 | | 9/6/2023 | $267,487.50 | Services |
| | | | | | | | | **TOTAL:** | **$267,487.50** | |
| SG Credit Partners, Inc. | c/o Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. | Attn: Mark I. Duedall | 3414 Peachtree Road, N.E.,Monarch Plaza, Suite 1500 | Atlanta | GA | 30326 | | 10/19/2023 | $50,000.00 | Secured debt |
| | | | | | | | | **TOTAL:** | **$50,000.00** | |
| Stantec Consulting Services Inc | | 13980 Collections Center Drive | | Chicago | IL | 60693 | | 10/26/2023 | $225,393.85 | Other |
| Stantec Consulting Services Inc | | 13980 Collections Center Drive | | Chicago | IL | 60693 | | 8/22/2023 | $103,390.74 | Other |
| Stantec Consulting Services Inc | | 13980 Collections Center Drive | | Chicago | IL | 60693 | | 9/12/2023 | $80,703.00 | Other |
| Stantec Consulting Services Inc | | 13980 Collections Center Drive | | Chicago | IL | 60693 | | 10/17/2023 | $7,900.26 | Other |
| Stantec Consulting Services Inc | | 13980 Collections Center Drive | | Chicago | IL | 60693 | | 10/24/2023 | $87,781.18 | Other |
| | | | | | | | | **TOTAL:** | **$505,169.03** | |
| Suggs-Nicholas-Shea, Inc | Attn: Tammy Gall | 3353 Perkiomen Ave | | Reading | PA | 19606 | | 8/3/2023 | $6,756.59 | Other |
| Suggs-Nicholas-Shea, Inc | Attn: Tammy Gall | 3353 Perkiomen Ave | | Reading | PA | 19606 | | 9/5/2023 | $4,118.12 | Other |
| | | | | | | | | **TOTAL:** | **$10,874.71** | |
| Thomas Scientific | Attn: Traci Ann Shiffer | 7125 Northland Terrace N | Ste 100 | Brooklyn Park | MN | 55428 | | 8/15/2023 | $4,352.91 | Other |
| Thomas Scientific | Attn: Traci Ann Shiffer | 7125 Northland Terrace N | Ste 100 | Brooklyn Park | MN | 55428 | | 8/29/2023 | $4,446.87 | Other |
| Thomas Scientific | Attn: Traci Ann Shiffer | 7125 Northland Terrace N | Ste 100 | Brooklyn Park | MN | 55428 | | 9/19/2023 | $4,402.56 | Other |
| Thomas Scientific | Attn: Traci Ann Shiffer | 7125 Northland Terrace N | Ste 100 | Brooklyn Park | MN | 55428 | | 10/10/2023 | $4,403.18 | Other |
| Thomas Scientific | Attn: Traci Ann Shiffer | 7125 Northland Terrace N | Ste 100 | Brooklyn Park | MN | 55428 | | 10/24/2023 | $4,356.10 | Other |
| | | | | | | | | **TOTAL:** | **$21,961.62** | |
| Total Tool Supply Inc. | Attn: Carrie | PO Box 860681 | | Minneapolis | MN | 55486 | | 9/19/2023 | $66,971.37 | Other |
| | | | | | | | | **TOTAL:** | **$66,971.37** | |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 7/31/2023 | $11,282.85 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/7/2023 | $6,265.02 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/7/2023 | $30,311.88 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/7/2023 | $12,624.79 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/18/2023 | $5,843.18 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/18/2023 | $30,773.50 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 8/18/2023 | $12,674.73 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/5/2023 | $5,841.55 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/5/2023 | $30,437.85 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/5/2023 | $12,490.76 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/18/2023 | $6,365.81 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/18/2023 | $30,396.16 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/18/2023 | $12,546.58 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/28/2023 | $6,365.81 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/28/2023 | $32,004.40 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 9/28/2023 | $13,150.69 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/12/2023 | $6,462.80 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/12/2023 | $31,428.19 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/12/2023 | $12,747.37 | Other |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/26/2023 | $6,462.80 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/26/2023 | $31,518.12 | Other |
| Transamerica | | 6400 C St. SW | | Cedar Rapids | IA | 52499 | | 10/26/2023 | $12,829.44 | Other |
| | | | | | | | | **TOTAL:** | **$360,824.28** | |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 8/3/2023 | $31,822.40 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 8/10/2023 | $18,382.33 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 8/15/2023 | $35,595.28 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 8/29/2023 | $35,404.64 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 9/12/2023 | $71,268.17 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 9/26/2023 | $71,372.31 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 10/3/2023 | $35,430.10 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 10/10/2023 | $71,189.41 | Other |
| Trans-Matic Manufacturing | Attn: Lori Dewitt | 300 E 48th Street | | Holland | MI | 49423 | | 10/24/2023 | $35,772.16 | Other |
| | | | | | | | | **TOTAL:** | **$406,236.80** | |
| Tsutomu Tanaka | | Address Redacted | | | | | | 10/19/2023 | $451.47 | Other |
| Tsutomu Tanaka | | Address Redacted | | | | | | 9/12/2023 | $4,328.90 | Other |
| Tsutomu Tanaka | | Address Redacted | | | | | | 10/6/2023 | $4,843.43 | Other |
| Tsutomu Tanaka | | Address Redacted | | | | | | 10/17/2023 | $11,107.72 | Other |
| | | | | | | | | **TOTAL:** | **$20,731.52** | |
| UHS Premium Billing | Attn: Legal Dept | PO Box 94017 | 5505 N. Cumberland Ave. Suite 307 | Palatine | IL | 60094-4017 | | 8/10/2023 | $29,211.25 | Other |
| UHS Premium Billing | Attn: Legal Dept | PO Box 94017 | 5505 N. Cumberland Ave. Suite 307 | Palatine | IL | 60094-4017 | | 9/11/2023 | $28,510.18 | Other |
| UHS Premium Billing | Attn: Legal Dept | PO Box 94017 | 5505 N. Cumberland Ave. Suite 307 | Palatine | IL | 60094-4017 | | 10/10/2023 | $27,108.04 | Other |
| | | | | | | | | **TOTAL:** | **$84,829.47** | |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 8/3/2023 | $2,140.98 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 8/10/2023 | $14,368.91 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 8/15/2023 | $1,687.13 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 8/22/2023 | $1,760.08 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 8/29/2023 | $806.37 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 9/12/2023 | $5,424.51 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 9/19/2023 | $1,919.85 | Suppliers or vendors |
| United Electric | Attn: Joan. Follmer | PO Box 802578 | | Chicago | IL | 60680-2578 | | 9/26/2023 | $4,161.51 | Suppliers or vendors |
| | | | | | | | | **TOTAL:** | **$32,269.34** | |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 7/28/2023 | $17,727.21 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 8/4/2023 | $7,361.41 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 8/11/2023 | $4,399.65 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 8/18/2023 | $7,211.11 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 8/25/2023 | $5,880.19 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 9/1/2023 | $4,784.82 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 9/8/2023 | $8,501.16 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 9/15/2023 | $8,557.04 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 9/22/2023 | $19,953.70 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 9/29/2023 | $13,030.24 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 10/6/2023 | $10,884.38 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 10/13/2023 | $7,974.64 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 10/20/2023 | $6,826.91 | Other |
| United Health Group | Attn: Legal Dept | PO Box 1459 | | Minneapolis | MN | 55440-1459 | | 10/27/2023 | $10,833.63 | Other |
| | | | | | | | | **TOTAL:** | **$133,926.09** | |
| United States Treasury | | Internal Revenue Service | | Ogden | UT | 84201-0039 | | 10/13/2023 | $36,110.76 | Other |

**SOFA 3 ATTACHMENT**

Certain payments or transfers to creditors within 90 days before filing this case

| Creditor's Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TOTAL: | $36,110.76 | |
| WestRock | Attn: Legal Dept | 1000 Abernathy Rd NE | | Sandy Springs | GA | 30328 | | 8/22/2023 | $6,036.85 | Other |
| WestRock | Attn: Legal Dept | 1000 Abernathy Rd NE | | Sandy Springs | GA | 30328 | | 8/29/2023 | $7,951.89 | Other |
| WestRock | Attn: Legal Dept | 1000 Abernathy Rd NE | | Sandy Springs | GA | 30328 | | 9/5/2023 | $8,278.76 | Other |
| | | | | | | | | TOTAL: | $22,267.50 | |
| Xcel Energy | Attn: Robert Frenzel | 414 Nicollet Mall | | Minneapolis | MN | 55401 | | 8/22/2023 | $6,691.77 | Services |
| Xcel Energy | Attn: Robert Frenzel | 414 Nicollet Mall | | Minneapolis | MN | 55401 | | 9/12/2023 | $145,539.19 | Services |
| Xcel Energy | Attn: Robert Frenzel | 414 Nicollet Mall | | Minneapolis | MN | 55401 | | 9/19/2023 | $162,061.06 | Services |
| Xcel Energy | Attn: Robert Frenzel | 414 Nicollet Mall | | Minneapolis | MN | 55401 | | 9/19/2023 | $7,386.13 | Services |
| | | | | | | | | TOTAL: | $321,678.15 | |
| | | | | | | | | GRAND TOTAL: | $148,200,135.22 | |

**SOFA 4 ATTACHMENT**

Payments or other transfers of property made within 1 year before filing this case that benefited any insider

| Insider's Name | Address | City | State | Zip | Country | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|---|---|---|
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 11/2/2022 | $75.15 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 11/8/2022 | $192.28 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 12/6/2022 | $250.44 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 12/20/2022 | $682.42 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 1/10/2023 | $281.91 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 1/24/2023 | $1,036.00 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 1/31/2023 | $6,791.15 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 2/14/2023 | $1,249.89 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 2/14/2023 | $1,249.89 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 2/28/2023 | $4,980.01 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 3/14/2023 | $1,605.76 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 3/28/2023 | $140.80 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 5/2/2023 | $329.36 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 6/6/2023 | $1,692.00 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 6/29/2023 | $7,811.75 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 7/25/2023 | $4,716.09 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 9/14/2023 | $75,000.00 | Summer Bonus |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 9/26/2023 | $9,039.79 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 10/3/2023 | $3,787.24 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 10/6/2023 | $13,182.24 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 10/19/2023 | $236.54 | Expense Reimbursement |
| Bradley J Hartsell | 4400 Otter Lake Road | White Bear Township | MN | 55110 | | President | 10/24/2023 | $25.01 | Expense Reimbursement |
| | | | | | | | SUBTOTAL: | $134,355.72 | |
| Gavin Solmonese LLC | 1007 N Orange Street, 4th Floor, Ste 461 | Wilmington | DE | 19801 | | Director | 5/31/2023 | $25,000.00 | Director Fee |
| Gavin Solmonese LLC | 1007 N Orange Street, 4th Floor, Ste 461 | Wilmington | DE | 19801 | | Director | 10/26/2023 | $17,400.00 | Director Fee |
| | | | | | | | SUBTOTAL: | $42,400.00 | |
| Mizuhiro Toki | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 1/24/2023 | $6,925.44 | Director Fee |
| Mizuhiro Toki | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 5/11/2023 | $24,744.00 | Director Fee |
| Mizuhiro Toki | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 6/29/2023 | $3,260.65 | Director Fee |
| Mizuhiro Toki | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 10/17/2023 | $12,386.14 | Director Fee |
| Mizuhiro Toki | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 10/19/2023 | $96.99 | Expense Reimbursement |
| | | | | | | | SUBTOTAL: | $47,413.22 | |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 12/20/2022 | $1,835.50 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 2/21/2023 | $4,590.50 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 3/28/2023 | $3,126.93 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 5/11/2023 | $22,800.00 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 5/30/2023 | $4,496.32 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 9/12/2023 | $4,328.90 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 10/6/2023 | $4,843.43 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 10/17/2023 | $11,107.72 | Director Fee |
| Tsutomu Tanaka | 2-8-2, Oshiage, Sumida-ku | Tokyo | | 133-0045 | Japan | Director | 10/19/2023 | $451.47 | Expense Reimbursement |
| | | | | | | | SUBTOTAL: | $57,580.77 | |
| | | | | | | | TOTAL: | $281,749.71 | |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☐ **Check if this is an amended filing**

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

12/8/2023

/s/ Bradley J. Hartsell                                           Bradley J. Hartsell

Signature of individual signing on behalf of debtor              Printed name

President

Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No

☑ Yes