**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WATER GREMLIN COMPANY, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11775 (LSS)<br><br>(Jointly Administered) |

**SECOND AMENDMENT OF SCHEDULES OF ASSETS AND**
**LIABILITIES FOR WATER GREMLIN COMPANY**

---

[1]. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  WG Sub, LLC ("WG Sub") (0781), Water Gremlin Holdings, Inc. ("Holdings") (9250), and Water Gremlin Company ("Water Gremlin") (6396).

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WATER GREMLIN COMPANY, et al.,[1] | ) | Case No. 23-11775 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY,**
**AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND**
**LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (collectively, the "**Schedules**") and Statements of Financial Affairs (collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of each of the Schedules and Statements. These Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.[2] In the event that the Schedules and/or Statements differ from these Global Notes, these Global Notes control.

While the Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to a claim (as defined in section 101(5) of the Bankruptcy Code,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WG Sub, LLC ("**WG Sub**") (0781), Water Gremlin Holdings, Inc. ("**Holdings**") (9250), and Water Gremlin Company ("**Water Gremlin**") (6396).

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors may reference an individual Debtor's Schedules and Statements and not those of another Debtor should not be interpreted as a decision by the Debtors to exclude the applicability of such reference to any of the Schedules and Statements of any other Debtor, as applicable.

"**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules or Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to the Debtors' Chapter 11 Cases (as defined herein) (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant non-bankruptcy laws to recover assets or avoid transfers).

The Debtors and their agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), arising from the accuracy or completeness of the data provided herein whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Bradley J. Hartsell, the President or Authorized Person of the Debtors, has signed the Schedules and Statements. Mr. Hartsell is an authorized signatory for the Debtors. In reviewing and signing the Schedules and Statements, Mr. Hartsell has necessarily relied upon the efforts, statements, and representations of various third parties involved in the Debtors' operations. Mr. Hartsell has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

## I. GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1. ***Description of the Chapter 11 Case.*** On October 27, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code (the "**Chapter 11 Cases**"). On November 1, 2023, an order was entered directing joint administration of these Chapter 11 Cases [Docket No. 33]. Notwithstanding the joint administration of the Debtors' Chapter 11 Cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the Petition Date. On November 7, 2023, the United States Trustee for the District of Delaware

(the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**"). No trustee or examiner has been appointed in the Chapter 11 Cases.

2.     ***Basis of Presentation.*** For financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("**GAAP**"). The Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.

3.     Moreover, given, among other things, the extent of the Debtors' unused net operating losses and the uncertainty surrounding the valuation and nature of certain of the Debtors' assets and liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that a Debtor was solvent as of the Petition Date or at any time prior to the Petition Date.

4.     ***Reservation and Limitations.*** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

5.     ***No Admission.*** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against any Debtor, any assertion made therein or herein, or a waiver of any of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

## II. <u>GENERAL DISCLOSURE APPLICATION TO SCHEDULES AND STATEMENTS</u>

6.     ***Causes of Action.*** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim,

counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules nor the Statements shall be deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

7.    ***Recharacterization.*** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have inadvertently improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

8.    ***Claim Designations.*** Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F part 1 as "unsecured priority" or (iii) on Schedule E/F part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtors' rights to recharacterize, reclassify, recategorize, or redesignate such claim. Furthermore, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors that such contract or agreement is an executory contract or unexpired lease nor a waiver of the Debtors' right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement such Schedule, as necessary.

9.    ***Totals.*** All totals that are included in the Schedules and Statements represent totals of all known and estimated amounts included in the Schedules and Statements. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to numerous unliquidated, contingent and/or disputed claims, it is possible that the summary statistics in the Schedules, Statements and Global Notes may understate the Debtors' liabilities (possibly to a significant extent).

10.    ***Court Orders.*** Pursuant to certain orders of the Bankruptcy Court, the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims, including with respect to employees, among others. Accordingly, certain of these liabilities may have been, or will be, satisfied in accordance with such orders. Where the Schedules list creditors and set forth the Debtors' scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date. However, the estimates of claims set forth in the

Schedules may not reflect assertions by the Debtors' creditors of a right to have such claims paid or reclassified under the Bankruptcy Code or orders of the Bankruptcy Court.

11.     ***Other Paid Claims***. To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections or notices of satisfaction of such claims, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

12.     ***Liabilities.*** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtors reserve all rights to modify, amend or supplement the Schedules and Statements as is necessary or appropriate. The liabilities listed on these Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

13.     ***Currency.*** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

14.     ***Valuation.*** The Debtors believe it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown. Unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date. Exceptions to this include operating cash and certain other assets as described herein. Operating cash is presented as bank balances as of the Petition Date.  Amounts ultimately realized may vary from net book value, and such variance may be material. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

15.     ***Leases.*** Nothing in the Schedules or Statements (including, without limitation the failure to list leased property or equipment as owned property or equipment) is, or shall be construed as, an admission as to the determination of legal status of any lease (including whether any lease is a true lease or financing arrangement), and the Debtors reserve all of their rights with respect to such issues. The Debtors lease facilities under various lease agreements. These leases are reported on the Schedule G. To the extent that there was an amount outstanding under any of these agreements as of the respective Petition Date, the amount owed to the applicable lessor has been listed on Schedule E/F Part 2.

16.    *Estimates.* To prepare and file the Schedules in accordance with the deadline established in the Chapter 11 Cases, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities as of the Petition Date. The Debtors reserve the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

17.    *Fiscal Year.* The Debtors' fiscal years end on September 30.

18.    *Intellectual Property Rights.* Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

19.    *Liens.* The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20.    *Credits and Adjustments*. The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

21.    *Insiders*. In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

22.    *Intercompany Claims*. Receivables and payables among the Debtors are reported on Schedule A/B and Schedule E/F, respectively. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission

of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including with respect to the characterization of intercompany claims. The Debtors engage in limited intercompany transactions with each other, including the payment or funding of certain operating expenses as described in the *Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions, (II) Waiving the Requirements of Section 345(b) On An Interim Basis, and (III) Granting Related Relief* [Docket No. 12] (the "**Cash Management Motion**").

### III.      SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

23.      ***Schedule A/B – All Assets.*** Except as otherwise set forth herein, the value of all assets listed on Schedule A/B are as of the Petition Date, as reflected in the Debtors' books and records. The Debtors have performed no independent review of the value of these assets. The actual value of the assets listed may differ significantly from the amounts reflected in each Debtors' books and records.

24.      ***Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.*** Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and the orders of the Bankruptcy Court granting the Cash Management Motion. The Debtors' bank account balances, and the balances of deposits and prepayments, are reported as of the Petition Date.

25.      ***Schedule D - Creditors Holding Secured Claims.*** The descriptions provided on Schedule D are intended only as a summary. Reference to the applicable agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in any Debtors' Schedule D shall be deemed a modification, interpretation, or waiver of the terms of any such agreements. Except as specifically stated herein, utility companies and other parties that may hold security deposits have not been listed on Schedule D. In addition, the Debtors have not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

26.      ***Schedule E/F - Creditors Holding Unsecured Priority and/or Unsecured Non-Priority Claims.*** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

27.      The Debtors have obtained authority from the Bankruptcy Court to pay certain prepetition claims, including those of employees pursuant to the *Final Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 91] (the "**Wage Order**"). The Wage Order authorizes the Debtor to pay in the ordinary course accrued but unpaid PTO upon termination of an employee, unless such amount

exceeds the limits of sections 507(a)(4) and 507(a)(5).  The Debtors expect that all or most prepetition claims of current employees for wages, salaries, benefits and other related obligations either have been paid or will be paid in the ordinary course of business. Thus, Schedule E/F Part 1 does not include prepetition claims of employees on account of wages, salaries, benefits and other obligations that the Debtors have paid or expect to pay in the ordinary course of business, however Schedule E/F Part 1 does list claims for accrued but unpaid PTO. To the extent any claims on account of employee wages, salaries, benefits, and other obligations are not paid, the Debtors reserve the right to amend Schedule E/F Part 1 and Part 2, as necessary or appropriate.

28.     The unsecured non-priority claims of creditors for among other things, products, goods or services are listed as either the lower of the amounts invoiced by the creditor or the estimated accrued amounts reflected on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors.

29.     Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

30.     ***Schedule G - Unexpired Leases and Executory Contracts.*** The contracts, agreements and leases listed on the Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppels, certificates, letters, memoranda or other documents, instruments and agreements that may not be listed on Schedule G, despite the Debtors' use of reasonable efforts to identify such documents. Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights, which are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Certain of the executory contracts or unexpired leases listed in Schedule G may include one or more ancillary documents, including but not limited to any underlying assignment and assumption agreements, amendments, supplements, full and partial assignments, renewals and partial releases. Executory contracts that are oral in nature, if any, have not been included on Schedule G. To the extent the Court determines a particular contract not included on Schedule G is executory, the Debtors will amend Schedule G to add that contract, as necessary or appropriate.

31.     In addition, Schedule G does not include rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

32.     Omission of a contract or agreement from Schedule G does not constitute an

admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

**IV.      SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' STATEMENTS**

33.      ***Statements Item 7 – Litigation.*** Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements. The Debtors reserve all rights with respect to any causes of action and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action.

34.      ***Statements Item 22 – Judicial or Administrative Proceedings Under Environmental Law.*** Despite reasonable efforts, the Debtors may not have identified in their Statements all judicial or administrative proceedings under environmental laws, including settlements and orders, to which the Debtors have been a party. The Debtors reserve all rights with respect to any judicial or administrative proceedings under any environmental law.

35.      ***Statements Item 31 – Consolidated Group.*** As described above, for financial reporting purposes, in the ordinary course prior to the Petition Date, the Debtors prepared financial statements that were consolidated by Holdings. Although the Debtors' consolidated tax returns were not due prior to the Petition Date (and therefore such tax returns have not been filed) the Debtors anticipate being treated as a consolidated group for tax purposes.

**Fill in this information to identify the case:**

**Debtor name: Water Gremlin Company**

**United States Bankruptcy Court for the: District of Delaware**

**Case number: 23-11775**

☑ **Check if this is an amended filing**

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:**<br>Copy line 88 from Schedule A/B | $0.00 |
| 1b. **Total personal property:**<br>Copy line 91A from Schedule A/B | $32,284,408.53 |
| 1c. **Total of all property:**<br>Copy line 92 from Schedule A/B | $32,284,408.53 |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D
$0.00

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:**<br>Copy the total claims from Part 1 from line 5a of Schedule E/F | $602,362.42 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:**<br>Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | $40,984,409.96 |

**4. Total Liabilities**
Lines 2 + 3a + 3b
$41,586,772.38

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ **Check if this is an amended filing**

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 Mizuho Bank | Disbursement | 0617 | $223,893.00 |
| 3.2 Mizuho Bank | Operating | 1540 | $1,522,442.01 |
| 3.3 Mizuho Bank | Time Deposits | 1540 | $0.00 |
| 3.4 U.S. Bank | Checking | 5468 | $179,484.00 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 None | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $1,925,819.01 |
|---|

Debtor   Water Gremlin Company
         Name

Case number *(if known)* 23-11775

## Part 2:   Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | |
| 7.1 None | $0.00 |
| **8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | |
| 8.1 AGC Networks LLC - AGC Maint 5/1/23-4/30/24 | $2,874.97 |
| 8.2 American Express - WG - Vehicle Down Payment | $1,750.00 |
| 8.3 Battery Council International - Level 6 Supplier Membership | $4,154.20 |
| 8.4 Berkley Net - Insurance - Workers' Comp | $50,435.25 |
| 8.5 CPA Global Limited - Patent Renewals | $69,541.67 |
| 8.6 Dorsey and Whitney - Retainer | $274,376.81 |
| 8.7 EAC Design Inc - Creo Design Essentials | $8,950.60 |
| 8.8 Epicor Software Corporation - Annual License Renewal | $89,434.07 |
| 8.9 Insight Direct USA Inc - Barracuda Renewal 3 Years | $5,667.31 |
| 8.10 Insight Direct USA Inc - ESET 3 Yr Renewal | $2,142.78 |
| 8.11 Insight Direct USA Inc - Microsoft Datacenter | $3,627.04 |
| 8.12 Insight Direct USA Inc - Veeam Suite & Migration | $1,810.62 |
| 8.13 Insight Direct USA Inc - VMware Support and Sub | $1,098.43 |
| 8.14 Insight Direct USA Inc - WatchGuard Firebox | $3,350.38 |
| 8.15 Intrepid - Retainer | $80,000.00 |

| 8.16 | John Henry Foster - Linear indexer & controller | $11,445.29 |
| 8.17 | Kekst - Retainer | $20,000.00 |
| 8.18 | Kone Inc - Elevator Maint 12/1-11/30/23 | $844.60 |
| 8.19 | Kraus-Anderson - Various Insurance Premiums | $575,188.74 |
| 8.20 | Mutual of Omaha - Life insurance benefit premiums - Nov23 | $8,565.03 |
| 8.21 | Owens Companies, Inc. - Service Contract 10/1-9/30/24 | $8,855.00 |
| 8.22 | Padilla - Retainer | $50,000.00 |
| 8.23 | QlikTech Inc - Annual Billing 12/31-12/30/23 | $1,064.00 |
| 8.24 | Riveron - Retainer | $320,804.07 |
| 8.25 | Salary.com - Market Data | $6,401.08 |
| 8.26 | Stretto - Retainer | $19,814.70 |
| 8.27 | TeamViewer US LLC - TeamViewer License | $3,894.03 |
| 8.28 | Tiffin Foundry - Gooseneck (to replace # 21) | $25,025.00 |
| 8.29 | Tiffin Foundry - Gooseneck N8678 (to replace #12) | $8,390.00 |
| 8.30 | Tiffin Foundry - Gooseneck N8847 | $25,025.00 |
| 8.31 | UKG Inc - Sub Fee Sep - Nov23 | $1,375.00 |
| 8.32 | Vadnais Heights Rental | $4,139.60 |
| 8.33 | Various suppliers - Coating supplies r/c to PPD | $83,229.15 |
| 8.34 | WB Subaru - 2022 Forester | $194.44 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$1,773,468.86

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|---|
| **11. Accounts receivable** | | | | | | |
| 11a. | 90 days old or less: | $5,217,090.00 | – | $0.00 | = ........ ➔ | $ 5,217,090.00 |
| | | face amount | | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $95,112.17 | – | $74,980.00 | = ........ ➔ | $20,132.17 |
| | | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | Current value of debtor's interest |
|---|---|
| | $5,237,222.17 |

## Part 4:  Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 14.1 | None | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| Name of entity: | % of ownership: | | |
| 15.1  WG Sub, LLC | 100% | N/A | Undetermined |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |
| 16.1 | None | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | |
|---|---|
| | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | |
| Raw Materials | 9/30/2023 | $3,620,590.00 | Standard Cost (FIFO) | $3,620,590.00 |
| **20. Work in progress** | | | | |
| 20.1 | | | | |
| Work in progress | 9/30/2023 | $1,760,237.00 | Standard Cost (FIFO) | $1,760,237.00 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | |
| Finished Goods | 9/30/2023 | $4,867,614.00 | Standard Cost (FIFO) | $4,867,614.00 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | |
| None | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$10,248,441.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes     Book value  Undetermined     Valuation method  N/A     Current value  Undetermined

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 | | | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 | | | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 | | | $0.00 |

**31. Farm and fishing supplies, chemicals, and feed**

31.1

_____   _____   _____           $0.00

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____   _____   _____           $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                    | $0.00 |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 | | | |
| Office Furniture | $0.00 | N/A | Undetermined |
| **40. Office fixtures** | | | |
| 40.1 | | | |
| Office Fixtures | $0.00 | N/A | Undetermined |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 | | | |
| Computers, Hardware and Software | $0.00 | N/A | Undetermined |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| None | | | $0.00 |

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | $0.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>None | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1<br>None | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1<br>None | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Equipment | $6,296,930.13 | Net Book Value | $6,296,930.13 |
| 50.2<br>Land Improvement | $1,026,025.36 | Net Book Value | $1,026,025.36 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $7,322,955.49 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 9:  Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 North Building - 4400 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $8,466,124.00 | Broker Opinion of Value | Undetermined |
| 55.2 North Land - 4400 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $3,297,057.00 | Broker Opinion of Value | Undetermined |
| 55.3 South Building - 4316 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $3,698,142.00 | Broker Opinion of Value | Undetermined |
| 55.4 South Land - 4316 Otter Lake Rd, White Bear Township, MN 55110 | Owned | $940,131.00 | Broker Opinion of Value | Undetermined |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 2003 Add'l Batt Term & Meth -CAN | $0.00 | N/A | Undetermined |
| 60.2 2003 Add'l Batt Term & Meth -EPC | $0.00 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.3 | 2003 Add'l Batt Term & Meth Mak-MEX | $0.00 | N/A | Undetermined |
| 60.4 | 2003 Add'l to Pat High Torque | $0.00 | N/A | Undetermined |
| 60.5 | 2004 Add'l to Pat Torque | $0.00 | N/A | Undetermined |
| 60.6 | 2005 Add'l Batt Term & Meth -CAN | $0.00 | N/A | Undetermined |
| 60.7 | 2005 to Pat High Torque | $0.00 | N/A | Undetermined |
| 60.8 | Add'l Batt Term&Meth Mak-AUST | $0.00 | N/A | Undetermined |
| 60.9 | Add'l Batt Term&Meth Mak-CAN | $0.00 | N/A | Undetermined |
| 60.10 | Add'l Batt Term&Meth Mak-FRENCH | $0.00 | N/A | Undetermined |
| 60.11 | Add'l Batt Term&Meth Mak-GER | $0.00 | N/A | Undetermined |
| 60.12 | Add'l Batt Term&Meth Mak-GER | $0.00 | N/A | Undetermined |
| 60.13 | Add'l Batt Term&Meth Mak-India | $0.00 | N/A | Undetermined |
| 60.14 | Add'l Batt Term&Meth Mak-IREL | $0.00 | N/A | Undetermined |
| 60.15 | Add'l Batt Term&Meth Mak-ITAL | $0.00 | N/A | Undetermined |
| 60.16 | Add'l Batt Term&Meth Mak-NETHER | $0.00 | N/A | Undetermined |
| 60.17 | Add'l Batt Term&Meth Mak-PORT | $0.00 | N/A | Undetermined |
| 60.18 | Add'l Batt Term&Meth Mak-SPAN | $0.00 | N/A | Undetermined |
| 60.19 | Add'l Batt Term&Meth Mak-SWED | $0.00 | N/A | Undetermined |
| 60.20 | Add'l Batt Term&Meth Mak-SWITZ | $0.00 | N/A | Undetermined |
| 60.21 | Add'l Batt Term&Meth Mak-UK | $0.00 | N/A | Undetermined |
| 60.22 | Apparatus - Mexico - Patent Ref No. 252826 | $0.00 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.23 | | | |
| | Apparatus Pressure Csting Brazil - Patent Ref No. PI9905097-8 | $0.00 | N/A | Undetermined |
| 60.24 | | | |
| | Appart/Meth PC Batt Term CAN | $0.00 | N/A | Undetermined |
| 60.25 | | | |
| | Appart/Meth PC BRZL | $0.00 | N/A | Undetermined |
| 60.26 | | | |
| | Appart/Meth PC BRZL | $0.00 | N/A | Undetermined |
| 60.27 | | | |
| | Appart/Meth PC MEX D1 | $0.00 | N/A | Undetermined |
| 60.28 | | | |
| | Appart/Meth PC MEX D2 | $0.00 | N/A | Undetermined |
| 60.29 | | | |
| | Appart/Meth PressCast Batt Term US | $0.00 | N/A | Undetermined |
| 60.30 | | | |
| | Appart/Meth PressCast Brazil | $0.00 | N/A | Undetermined |
| 60.31 | | | |
| | Appart/Meth PressCast CAN | $0.00 | N/A | Undetermined |
| 60.32 | | | |
| | Batt Term & Meth Mak GERM | $0.00 | N/A | Undetermined |
| 60.33 | | | |
| | Batt Term & Meth of Mak CAN | $0.00 | N/A | Undetermined |
| 60.34 | | | |
| | Batt Term Meth Mak EPC | $0.00 | N/A | Undetermined |
| 60.35 | | | |
| | Battery Method Making Austria - Patent Ref No. 1700354 | $163.26 | N/A | Undetermined |
| 60.36 | | | |
| | Battery Method Making Bulgaria - Patent Ref No. 1700354 | $115.13 | N/A | Undetermined |
| 60.37 | | | |
| | Battery Method Making Czech Rep - Patent Ref No. 1700354 | $101.94 | N/A | Undetermined |
| 60.38 | | | |
| | Battery Method Making Estonia - Patent Ref No. 1700354 | $115.13 | N/A | Undetermined |
| 60.39 | | | |
| | Battery Method Making EU - Patent Ref No. 1700354 | $1,069.03 | N/A | Undetermined |
| 60.40 | | | |
| | Battery Method Making Finland - Patent Ref No. 1700354 | $167.60 | N/A | Undetermined |
| 60.41 | | | |
| | Battery Method Making France - Patent Ref No. 1700354 | $39.91 | N/A | Undetermined |
| 60.42 | | | |
| | Battery Method Making Germany - Patent Ref No. 1700354 | $49.17 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.43 | Battery Method Making Greece - Patent Ref No. 1700354 | $130.74 | N/A | Undetermined |
| 60.44 | Battery Method Making Hungary - Patent Ref No. 1700354 | $91.45 | N/A | Undetermined |
| 60.45 | Battery Method Making Ireland - Patent Ref No. 1700354 | $38.15 | N/A | Undetermined |
| 60.46 | Battery Method Making Italy - Patent Ref No. 1700354 | $103.28 | N/A | Undetermined |
| 60.47 | Battery Method Making Luxembourg - Patent Ref No. 1700354 | $24.62 | N/A | Undetermined |
| 60.48 | Battery Method Making Mexico - Patent Ref No. 287342 | $236.56 | N/A | Undetermined |
| 60.49 | Battery Method Making Netherlands - Patent Ref No. 1700354 | $78.56 | N/A | Undetermined |
| 60.50 | Battery Method Making Poland - Patent Ref No. 1700354 | $158.17 | N/A | Undetermined |
| 60.51 | Battery Method Making Portugal - Patent Ref No. 1700354 | $168.40 | N/A | Undetermined |
| 60.52 | Battery Method Making Romania - Patent Ref No. 1700354 | $30.42 | N/A | Undetermined |
| 60.53 | Battery Method Making Slovakia - Patent Ref No. 1700354 | $113.32 | N/A | Undetermined |
| 60.54 | Battery Method Making Slovenia - Patent Ref No. 1700354 | $15.75 | N/A | Undetermined |
| 60.55 | Battery Method Making Spain - Patent Ref No. 1700354 | $160.96 | N/A | Undetermined |
| 60.56 | Battery Method Making Sweden - Patent Ref No. 1700354 | $85.13 | N/A | Undetermined |
| 60.57 | Battery Method Making Turkey - Patent Ref No. 1700354 | $160.23 | N/A | Undetermined |
| 60.58 | Battery Method Making UK - Patent Ref No. 1700354 | $31.09 | N/A | Undetermined |
| 60.59 | Battery Method Making USA - Patent Ref No. 8202328 | $1,946.18 | N/A | Undetermined |
| 60.60 | Battery Part | $30.08 | N/A | Undetermined |
| 60.61 | Battery Part | $105.84 | N/A | Undetermined |
| 60.62 | Battery Part | $113.50 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.63 | | | |
| Battery Part | $7.70 | N/A | Underminded |
| 60.64 | | | |
| Battery Part | $3.90 | N/A | Underminded |
| 60.65 | | | |
| Battery Part | $7.78 | N/A | Underminded |
| 60.66 | | | |
| Battery Part | $7.86 | N/A | Underminded |
| 60.67 | | | |
| Battery Part | $5.10 | N/A | Underminded |
| 60.68 | | | |
| Battery Part | $83.96 | N/A | Underminded |
| 60.69 | | | |
| Battery Part | $1.32 | N/A | Underminded |
| 60.70 | | | |
| Battery part | $2.00 | N/A | Underminded |
| 60.71 | | | |
| Battery part | $362.51 | N/A | Underminded |
| 60.72 | | | |
| Battery part | $115.01 | N/A | Underminded |
| 60.73 | | | |
| Battery part | $14,491.29 | N/A | Underminded |
| 60.74 | | | |
| Battery part | $69.43 | N/A | Underminded |
| 60.75 | | | |
| Battery part | $209.88 | N/A | Underminded |
| 60.76 | | | |
| Battery part | $6.51 | N/A | Underminded |
| 60.77 | | | |
| Battery part | $14.17 | N/A | Underminded |
| 60.78 | | | |
| Battery part | $3.31 | N/A | Underminded |
| 60.79 | | | |
| Battery part | $3.31 | N/A | Underminded |
| 60.80 | | | |
| Battery part | $10.92 | N/A | Underminded |
| 60.81 | | | |
| Battery part | $84.11 | N/A | Underminded |
| 60.82 | | | |
| Battery part | $4,199.93 | N/A | Underminded |

| 60.83 | | | |
|---|---|---|---|
| Battery part | $15.90 | N/A | Underminded |

| 60.84 | | | |
|---|---|---|---|
| Battery part | $4.35 | N/A | Underminded |

| 60.85 | | | |
|---|---|---|---|
| Battery part | $4.35 | N/A | Underminded |

| 60.86 | | | |
|---|---|---|---|
| Battery part | $12.74 | N/A | Underminded |

| 60.87 | | | |
|---|---|---|---|
| Battery part | $8.73 | N/A | Underminded |

| 60.88 | | | |
|---|---|---|---|
| Battery part | $2,310.29 | N/A | Underminded |

| 60.89 | | | |
|---|---|---|---|
| Battery part | $1,459.20 | N/A | Underminded |

| 60.90 | | | |
|---|---|---|---|
| Battery part | $1,522.52 | N/A | Underminded |

| 60.91 | | | |
|---|---|---|---|
| Battery part | $723.91 | N/A | Underminded |

| 60.92 | | | |
|---|---|---|---|
| Battery part | $1,439.32 | N/A | Underminded |

| 60.93 | | | |
|---|---|---|---|
| Battery part | $35.08 | N/A | Underminded |

| 60.94 | | | |
|---|---|---|---|
| Battery part | $217.77 | N/A | Underminded |

| 60.95 | | | |
|---|---|---|---|
| Battery part | $585.76 | N/A | Underminded |

| 60.96 | | | |
|---|---|---|---|
| Battery part | $12.56 | N/A | Underminded |

| 60.97 | | | |
|---|---|---|---|
| Battery part | $134.48 | N/A | Underminded |

| 60.98 | | | |
|---|---|---|---|
| Battery part | $101.12 | N/A | Underminded |

| 60.99 | | | |
|---|---|---|---|
| Battery part | $115.90 | N/A | Underminded |

| 60.100 | | | |
|---|---|---|---|
| Battery part | $43.23 | N/A | Underminded |

| 60.101 | | | |
|---|---|---|---|
| Battery part | $1,503.03 | N/A | Underminded |

| 60.102 | | | |
|---|---|---|---|
| BATTERY PART | $133.00 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.103 | | | |
| Battery Part - Patent Ref No. 10283754 | $2,489.79 | N/A | Undeterminded |
| 60.104 | | | |
| Battery part - Patent Ref No. 10283754 | $539.62 | N/A | Undeterminded |
| 60.105 | | | |
| Battery part - Patent Ref No. 10283754 | $14.70 | N/A | Undeterminded |
| 60.106 | | | |
| Battery part - Patent Ref No. 10283754 | $164.28 | N/A | Undeterminded |
| 60.107 | | | |
| Battery part - Patent Ref No. 10283754 | $146.79 | N/A | Undeterminded |
| 60.108 | | | |
| Battery part - Patent Ref No. 10283754 | $1,064.45 | N/A | Undeterminded |
| 60.109 | | | |
| Battery part - Patent Ref No. 10283754 | $700.84 | N/A | Undeterminded |
| 60.110 | | | |
| Battery part - Patent Ref No. 10283754 | $53.28 | N/A | Undeterminded |
| 60.111 | | | |
| Battery part - Patent Ref No. 10283754 | $655.18 | N/A | Undeterminded |
| 60.112 | | | |
| Battery part - Patent Ref No. 10283754 | $354.45 | N/A | Undeterminded |
| 60.113 | | | |
| Battery part - Patent Ref No. 10283754 | $147.84 | N/A | Undeterminded |
| 60.114 | | | |
| Battery part - Patent Ref No. 10283754 | $1,098.14 | N/A | Undeterminded |
| 60.115 | | | |
| Battery part - Patent Ref No. 10283754 | $2,412.74 | N/A | Undeterminded |
| 60.116 | | | |
| Battery part - Patent Ref No. 10283754 | $54.07 | N/A | Undeterminded |
| 60.117 | | | |
| Battery part - Patent Ref No. 10283754 | $711.85 | N/A | Undeterminded |
| 60.118 | | | |
| Battery part - Patent Ref No. 10283754 | $110.85 | N/A | Undeterminded |
| 60.119 | | | |
| Battery part - Patent Ref No. 10283754 | $428.56 | N/A | Undeterminded |
| 60.120 | | | |
| Battery part - Patent Ref No. 10283754 | $458.07 | N/A | Undeterminded |
| 60.121 | | | |
| Battery part - Patent Ref No. 10283754 | $527.75 | N/A | Undeterminded |
| 60.122 | | | |
| Battery part - Patent Ref No. 10283754 | $185.06 | N/A | Undeterminded |

| | | | |
|---|---|---|---|
| 60.123 | | | |
| Battery part - Patent Ref No. 10283754 | $66.83 | N/A | Undeterminded |
| 60.124 | | | |
| Battery part - Patent Ref No. 10283754 | $45.75 | N/A | Undeterminded |
| 60.125 | | | |
| Battery Part - Patent Ref No. 1700354 | $0.22 | N/A | Undeterminded |
| 60.126 | | | |
| Battery Part - Patent Ref No. 2293360 | $10.54 | N/A | Undeterminded |
| 60.127 | | | |
| Battery Part - Patent Ref No. 2293360 | $1.19 | N/A | Undeterminded |
| 60.128 | | | |
| Battery Part - Patent Ref No. 2293360 | $64.52 | N/A | Undeterminded |
| 60.129 | | | |
| Battery Part - Patent Ref No. 2293360 | $959.66 | N/A | Undeterminded |
| 60.130 | | | |
| Battery Part - Patent Ref No. 2293360 | $17.33 | N/A | Undeterminded |
| 60.131 | | | |
| Battery part - Patent Ref No. 2293360 | $11.34 | N/A | Undeterminded |
| 60.132 | | | |
| Battery Part - Patent Ref No. 332696 | $821.84 | N/A | Undeterminded |
| 60.133 | | | |
| Battery Part - Patent Ref No. 332696 | $7.06 | N/A | Undeterminded |
| 60.134 | | | |
| Battery Part - Patent Ref No. 332696 | $320.63 | N/A | Undeterminded |
| 60.135 | | | |
| Battery Part - Patent Ref No. 332696 | $30.28 | N/A | Undeterminded |
| 60.136 | | | |
| Battery Part - Patent Ref No. 8202328 | $8.67 | N/A | Undeterminded |
| 60.137 | | | |
| Battery Part - Patent Ref No. 8202328 | $8.67 | N/A | Undeterminded |
| 60.138 | | | |
| Battery Part - Patent Ref No. 8202328 | $10.13 | N/A | Undeterminded |
| 60.139 | | | |
| Battery part - Patent Ref No. 8202328 | $20.47 | N/A | Undeterminded |
| 60.140 | | | |
| Battery Part - Patent Ref No. 8202328 | $19.70 | N/A | Undeterminded |
| 60.141 | | | |
| Battery Part - Patent Ref No. 8701743 | $114.65 | N/A | Undeterminded |
| 60.142 | | | |
| Battery Part - Patent Ref No. 8701743 | $71.88 | N/A | Undeterminded |

| | | | |
|---|---|---|---|
| 60.143 | | | |
| Battery Part - Patent Ref No. 8701743 | $70.35 | N/A | Undetermined |
| 60.144 | | | |
| Battery Part - Patent Ref No. 8701743 | $236.58 | N/A | Undetermined |
| 60.145 | | | |
| Battery Part - Patent Ref No. 8701743 | $29.84 | N/A | Undetermined |
| 60.146 | | | |
| Battery Part - Patent Ref No. 8701743 | $733.19 | N/A | Undetermined |
| 60.147 | | | |
| Battery Part - Patent Ref No. 8701743 | $344.44 | N/A | Undetermined |
| 60.148 | | | |
| Battery Part - Patent Ref No. 8701743 | $6.43 | N/A | Undetermined |
| 60.149 | | | |
| Battery Part - Patent Ref No. 8701743 | $242.00 | N/A | Undetermined |
| 60.150 | | | |
| Battery part - Patent Ref No. 8701743 | $103.18 | N/A | Undetermined |
| 60.151 | | | |
| Battery part - Patent Ref No. 8701743 | $14.13 | N/A | Undetermined |
| 60.152 | | | |
| Battery Part - Patent Ref No. PI0417087-3 | $28.88 | N/A | Undetermined |
| 60.153 | | | |
| Battery Part - Patent Ref No. PI0417087-3 | $1.32 | N/A | Undetermined |
| 60.154 | | | |
| Battery part - Patent Ref No. PI0417087-3 | $299.32 | N/A | Undetermined |
| 60.155 | | | |
| Battery part - Patent Ref No. PI0417087-3 | $329.03 | N/A | Undetermined |
| 60.156 | | | |
| Battery part - Patent Ref No. PI0417087-3 | $303.62 | N/A | Undetermined |
| 60.157 | | | |
| Battery part - Patent Ref No. PI0417087-3 | $16.63 | N/A | Undetermined |
| 60.158 | | | |
| Battery part - Patent Ref No. PI0417087-3 | $5.35 | N/A | Undetermined |
| 60.159 | | | |
| Battery part & method making - Patent Ref No. 2293360 | $80.94 | N/A | Undetermined |
| 60.160 | | | |
| Battery part & method of making | $2,404.80 | N/A | Undetermined |
| 60.161 | | | |
| Battery part & method of making | $524.25 | N/A | Undetermined |
| 60.162 | | | |
| Battery part & method of making | $1,538.19 | N/A | Undetermined |

| 60.163 | Battery Part & Method of Making - Patent Ref No. 2293360 | $92.51 | N/A | Undeterminded |
| 60.164 | Battery Part & Method of Making - Patent Ref No. 2293360 | $97.19 | N/A | Undeterminded |
| 60.165 | Battery Part & Method of Making - Patent Ref No. 2293360 | $351.37 | N/A | Undeterminded |
| 60.166 | Battery Part & Method of Making - Patent Ref No. 2293360 | $14.74 | N/A | Undeterminded |
| 60.167 | Battery Part & Method of Making - Patent Ref No. 2293360 | $180.36 | N/A | Undeterminded |
| 60.168 | Battery Part & Method of Making - Patent Ref No. 2293360 | $15.60 | N/A | Undeterminded |
| 60.169 | Battery Part & Method of Making - Patent Ref No. 2293360 | $175.01 | N/A | Undeterminded |
| 60.170 | Battery Part & Method of Making - Patent Ref No. 2293360 | $2.63 | N/A | Undeterminded |
| 60.171 | Battery part & method of making - Patent Ref No. 2293360 | $677.44 | N/A | Undeterminded |
| 60.172 | Battery part & method of making - Patent Ref No. 2293360 | $80.89 | N/A | Undeterminded |
| 60.173 | Battery part & method of making - Patent Ref No. 2293360 | $64.68 | N/A | Undeterminded |
| 60.174 | Battery part & method of making - Patent Ref No. 2293360 | $158.04 | N/A | Undeterminded |
| 60.175 | Battery part & method of making - Patent Ref No. 2293360 | $52.39 | N/A | Undeterminded |
| 60.176 | Battery part & method of making - Patent Ref No. 2293360 | $278.20 | N/A | Undeterminded |
| 60.177 | Battery part & method of making - Patent Ref No. 2293360 | $72.96 | N/A | Undeterminded |
| 60.178 | Battery part & method of making - Patent Ref No. 2293360 | $25.38 | N/A | Undeterminded |
| 60.179 | Battery part & method of making - Patent Ref No. 2293360 | $3,474.60 | N/A | Undeterminded |
| 60.180 | Battery part & method of making - Patent Ref No. 2293360 | $41.45 | N/A | Undeterminded |
| 60.181 | Battery part & method of making - Patent Ref No. 2293360 | $12.46 | N/A | Undeterminded |
| 60.182 | Battery Part & Method of Making - Patent Ref No. 8701743 | $26.70 | N/A | Undeterminded |

| | | | |
|---|---|---|---|
| 60.183 | Battery part & method of making - Patent Ref No. 8701743 | $409.06 | N/A | Undetermined |
| 60.184 | Battery part & method of making - Patent Ref No. 8701743 | $178.99 | N/A | Undetermined |
| 60.185 | Battery part & method of making - Patent Ref No. 9190654 | $663.40 | N/A | Undetermined |
| 60.186 | Battery part & method of making - Patent Ref No. PI0417087-3 | $1.68 | N/A | Undetermined |
| 60.187 | Battery part & method of making - Patent Ref No. PI0417087-3 | $1,405.67 | N/A | Undetermined |
| 60.188 | Battery part and associated methods - Patent Ref No. 8701743 | $6,797.08 | N/A | Undetermined |
| 60.189 | Battery part and method of making - Patent Ref No. 2293360 | $0.00 | N/A | Undetermined |
| 60.190 | Battery Part Method Making USA - Patent Ref No. 7338539 | $23.54 | N/A | Undetermined |
| 60.191 | Battery Part Method of Mking USA - Patent Ref No. 7838145 | $1,989.51 | N/A | Undetermined |
| 60.192 | Battery Part with Retaining & Sealing Features & Assoc Methods of Manufacture - Patent Ref No. 8802282 | $60.01 | N/A | Undetermined |
| 60.193 | Battery Parts - Patent Ref No. 8701743 | $67.32 | N/A | Undetermined |
| 60.194 | Battery Parts & Asscociated Systems and Methods - Patent Ref No. 332696 | $30.40 | N/A | Undetermined |
| 60.195 | Battery Parts & Associated Systems & Methods - Patent Ref No. 8701743 | $1,154.81 | N/A | Undetermined |
| 60.196 | Battery Parts & Associated Systems & Methods - Patent Ref No. 8701743 | $8.95 | N/A | Undetermined |
| 60.197 | Battery Parts & Associated Systems & Methods - Patent Ref No. 8701743 | $2.99 | N/A | Undetermined |
| 60.198 | Battery Parts & Associated Systems & Methods - Patent Ref No. 9190654 | $415.05 | N/A | Undetermined |
| 60.199 | Battery Parts & Associated Systems & Methods - Patent Ref No. 9190654 | $559.71 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.200 | Battery Parts & Associated Systems & Methods - Patent Ref No. 9190654 | $42.20 | N/A | Undetermined |
| 60.201 | Battery Parts & Associated Systems and Methods - Patent Ref No. 332696 | $877.83 | N/A | Undetermined |
| 60.202 | Battery parts & associated systems and methods - Patent Ref No. 332696 | $7.76 | N/A | Undetermined |
| 60.203 | Battery parts & associated systems and methods - Patent Ref No. 332696 | $30.48 | N/A | Undetermined |
| 60.204 | Battery parts & associated systems and methods - Patent Ref No. 332696 | $63.33 | N/A | Undetermined |
| 60.205 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $30.31 | N/A | Undetermined |
| 60.206 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $427.70 | N/A | Undetermined |
| 60.207 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $351.26 | N/A | Undetermined |
| 60.208 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $12.84 | N/A | Undetermined |
| 60.209 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $264.89 | N/A | Undetermined |
| 60.210 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $2,251.64 | N/A | Undetermined |
| 60.211 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $159.16 | N/A | Undetermined |
| 60.212 | Battery Parts & Associated Systems and Methods - Patent Ref No. 9190654 | $86.82 | N/A | Undetermined |
| 60.213 | Battery parts & associated systems and methods - Patent Ref No. 9190654 | $202.09 | N/A | Undetermined |
| 60.214 | Battery Parts and Associated Systems and Methods - Patent Ref No. 332696 | $5.10 | N/A | Undetermined |
| 60.215 | Battery Parts and Associated Systems and Methods - Patent Ref No. 9190654 | $58.15 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.216 | Battery Parts and Associated Systems and Methods - Patent Ref No. 9190654 | $607.03 | N/A | Undetermined |
| 60.217 | Battery parts and associated systems and methods - Patent Ref No. 9190654 | $12.77 | N/A | Undetermined |
| 60.218 | Battery Parts and Associated Systems and Methods - Patent Ref No. 9190654 | $19.57 | N/A | Undetermined |
| 60.219 | Battery Parts and Associated Systems and Methods - Patent Ref No. 9190654 | $189.68 | N/A | Undetermined |
| 60.220 | Battery parts and associated systems and methods - Patent Ref No. 9190654 | $103.34 | N/A | Undetermined |
| 60.221 | Battery parts and methods of making - Patent Ref No. 332696 | $179.47 | N/A | Undetermined |
| 60.222 | Battery parts having retaining & sealing features - Patent Ref No. 2425478 | $516.25 | N/A | Undetermined |
| 60.223 | Battery parts having retaining & sealing features - Patent Ref No. 8802282 | $305.46 | N/A | Undetermined |
| 60.224 | Battery Parts Having Retaining & Sealing Features - Patent Ref No. 9748551 | $1,271.76 | N/A | Undetermined |
| 60.225 | Battery Parts Having Retaining & Sealing Features - Patent Ref No. 9748551 | $1,218.64 | N/A | Undetermined |
| 60.226 | Battery parts having retaining & sealing features - Patent Ref No. 9748551 | $242.99 | N/A | Undetermined |
| 60.227 | Battery parts having retaining & sealing features - Patent Ref No. 9748551 | $38.81 | N/A | Undetermined |
| 60.228 | Battery Parts Having Retaining & Sealing Features & Assoc Methods - Patent Ref No. 8497036 | $24.31 | N/A | Undetermined |
| 60.229 | Battery parts having retaining & sealing features & assoc methods of manufacture - Patent Ref No. 8802282 | $217.13 | N/A | Undetermined |
| 60.230 | Battery parts having retaining and sealing features - Patent Ref No. 9748551 | $1,872.81 | N/A | Undetermined |
| 60.231 | Battery parts having solventless acid barriers & associated systems & methods | $2,251.95 | N/A | Undetermined |

60.232
    Battery parts having solventless acid barriers & associated          $368.74     N/A                 Undetermined
    systems & methods

60.233
    Battery parts having solventless acid barriers & associated          $158.18     N/A                 Undetermined
    systems & methods

60.234
    Battery parts having solventless acid barriers & associated          $524.38     N/A                 Undetermined
    systems & methods

60.235
    Battery parts having solventless acid barriers & associated          $80.49     N/A                 Undetermined
    systems & methods

60.236
    Battery parts having solventless acid barriers & associated          $69.07     N/A                 Undetermined
    systems & methods

60.237
    Battery parts having solventless acid barriers & associated          $17.80     N/A                 Undetermined
    systems & methods

60.238
    Battery parts having solventless acid barriers & associated          $169.65     N/A                 Undetermined
    systems & methods

60.239
    Battery parts having solventless acid barriers & associated          $531.16     N/A                 Undetermined
    systems & methods

60.240
    Battery parts having solventless acid barriers & associated       $1,128.60     N/A                 Undetermined
    systems & methods

60.241
    Battery parts having solventless acid barriers & associated       $1,104.67     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.242
    Battery parts having solventless acid barriers & associated          $73.89     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.243
    Battery parts having solventless acid barriers & associated          $582.19     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.244
    Battery parts having solventless acid barriers & associated          $17.77     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.245
    Battery parts having solventless acid barriers & associated          $778.27     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.246
    Battery parts having solventless acid barriers & associated          $23.78     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

60.247
    Battery parts having solventless acid barriers & associated          $120.53     N/A                 Undetermined
    systems & methods - Patent Ref No. 11283141

| 60.248 | Battery parts having solventless acid barriers & associated systems & methods - Patent Ref No. 11283141 | $2,770.22 | N/A | Underminded |
| 60.249 | Battery parts having solventless acid barriers & associated systems and methods - Patent Ref No. 11283141 | $62.53 | N/A | Underminded |
| 60.250 | Battery terminal with sealing feastures - Patent Ref No. 10181595 | $194.90 | N/A | Underminded |
| 60.251 | Battery terminal with sealing features - Patent Ref No. 10181595 | $641.69 | N/A | Underminded |
| 60.252 | Battery terminal with sealing features - Patent Ref No. 10181595 | $1,221.75 | N/A | Underminded |
| 60.253 | Battery terminal with sealing features - Patent Ref No. 10181595 | $1,480.20 | N/A | Underminded |
| 60.254 | Battery terminal with sealing features - Patent Ref No. 10181595 | $1,002.85 | N/A | Underminded |
| 60.255 | Battery terminal with sealing features - Patent Ref No. 10181595 | $1,126.20 | N/A | Underminded |
| 60.256 | Battery terminal with sealing features - Patent Ref No. 10181595 | $2,364.58 | N/A | Underminded |
| 60.257 | Battery terminal with sealing features - Patent Ref No. 10181595 | $769.91 | N/A | Underminded |
| 60.258 | Battery terminal with sealing features - Patent Ref No. 10181595 | $19.08 | N/A | Underminded |
| 60.259 | Battery terminal with sealing features - Patent Ref No. 10181595 | $613.86 | N/A | Underminded |
| 60.260 | Battery terminal with sealing features - Patent Ref No. 10181595 | $667.10 | N/A | Underminded |
| 60.261 | Battery terminal with sealing features - Patent Ref No. 10181595 | $76.22 | N/A | Underminded |
| 60.262 | Battery terminal with sealing features - Patent Ref No. 10181595 | $61.54 | N/A | Underminded |
| 60.263 | Battery terminal with sealing features - Patent Ref No. 10181595 | $52.14 | N/A | Underminded |

Debtor   Water Gremlin Company
Name
Case number *(if known)* 23-11775

Case 23-11775-LSS    Doc 195    Filed 12/20/23    Page 34 of 189

| | | | |
|---|---|---|---|
| 60.264 | Battery terminal with sealing features - Patent Ref No. 10181595 | $35.63 | N/A | Underminded |
| 60.265 | Battery terminal with sealing features - Patent Ref No. 10181595 | $278.08 | N/A | Underminded |
| 60.266 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $108.23 | N/A | Underminded |
| 60.267 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $42.20 | N/A | Underminded |
| 60.268 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $280.12 | N/A | Underminded |
| 60.269 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $237.66 | N/A | Underminded |
| 60.270 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $7.22 | N/A | Underminded |
| 60.271 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $746.95 | N/A | Underminded |
| 60.272 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $449.95 | N/A | Underminded |
| 60.273 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $400.65 | N/A | Underminded |
| 60.274 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $519.78 | N/A | Underminded |
| 60.275 | Battery terminal with sealing features - Patent Ref No. 9748551 | $3,712.78 | N/A | Underminded |
| 60.276 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $1,176.83 | N/A | Underminded |
| 60.277 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $223.40 | N/A | Underminded |
| 60.278 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $11.65 | N/A | Underminded |
| 60.279 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $951.48 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.280 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $72.81 | N/A | Undetermined |
| 60.281 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $1,128.84 | N/A | Undetermined |
| 60.282 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $2,460.08 | N/A | Undetermined |
| 60.283 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $1,490.53 | N/A | Undetermined |
| 60.284 | Battery Terminal with Sealing Features - Patent Ref No. 9748551 | $17.42 | N/A | Undetermined |
| 60.285 | Battery terminal with sealing features - Patent Ref No. 9748551 | $16.98 | N/A | Undetermined |
| 60.286 | Battery terminal with sealing features - Patent Ref No. 9748551 | $456.60 | N/A | Undetermined |
| 60.287 | Battery terminal with sealing features - Patent Ref No. 9748551 | $3,571.77 | N/A | Undetermined |
| 60.288 | Battery terminal with sealing features - Patent Ref No. 9748551 | $90.95 | N/A | Undetermined |
| 60.289 | Battery terminal with sealing features - Patent Ref No. 9748551 | $2,719.77 | N/A | Undetermined |
| 60.290 | Battery terminal with sealing features - Patent Ref No. 9748551 | $1,583.41 | N/A | Undetermined |
| 60.291 | Battery terminal with sealing features - Patent Ref No. 9748551 | $991.66 | N/A | Undetermined |
| 60.292 | Battery terminal with sealing features - Patent Ref No. 9748551 | $471.89 | N/A | Undetermined |
| 60.293 | Battery terminal with sealing features - Patent Ref No. 9748551 | $111.31 | N/A | Undetermined |
| 60.294 | Battery terminal with sealing features - Patent Ref No. 9748551 | $70.45 | N/A | Undetermined |
| 60.295 | Battery terminal with sealing features - Patent Ref No. 9748551 | $148.69 | N/A | Undetermined |

Debtor  Water Gremlin Company
Name                                                     Case number *(if known)* 23-11775

| | | | |
|---|---|---|---|
| 60.296 | | | |
| | Enhanced gravity casting - Patent Ref No. 6997234 | $0.00 | N/A | Underminded |
| 60.297 | | | |
| | Flared Battery Terminal Battery Part - Patent Ref No. 7338539 | $2,434.31 | N/A | Underminded |
| 60.298 | | | |
| | Improved battery bushing with knurled service | $465.75 | N/A | Underminded |
| 60.299 | | | |
| | Improved battery bushing with knurled service | $46.65 | N/A | Underminded |
| 60.300 | | | |
| | Improved battery bushing with knurled service | $117.20 | N/A | Underminded |
| 60.301 | | | |
| | Improved battery bushing with knurled service | $216.33 | N/A | Underminded |
| 60.302 | | | |
| | Improved battery bushing with knurled service | $69.32 | N/A | Underminded |
| 60.303 | | | |
| | Improved battery bushing with knurled service | $3,307.05 | N/A | Underminded |
| 60.304 | | | |
| | Improved battery bushing with knurled service | $234.18 | N/A | Underminded |
| 60.305 | | | |
| | Improved battery bushing with knurled service | $182.44 | N/A | Underminded |
| 60.306 | | | |
| | IMPROVED BATTERY BUSHING WITH KNURLED SERVICE | $1,381.30 | N/A | Underminded |
| 60.307 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 10910625 | $250.11 | N/A | Underminded |
| 60.308 | | | |
| | Improved battery bushing with knurled service - Patent No. 10910625 | $3,136.62 | N/A | Underminded |
| 60.309 | | | |
| | Improved battery bushing with knurled service - Patent No. 10910625 | $580.99 | N/A | Underminded |
| 60.310 | | | |
| | IMPROVED BATTERY BUSHING WITH KNURLED SERVICE - Patent Ref No. 10910625 | $676.63 | N/A | Underminded |
| 60.311 | | | |
| | Improved battery bushing with knurled service - Patent No. 10910625 | $1,458.55 | N/A | Underminded |
| 60.312 | | | |
| | Improved battery bushing with knurled service - Patent No. 10910625 | $3,085.36 | N/A | Underminded |
| 60.313 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 10910625 | $177.44 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.314 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 10910625 | $710.07 | N/A | Undeterminded |
| 60.315 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 10910625 | $162.85 | N/A | Undeterminded |
| 60.316 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 10910625 | $7.62 | N/A | Undeterminded |
| 60.317 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 10910625 | $63.53 | N/A | Undeterminded |
| 60.318 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $66.54 | N/A | Undeterminded |
| 60.319 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $13.01 | N/A | Undeterminded |
| 60.320 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $249.25 | N/A | Undeterminded |
| 60.321 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $1,515.68 | N/A | Undeterminded |
| 60.322 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $82.38 | N/A | Undeterminded |
| 60.323 | | | |
| Improved Battery Bushing with Knurled Service - Patent Ref No. 2425478 | $4.94 | N/A | Undeterminded |
| 60.324 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $353.69 | N/A | Undeterminded |
| 60.325 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $4,245.69 | N/A | Undeterminded |
| 60.326 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $31.70 | N/A | Undeterminded |
| 60.327 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $1,562.39 | N/A | Undeterminded |
| 60.328 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $552.36 | N/A | Undeterminded |
| 60.329 | | | |
| Improved battery bushing with knurled service - Patent Ref No. 2425478 | $1,028.99 | N/A | Undeterminded |

| | | | |
|---|---|---|---|
| 60.330 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $185.47 | N/A | Underminded |
| 60.331 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $64.25 | N/A | Underminded |
| 60.332 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $21.59 | N/A | Underminded |
| 60.333 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $1,432.04 | N/A | Underminded |
| 60.334 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $166.44 | N/A | Underminded |
| 60.335 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $17.33 | N/A | Underminded |
| 60.336 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $36.21 | N/A | Underminded |
| 60.337 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $9,755.44 | N/A | Underminded |
| 60.338 | Improved battery bushing with knurled service - Patent Ref No. 2425478 | $1,660.58 | N/A | Underminded |
| 60.339 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $626.79 | N/A | Underminded |
| 60.340 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $894.49 | N/A | Underminded |
| 60.341 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $6,852.74 | N/A | Underminded |
| 60.342 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,975.74 | N/A | Underminded |
| 60.343 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $95.19 | N/A | Underminded |
| 60.344 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $2,041.70 | N/A | Underminded |
| 60.345 | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,324.37 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.346 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,009.41 | N/A | Underminded |
| 60.347 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $966.06 | N/A | Underminded |
| 60.348 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,330.52 | N/A | Underminded |
| 60.349 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $72.44 | N/A | Underminded |
| 60.350 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $2,620.57 | N/A | Underminded |
| 60.351 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $376.47 | N/A | Underminded |
| 60.352 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $27.35 | N/A | Underminded |
| 60.353 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,014.66 | N/A | Underminded |
| 60.354 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,660.09 | N/A | Underminded |
| 60.355 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,391.85 | N/A | Underminded |
| 60.356 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $119.93 | N/A | Underminded |
| 60.357 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $157.67 | N/A | Underminded |
| 60.358 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $75.94 | N/A | Underminded |
| 60.359 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $381.62 | N/A | Underminded |
| 60.360 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $1,432.44 | N/A | Underminded |
| 60.361 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $145.28 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.362 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $413.23 | N/A | Undetermined |
| 60.363 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $936.21 | N/A | Undetermined |
| 60.364 | | | |
| | IMPROVED BATTERY BUSHING WITH KNURLED SERVICE - Patent Ref No. 3059785 | $11,515.39 | N/A | Undetermined |
| 60.365 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $199.84 | N/A | Undetermined |
| 60.366 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 3059785 | $667.64 | N/A | Undetermined |
| 60.367 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $27.60 | N/A | Undetermined |
| 60.368 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $216.73 | N/A | Undetermined |
| 60.369 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $88.86 | N/A | Undetermined |
| 60.370 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $438.28 | N/A | Undetermined |
| 60.371 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $68.11 | N/A | Undetermined |
| 60.372 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $94.17 | N/A | Undetermined |
| 60.373 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $547.17 | N/A | Undetermined |
| 60.374 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $6,168.45 | N/A | Undetermined |
| 60.375 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $30.80 | N/A | Undetermined |
| 60.376 | | | |
| | Improved Battery Bushing with Knurled Service - Patent Ref No. 8497036 | $6.88 | N/A | Undetermined |
| 60.377 | | | |
| | Improved battery bushing with knurled service - Patent Ref No. 8497036 | $37.89 | N/A | Undetermined |

| 60.378 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $632.50 | N/A | Underminded |

| 60.379 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $168.11 | N/A | Underminded |

| 60.380 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $77.65 | N/A | Underminded |

| 60.381 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $189.06 | N/A | Underminded |

| 60.382 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $336.87 | N/A | Underminded |

| 60.383 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 8802282 | $1,466.25 | N/A | Underminded |

| 60.384 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 8802282 | $839.60 | N/A | Underminded |

| 60.385 | | | |
|---|---|---|---|
| Improved Battery Bushing with Knurled Service - Patent Ref No. 8802282 | $8.57 | N/A | Underminded |

| 60.386 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $2,063.99 | N/A | Underminded |

| 60.387 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $1,213.73 | N/A | Underminded |

| 60.388 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $56.56 | N/A | Underminded |

| 60.389 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $87.53 | N/A | Underminded |

| 60.390 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $907.88 | N/A | Underminded |

| 60.391 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $2,261.48 | N/A | Underminded |

| 60.392 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $574.77 | N/A | Underminded |

| 60.393 | | | |
|---|---|---|---|
| Improved battery bushing with knurled service - Patent Ref No. 9917293 | $150.18 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.394 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $41.75 | N/A | Underminded |
| 60.395 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $188.18 | N/A | Underminded |
| 60.396 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $644.53 | N/A | Underminded |
| 60.397 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $112.92 | N/A | Underminded |
| 60.398 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $57.65 | N/A | Underminded |
| 60.399 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $258.06 | N/A | Underminded |
| 60.400 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $125.08 | N/A | Underminded |
| 60.401 | Improved battery bushing with knurled service - Patent Ref No. 9917293 | $33.30 | N/A | Underminded |
| 60.402 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $946.36 | N/A | Underminded |
| 60.403 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $972.91 | N/A | Underminded |
| 60.404 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $1,238.98 | N/A | Underminded |
| 60.405 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $35.76 | N/A | Underminded |
| 60.406 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $143.81 | N/A | Underminded |
| 60.407 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $80.16 | N/A | Underminded |
| 60.408 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $191.76 | N/A | Underminded |
| 60.409 | Improved Battery Bushing with Knurled Service - Patent Ref No. 9935306 | $49.98 | N/A | Underminded |

| 60.410 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $51.14 | N/A | Underminded |
| 60.411 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $75.60 | N/A | Underminded |
| 60.412 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $540.43 | N/A | Underminded |
| 60.413 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $40.37 | N/A | Underminded |
| 60.414 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $470.25 | N/A | Underminded |
| 60.415 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $2,545.63 | N/A | Underminded |
| 60.416 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $408.02 | N/A | Underminded |
| 60.417 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $963.66 | N/A | Underminded |
| 60.418 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $248.59 | N/A | Underminded |
| 60.419 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $577.61 | N/A | Underminded |
| 60.420 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $120.02 | N/A | Underminded |
| 60.421 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $69.21 | N/A | Underminded |
| 60.422 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $42.91 | N/A | Underminded |
| 60.423 | Improved battery bushing with knurled service - Patent Ref No. 9935306 | $342.31 | N/A | Underminded |
| 60.424 | Improved battery bushinig with knurled service - Patent Ref No. 10910625 | $512.75 | N/A | Underminded |
| 60.425 | Improved battery terminal with knurled service - Patent Ref No. 10910625 | $155.54 | N/A | Underminded |

| | | | | |
|---|---|---|---|---|
| 60.426 | Intensified Mult Casting Expansion USA | $0.00 | N/A | Undeterminded |
| 60.427 | Intensified Multiple Casting - Patent Ref No. 8512891 | $1,355.92 | N/A | Undeterminded |
| 60.428 | Intensified Multiple Casting - Patent Ref No. 8512891 | $334.02 | N/A | Undeterminded |
| 60.429 | MarchTech Patents | $0.00 | N/A | Undeterminded |
| 60.430 | Materials Method Making USA - Patent Ref No. 6926065 | $0.00 | N/A | Undeterminded |
| 60.431 | Meth of Mold Art to Min Shrinkage | $0.00 | N/A | Undeterminded |
| 60.432 | Meth of Mold Art to Min Shrink-CAN | $0.00 | N/A | Undeterminded |
| 60.433 | Meth of Mold Art to Min Shrink-CAN | $0.00 | N/A | Undeterminded |
| 60.434 | Meth of Mold Art to Min Shrink-CAN | $0.00 | N/A | Undeterminded |
| 60.435 | Meth of Reproc Bat Term Pat | $0.00 | N/A | Undeterminded |
| 60.436 | Meth of Reproc Batt Term | $0.00 | N/A | Undeterminded |
| 60.437 | Method Forming Battery Parts USA - Patent Ref No. 6202733 | $0.00 | N/A | Undeterminded |
| 60.438 | Mold for a battery cast on strap | $469.17 | N/A | Undeterminded |
| 60.439 | Mold for a battery cast on strap | $301.71 | N/A | Undeterminded |
| 60.440 | Mold for a battery cast on strap | $23.15 | N/A | Undeterminded |
| 60.441 | Mold for a battery cast on strap | $12.99 | N/A | Undeterminded |
| 60.442 | Mold for a battery cast on strap | $99.48 | N/A | Undeterminded |
| 60.443 | Mold for a battery cast on strap | $475.25 | N/A | Undeterminded |
| 60.444 | Mold for a battery cast on strap | $122.74 | N/A | Undeterminded |
| 60.445 | Mold for a battery cast on strap | $465.38 | N/A | Undeterminded |

| | | | |
|---|---|---|---|
| 60.446 | | | |
| Mold for a battery cast on strap | $1,169.49 | N/A | Undetermined |
| 60.447 | | | |
| Mold for a battery cast on strap - Patent Ref No. 102712033 | $46.30 | N/A | Undetermined |
| 60.448 | | | |
| Mold for a battery cast on strap - Patent Ref No. 8061404 | $101.05 | N/A | Undetermined |
| 60.449 | | | |
| Mold for a battery cast on strap - Patent Ref No. EP2512707 | $36.69 | N/A | Undetermined |
| 60.450 | | | |
| Mold for a battery cast on strap - Patent Ref No. EP2512707 | $2,406.48 | N/A | Undetermined |
| 60.451 | | | |
| Mold for a battery cast on strap - Patent Ref No. EP2512707 | $470.20 | N/A | Undetermined |
| 60.452 | | | |
| Mold for a battery cast on strap - Patent Ref No. EP2512707 | $15.66 | N/A | Undetermined |
| 60.453 | | | |
| Mold for a battery cast on strap - Patent Ref No. MX341831 | $28.95 | N/A | Undetermined |
| 60.454 | | | |
| Mold for battery cast on strap | $22.26 | N/A | Undetermined |
| 60.455 | | | |
| Mold for battery cast on strap | $22.26 | N/A | Undetermined |
| 60.456 | | | |
| Mold for battery cast on strap | $22.42 | N/A | Undetermined |
| 60.457 | | | |
| Mold for battery cast on strap - Patent Ref No. 10-1841166 | $22.26 | N/A | Undetermined |
| 60.458 | | | |
| Mold for battery cast on strap - Patent Ref No. 12102317 | $22.42 | N/A | Undetermined |
| 60.459 | | | |
| Mold for battery cast on strap - Patent Ref No. MX341831 | $22.42 | N/A | Undetermined |
| 60.460 | | | |
| Multiple Casting | $0.00 | N/A | Undetermined |
| 60.461 | | | |
| Multiple Casting Apparatus - Patent Ref No. 9034508 | $882.74 | N/A | Undetermined |
| 60.462 | | | |
| Multiple Casting Apparatus - Patent Ref No. 9034508 | $63.19 | N/A | Undetermined |
| 60.463 | | | |
| Multiple casting apparatus & method - Patent Ref No. 6866087 | $0.00 | N/A | Undetermined |
| 60.464 | | | |
| Multiple Casting Apparatus & Method - Patent Ref No. 8512891 | $1,443.66 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.465 | | | |
| Multiple Casting Apparatus & Method - Patent Ref No. 8512891 | $271.86 | N/A | Undetermined |
| 60.466 | | | |
| Multiple Casting Apparatus & Method - Patent Ref No. 8512891 | $77.01 | N/A | Undetermined |
| 60.467 | | | |
| Multiple Casting Apparatus & Method - Patent Ref No. 8512891 | $498.68 | N/A | Undetermined |
| 60.468 | | | |
| Multiple Casting Apparatus & Method - Patent Ref No. 9034508 | $48.38 | N/A | Undetermined |
| 60.469 | | | |
| Multiple casting apparatus & method - Patent Ref No. 9034508 | $1,881.68 | N/A | Undetermined |
| 60.470 | | | |
| Multiple Casting Apparatus and Method - Patent Ref No. 8512891 | $139.37 | N/A | Undetermined |
| 60.471 | | | |
| Multiple Casting Apparatus and Method - Patent Ref No. 8512891 | $45.29 | N/A | Undetermined |
| 60.472 | | | |
| Multiple Casting Apparatus and Method - Patent Ref No. 8512891 | $191.58 | N/A | Undetermined |
| 60.473 | | | |
| Multiple Casting Apparatus and Method - Patent Ref No. 8512891 | $122.06 | N/A | Undetermined |
| 60.474 | | | |
| Multiple Casting Apparatus and Method - Patent Ref No. 9034508 | $34.81 | N/A | Undetermined |
| 60.475 | | | |
| Multiple casting apparatus and method - Patent Ref No. 9034508 | $473.37 | N/A | Undetermined |
| 60.476 | | | |
| Multiple casting apparatus and method - Patent Ref No. 9034508 | $60.28 | N/A | Undetermined |
| 60.477 | | | |
| Multiple Castings Apparatus & Method - Patent Ref No. 9034508 | $68.49 | N/A | Undetermined |
| 60.478 | | | |
| Multiple castings apparatus and method - Patent Ref No. 8512891 | $29.83 | N/A | Undetermined |
| 60.479 | | | |
| Multiple castings apparatus and method - Patent Ref No. 8512891 | $90.03 | N/A | Undetermined |
| 60.480 | | | |
| Multiple Castings Apparatus and Method - Patent Ref No. 8512891 | $48.30 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.481 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $586.00 | N/A | Underminded |
| 60.482 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $12.38 | N/A | Underminded |
| 60.483 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $120.13 | N/A | Underminded |
| 60.484 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $904.16 | N/A | Underminded |
| 60.485 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $615.13 | N/A | Underminded |
| 60.486 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $234.81 | N/A | Underminded |
| 60.487 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $1,201.93 | N/A | Underminded |
| 60.488 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $74.81 | N/A | Underminded |
| 60.489 | Multiple castings apparatus and method - Patent Ref No. 9034508 | $21.84 | N/A | Underminded |
| 60.490 | Multiple castings apparatus and method - Patent Ref No. 9034508 | $159.28 | N/A | Underminded |
| 60.491 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $65.09 | N/A | Underminded |
| 60.492 | Multiple Castings Apparatus and Method - Patent Ref No. 9034508 | $14.58 | N/A | Underminded |
| 60.493 | New Method Intensification - Patent Ref No. 230220 | $0.00 | N/A | Underminded |
| 60.494 | New Method Intensification USA - Patent Ref No. 6684935 | $0.00 | N/A | Underminded |
| 60.495 | Pitted Mold Taiwan | $0.00 | N/A | Underminded |
| 60.496 | Pressure Csting Battery Denmark - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.497 | Pressure Csting Battery Europe - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.498 | | | |
| Pressure Csting Battery France - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.499 | | | |
| Pressure Csting Battery Great Britain - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.500 | | | |
| Pressure Csting Battery Luxemburg - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.501 | | | |
| Pressure Csting Battery Netherlands - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.502 | | | |
| Pressure Csting Battery Portugal - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.503 | | | |
| Pressure Csting Battery Spain - Patent Ref No. 1640088 | $0.00 | N/A | Underminded |
| 60.504 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $865.23 | N/A | Underminded |
| 60.505 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $979.04 | N/A | Underminded |
| 60.506 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $1,419.71 | N/A | Underminded |
| 60.507 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $2,082.68 | N/A | Underminded |
| 60.508 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $372.07 | N/A | Underminded |
| 60.509 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $48.64 | N/A | Underminded |
| 60.510 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $563.89 | N/A | Underminded |
| 60.511 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $275.32 | N/A | Underminded |
| 60.512 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $62.17 | N/A | Underminded |
| 60.513 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $52.66 | N/A | Underminded |
| 60.514 | | | |
| Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $46.46 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.515 | Tooling system for manufacturing battery terminals - Patent Ref No. 10217987 | $237.45 | N/A | Undetermined |
| 60.516 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $49.20 | N/A | Undetermined |
| 60.517 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $3,541.24 | N/A | Undetermined |
| 60.518 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $518.82 | N/A | Undetermined |
| 60.519 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $25.01 | N/A | Undetermined |
| 60.520 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $60.17 | N/A | Undetermined |
| 60.521 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $203.67 | N/A | Undetermined |
| 60.522 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $269.54 | N/A | Undetermined |
| 60.523 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $501.13 | N/A | Undetermined |
| 60.524 | Tooling System for Manufacturing Battery Terminals - Patent Ref No. 9954214 | $151.04 | N/A | Undetermined |
| 60.525 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $45.89 | N/A | Undetermined |
| 60.526 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $523.54 | N/A | Undetermined |
| 60.527 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $21.74 | N/A | Undetermined |
| 60.528 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $23.59 | N/A | Undetermined |
| 60.529 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $1,022.70 | N/A | Undetermined |
| 60.530 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $155.37 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.531 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $3,548.93 | N/A | Underminded |
| 60.532 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $238.64 | N/A | Underminded |
| 60.533 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $949.61 | N/A | Underminded |
| 60.534 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $169.32 | N/A | Underminded |
| 60.535 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $70.84 | N/A | Underminded |
| 60.536 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $48.88 | N/A | Underminded |
| 60.537 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $120.02 | N/A | Underminded |
| 60.538 | Tooling system for manufacturing battery terminals - Patent Ref No. 9954214 | $32.13 | N/A | Underminded |
| 60.539 | Troll Design Trmk CAN | $0.00 | N/A | Underminded |
| 60.540 | UV-curable compound for inhibiting oxidation of a battery terminal | $84.08 | N/A | Underminded |
| 60.541 | UV-curable compound for inhibiting oxidation of a battery terminal | $680.30 | N/A | Underminded |
| 60.542 | UV-curable compound for inhibiting oxidation of a battery terminal | $5,424.75 | N/A | Underminded |
| 60.543 | UV-Curable compound for sealing a battery | $71.50 | N/A | Underminded |
| 60.544 | UV-Curable compound for sealing a battery | $71.50 | N/A | Underminded |
| 60.545 | UV-curable compound for sealing a battery | $130.82 | N/A | Underminded |
| 60.546 | UV-curable compound for sealing a battery | $144.43 | N/A | Underminded |
| 60.547 | UV-curable compound for sealing a battery | $18.01 | N/A | Underminded |
| 60.548 | UV-curable compound for sealing a battery | $144.43 | N/A | Underminded |

| | | | |
|---|---|---|---|
| 60.549 | UV-curable compound for sealing a battery | $36.06 | N/A | Undetermined |
| 60.550 | UV-curable compound for sealing a battery | $54.61 | N/A | Undetermined |
| 60.551 | UV-curable compound for sealing a battery | $72.71 | N/A | Undetermined |
| 60.552 | UV-curable compound for sealing a battery | $54.61 | N/A | Undetermined |
| 60.553 | UV-Curable compound for sealing a battery | $1,878.14 | N/A | Undetermined |
| 60.554 | UV-Curable compound for sealing a battery | $1,083.17 | N/A | Undetermined |
| 60.555 | UV-Curable compound for sealing a battery | $1,454.75 | N/A | Undetermined |
| 60.556 | UV-Curable compound for sealing a battery | $18.25 | N/A | Undetermined |
| 60.557 | UV-curable compound for sealing a battery | $24.07 | N/A | Undetermined |
| 60.558 | UV-curable compound for sealing a battery | $24.05 | N/A | Undetermined |
| 60.559 | UV-curable compound for sealing a battery | $72.24 | N/A | Undetermined |
| 60.560 | UV-curable compound for sealing a battery | $120.23 | N/A | Undetermined |
| 60.561 | UV-curable compound for sealing a battery | $783.80 | N/A | Undetermined |
| 60.562 | UV-curable compound for sealing a battery | $142.72 | N/A | Undetermined |
| 60.563 | UV-curable compound for sealing a battery | $1,994.58 | N/A | Undetermined |
| 60.564 | UV-curable compound for sealing a battery | $6,525.97 | N/A | Undetermined |
| 60.565 | UV-curable compound for sealing a battery | $1,046.54 | N/A | Undetermined |
| 60.566 | UV-curable compound for sealing a battery | $97.46 | N/A | Undetermined |
| 60.567 | UV-curable compound for sealing a battery | $98.58 | N/A | Undetermined |
| 60.568 | UV-curable compound for sealing a battery | $281.67 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.569 | | | |
| UV-curable compound for sealing a battery | $98.60 | N/A | Undetermined |
| 60.570 | | | |
| UV-curable compound for sealing a battery | $75.17 | N/A | Undetermined |
| 60.571 | | | |
| UV-curable compound for sealing a battery | $250.57 | N/A | Undetermined |
| 60.572 | | | |
| UV-curable compound for sealing a battery | $49.84 | N/A | Undetermined |
| 60.573 | | | |
| UV-curable compound for sealing a battery | $183.61 | N/A | Undetermined |
| 60.574 | | | |
| UV-curable compound for sealing a battery | $26.48 | N/A | Undetermined |
| 60.575 | | | |
| UV-curable compound for sealing a battery | $221.22 | N/A | Undetermined |
| 60.576 | | | |
| UV-curable compound for sealing a battery | $108.69 | N/A | Undetermined |
| 60.577 | | | |
| UV-curable compound for sealing a battery | $505.48 | N/A | Undetermined |
| 60.578 | | | |
| UV-curable compound for sealing a battery | $2,676.98 | N/A | Undetermined |
| 60.579 | | | |
| UV-curable compound for sealing a battery | $307.96 | N/A | Undetermined |
| 60.580 | | | |
| UV-curable compound for sealing a battery | $396.37 | N/A | Undetermined |
| 60.581 | | | |
| UV-curable compound for sealing a battery | $55.58 | N/A | Undetermined |
| 60.582 | | | |
| UV-curable compound for sealing a battery | $278.81 | N/A | Undetermined |
| 60.583 | | | |
| UV-curable compound for sealing a battery | $1,405.59 | N/A | Undetermined |
| 60.584 | | | |
| UV-curable compound for sealing a battery | $3,180.05 | N/A | Undetermined |
| 60.585 | | | |
| UV-curable compound for sealing a battery | $436.83 | N/A | Undetermined |
| 60.586 | | | |
| UV-curable compound for sealing a battery | $149.40 | N/A | Undetermined |
| 60.587 | | | |
| UV-curable compound for sealing a battery | $1,889.47 | N/A | Undetermined |
| 60.588 | | | |
| UV-curable compound for sealing a battery | $2,391.69 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.589 | | | |
| UV-curable compound for sealing a battery | $330.64 | N/A | Undetermined |
| 60.590 | | | |
| UV-curable compound for sealing a battery | $3,357.61 | N/A | Undetermined |
| 60.591 | | | |
| UV-curable compound for sealing a battery | $685.32 | N/A | Undetermined |
| 60.592 | | | |
| UV-curable compound for sealing a battery | $98.36 | N/A | Undetermined |
| 60.593 | | | |
| UV-curable compound for sealing a battery | $369.77 | N/A | Undetermined |
| 60.594 | | | |
| UV-Curable compound for sealing a battery | $1,165.46 | N/A | Undetermined |
| 60.595 | | | |
| UV-Curable compound for sealing a battery | $1,009.15 | N/A | Undetermined |
| 60.596 | | | |
| UV-Curable compound for sealing a battery | $1,775.82 | N/A | Undetermined |
| 60.597 | | | |
| UV-curable compound for sealing a battery | $1,013.70 | N/A | Undetermined |
| 60.598 | | | |
| UV-curable compound for sealing a battery | $1,786.58 | N/A | Undetermined |
| 60.599 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11038156 | $214.15 | N/A | Undetermined |
| 60.600 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11038156 | $120.97 | N/A | Undetermined |
| 60.601 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $196.63 | N/A | Undetermined |
| 60.602 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $24.70 | N/A | Undetermined |
| 60.603 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $241.50 | N/A | Undetermined |
| 60.604 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $832.31 | N/A | Undetermined |
| 60.605 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $247.37 | N/A | Undetermined |
| 60.606 | | | |
| UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $108.21 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.607 | UV-curable compound for sealing a battery - Patent Ref No. 11283141 | $108.63 | N/A | Undetermined |
| 60.608 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $656.50 | N/A | Undetermined |
| 60.609 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $53.78 | N/A | Undetermined |
| 60.610 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $3,912.67 | N/A | Undetermined |
| 60.611 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $1,178.27 | N/A | Undetermined |
| 60.612 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $2,665.24 | N/A | Undetermined |
| 60.613 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $3,443.02 | N/A | Undetermined |
| 60.614 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $571.67 | N/A | Undetermined |
| 60.615 | UV-curable compound for sealing a battery - Patent Ref No. 11804640 | $153.20 | N/A | Undetermined |
| 60.616 | UV-Curable compound for sealing a battery - Patent Ref No. 11804640 | $899.90 | N/A | Undetermined |
| 60.617 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $1,749.21 | N/A | Undetermined |
| 60.618 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $276.54 | N/A | Undetermined |
| 60.619 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $199.60 | N/A | Undetermined |
| 60.620 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $75.17 | N/A | Undetermined |
| 60.621 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $990.14 | N/A | Undetermined |
| 60.622 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $671.45 | N/A | Undetermined |

| | | | |
|---|---|---|---|
| 60.623 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $307.44 | N/A | Undetermined |
| 60.624 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $352.45 | N/A | Undetermined |
| 60.625 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $222.65 | N/A | Undetermined |
| 60.626 | UV-curable compound for sealing a battery - Patent Ref No. 2021/04711 | $32.34 | N/A | Undetermined |
| 60.627 | UV-curable compound for sealing a battery & a molded plastic lid - Patent Ref No. 11038156 | $88.41 | N/A | Undetermined |
| 60.628 | UV-curable compound for sealing a battery and a molded plastic lid - Patent Ref No. 11038156 | $848.64 | N/A | Undetermined |
| 60.629 | UV-curable compound for sealing a battery terminal & a molded plastic lid | $63.43 | N/A | Undetermined |
| 60.630 | UV-curable compound for sealing a battery terminal & a molded plastic lid | $95.97 | N/A | Undetermined |
| 60.631 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11038156 | $4,124.79 | N/A | Undetermined |
| 60.632 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11038156 | $46.89 | N/A | Undetermined |
| 60.633 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11038156 | $492.21 | N/A | Undetermined |
| 60.634 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11038156 | $1,280.47 | N/A | Undetermined |
| 60.635 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11038156 | $166.08 | N/A | Undetermined |
| 60.636 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11283141 | $2,109.38 | N/A | Undetermined |
| 60.637 | UV-curable compound for sealing a battery terminal & a molded plastic lid - Patent Ref No. 11283141 | $31.93 | N/A | Undetermined |
| 60.638 | UV-curable compound for sealing a battery terminal and a molded plastic - Patent Ref No. 11283141 | $148.86 | N/A | Undetermined |

| 60.639 | | | |
|---|---|---|---|
| UV-Curable compound for sealing a battery terminal and a molded plastic lid - Patent Ref No. 11038156 | $35.19 | N/A | Underminded |

| 60.640 | | | |
|---|---|---|---|
| UV-curable compound for sealing a battery terminal and a molded plastic lid - Patent Ref No. 11038156 | $185.47 | N/A | Underminded |

| 60.641 | | | |
|---|---|---|---|
| UV-curable compound for sealing a battery terminal and a molded plastic lid - Patent Ref No. 11038156 | $2,304.86 | N/A | Underminded |

| 60.642 | | | |
|---|---|---|---|
| UV-curable compound for sealing battery terminal and a molded plastic lid | $15.66 | N/A | Underminded |

| 60.643 | | | |
|---|---|---|---|
| UV-curable compound for sealing battery terminal and a molded plastic lid - Patent Ref No. 11283141 | $67.01 | N/A | Underminded |

| 60.644 | | | |
|---|---|---|---|
| UV-curable compound for sealing battery terminals | $112.58 | N/A | Underminded |

| 60.645 | | | |
|---|---|---|---|
| Vehicle Reclaim Sys-Triclor USA - Patent Ref No. 7390364 | $1,427.19 | N/A | Underminded |

| 60.646 | | | |
|---|---|---|---|
| WG World Mark Design | $0.00 | N/A | Underminded |

**61. Internet domain names and websites**

| 61.1 | | | |
|---|---|---|---|
| https://www.linkedin.com/company/water-gremlin-co. | Undetermined | N/A | Undetermined |

| 61.2 | | | |
|---|---|---|---|
| https://www.watergremlin.com/ | Undetermined | N/A | Undetermined |

| 61.3 | | | |
|---|---|---|---|
| https://www.youtube.com/channel/UCUVlBp3k8I5BCG_B9aXiIuQ | Undetermined | N/A | Undetermined |

**62. Licenses, franchises, and royalties**

| 62.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

| 63.1 | | | |
|---|---|---|---|
| Customer List | Undetermined | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

| 64.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**65. Goodwill**

| 65.1 | | | |
|---|---|---|---|
| None | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| None | total face amount | | doubtful or uncollectible amount | = ➔ | $0.00 |
|---|---|---|---|---|---|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| None | Tax year | | $0.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| None | | $0.00 |
|---|---|---|

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

Westfield Insurance Company v. Water Gremlin Company, U.S. District Court for the District of Minnesota Case File No.: 0:23-cv-02178     Undetermined

| Nature of Claim | insurance Coverage Claim |
|---|---|
| Amount requested | Undetermined |

74.2

Westfield Insurance Company v. Water Gremlin Company, U.S. District Court for the District of Minnesota Case File No.: 0:23-cv-02598     Undetermined

| Nature of Claim | insurance Coverage Claim |
|---|---|
| Amount requested | Undetermined |

Debtor __Water Gremlin Company__
    Name
Case number *(if known)* 23-11775

Case 23-11775-LSS    Doc 195    Filed 12/20/23    Page 58 of 189

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| 75.1 | | |
|---|---|---|
| | Water Gremlin's claim for insurance coverage against State Automobile Mutual Insurance Company ("State Auto") and State Auto's denial thereof as described in its August 3, 2023 correspondence to counsel for Water Gremlin Company. | Undetermined |
| Nature of Claim | insurance Coverage Claim | |
| Amount requested | Undetermined | |

**76. Trusts, equitable or future interests in property**

| 76.1 | | |
|---|---|---|
| | None | $0.00 |

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| 77.1 | | |
|---|---|---|
| | Judgment against Robert W. Neal | $5,776,502.00 plus Costs and Disbursements |

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$5,776,502.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 12:**    **Summary**

---

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,925,819.01 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $1,773,468.86 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $5,237,222.17 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $10,248,441.00 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $0.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $7,322,955.49 | |
| **88. Real property.** Copy line 56, Part 9. | ➔ | $0.00 |
| **89. Intangibles and intellectual property..** Copy line 66, Part 10. | $0.00 | |

Debtor   <u>Water Gremlin Company</u>            Case number *(if known)* <u>23-11775</u>
Name

**90. All other assets.** Copy line 78, Part 11.       $5,776,502.00

**91. Total. Add lines 80 through 90 for each column**    91a. | $32,284,408.53 |     91b. | $0.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.                                    $32,284,408.53

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of Claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|
| | Undetermined | Undetermined |

2.1

U.S. Bank Equipment Company
1310 Madrid Street
Marshall, MN 56258

Date debt was incurred?
9/13/2019

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**
8 copiers together with all replacements, parts, repairs, additions, accessions and accessories incorporated therein or affixed or attached thereto and any and all proceeds of the foregoing, including, without limitation, insurance recoveries

**Describe the lien**
UCC Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

2.1

Adebola Adenusi
2225 Orleans Street West
Apt 229
Stillwater, MN 55082

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:       $1,786.54       $1,786.54
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.2

Aeh Soe
1269 McLean Ave
Apt #305
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

As of the petition filing date, the claim is:       $2,140.21       $2,140.21
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.3

Allan Stiever
1501 Park Street
Apt 128
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,628.00                    $5,628.00
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.4

Andrew Peterson
16785 2nd Street North
Lakeland, MN 55043

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $9,513.03                    $9,513.03
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.5

Barbara White
1444 8th Avenue Southeast
Forest Lake, MN 55025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $12,115.40                    $12,115.40
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.6

Barry Ly
1192 Bradley Street
Saint Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,438.88                    $2,438.88
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.7

Bee Yang
424 North English Street
Apt 206
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $29.52                    $29.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.8

Beng Thao
1539 Clarence Street
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,077.10                    $1,077.10
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.9

Bradley J. Hartsell
3080 Hazelwood St
Apartment 106
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $50,480.78   $15,150.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.10

Brett Malone
1880 Birch Street
Apt 106
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $3,863.29   $3,863.29
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.11

Brian Giller
528 78th Ave NE
Spring Lake Park, MN 55432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $1,189.43   $1,189.43
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.12

Brian Polski
2072 121st Lane Northwest
Coon Rapids, MN 55448

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,899.72                    $4,899.72
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.13

Buay Say
2733 6th Avenue East
North Saint Paul, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $163.19                    $163.19
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.14

Calvin Parenteau
6366 Buckridge Lane
Danbury, WI 54830

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,372.87                    $1,372.87
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.15

Chan Vue
2158 Mitchell Avenue
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,954.19          $1,954.19

2.16

Chao Lee
360 Wheelock Avenue East
Apt #1
Saint Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,552.07          $3,552.07

2.17

Chaxiong Xiong
112 Skyline Drive
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,665.22          $1,665.22

2.18

Chee Thao
9017 Jensen Ave S
Cottage Grove, MN 55016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$323.38          $323.38

2.19

Chee Yang
7501 Iris Dr North
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,058.00          $2,058.00

2.20

Chee Yang
7501 Iris Dr North
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.23          $5.23

2.21

Cher Thao
557 Westby Drive Northeast
Minneapolis, MN 55432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**           $3,417.96          $3,417.96
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.22

Cher Thao
557 Westby Drive Northeast
Minneapolis, MN 55432

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**            $728.28           $728.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.23

Chia Thao
44 Arlington Avenue West
Apt #110
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**           $2,470.34          $2,470.34
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.24**

Chong Lor
57 West Montana Avenue
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$4,010.00     $4,010.00

---

**2.25**

Christophe Chandler
3122 Copper Oaks Trail
Woodbury, MN 55125

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$11,580.30     $11,580.30

---

**2.26**

Chue Yang
699 Labore Road
Little Canada, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**

☑ No

☐ Yes

$5,210.14     $5,210.14

**2.27**

Dah Kee
550 YORK AVE
SAINT PAUL, MN 55130-4048

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $95.89                $95.89
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.28**

Daniel Grundhofer
6067 165th Street North
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $8,386.06                $8,386.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.29**

Daniel Krautkramer
1849 Park Street
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $7,590.04                $7,590.04
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.30**

Darren Johnson
13639 Ghia St. NE
Ham Lake, MN 55304

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,067.31     $7,067.31

**2.31**

David Letourneau
1760 2nd Street
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,839.36     $10,839.36

**2.32**

Dawn Svendsen
7337 Eden Circle
Lino Lakes, MN 55038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,984.65     $10,984.65

2.33

Desirae Rajdl
15684 Emerald Dr N
Unit 10
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $6,309.70     $6,309.70
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.34

Dillon Gibbs
510 Landing Circle
Hudson, WI 54016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $3,628.71     $3,628.71
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.35

Dominick Hermanson
1085 South Harte Avenue
Rush City, MN 55069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $12,539.42     $12,539.42
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.36

Doua Hang
12744 ERSKIN ST NE
MINNEAPOLIS, MN 55449-7495

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,239.52     $6,239.52

2.37

Dowell Vang
7417 Humboldt Avenue North
Brooklyn Park, MN 55444

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,305.23     $7,305.23

2.38

Dylan Garski
11565 Elmwood Avenue North
Champlin, MN 55316

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,480.00     $3,480.00

2.39

Edwin Shaughnessy
2387 County Rd F East
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**    $6,846.44    $6,846.44
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.40

Eh Taw
120 Iowa Ave W
Apt # 15
St Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**    $75.12    $75.12
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.41

Eric Hoff
2142 Barclay Street
Apt 110
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( __4__ )

**As of the petition filing date, the claim is:**    $3,736.32    $3,736.32
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.42**

Gay Moo
461 Maryland Ave W
St Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$10.24                $10.24

**2.43**

Gregory Levesseur
698 77th Street West
Lino Lakes, MN 55014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,467.49              $5,467.49

**2.44**

Hay Blut
378 Lawson Avenue East
Saint Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$369.60                $369.60

2.45

Heh Moo
1642 Conway Street
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $1,382.06      $1,382.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.46

Hsa Moo
864 Hawthorne Avenue East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $866.94      $866.94
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.47

Htaw Poe
2136 Cottage Avenue East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**      $23.81      $23.81
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.48

Htoo Htoo
1259 McLean Ave
Apt 202
St Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**           $2,134.52                $2,134.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.49

Htoo Nay Say
1446 Burke Ave West
Saint Paul, MN 55113

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**             $0.85                    $0.85
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.50

Htoo Poe
121 Hoyt Avenue West
Apt 11
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**            $48.73                   $48.73
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Water Gremlin Company
Name
Case number *(if known)* 23-11775

Case 23-11775-LSS   Doc 195   Filed 12/20/23   Page 79 of 189

2.51

Htoo Thein
1278 4th Street East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,638.00    $1,638.00

2.52

Jack Mong
860 Hawthorne Ave E
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,841.97    $2,841.97

2.53

Jacob Spencer
1211 Deer Haven Drive SE
Isanti, MN 55040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,047.00    $2,047.00

**2.54**

James Foster
1350 Madison Street
Hastings, MN 55033

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $12,951.79    $12,951.79
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.55**

James Joyce
368 2nd Avenue Southwest
Forest Lake, MN 55025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,119.96    $1,119.96
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.56**

Jason Kromrey
409 North Main Street
Center City, MN 55012

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,980.77    $3,980.77
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.57

Jeffrey Somers
4525 Xenia Avenue North
Crystal, MN 55422

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,143.46            $4,143.46

---

2.58

Jerry Hoppe
2623 Spruce Street
Little Canada, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$541.78            $541.78

---

2.59

Joel Stein
21020 Floral Bay Drive North
Forest Lake, MN 55025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,026.26            $7,026.26

**2.60**

Jonathan Nold
2319 Emerson Ave N
Minneapolis, MN 55411

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,407.71          $4,407.71

**2.61**

Jorn Nelsen
2628 South Avenue East
North Saint Paul, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,426.88          $6,426.88

**2.62**

Jose Mendez Lopez
517 1st Avenue South
South Saint Paul, MN 55075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,543.32          $3,543.32

2.63

Joseph Drake II
757 Bradley Street
Saint Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $6.58                    $6.58
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.64

Joshua Miller
114 Dunberry Pass
Hudson, WI 54016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $9,611.55                $9,611.55
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.65

Kao Her
810 North Hazel Street
Apt #309
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $5,690.79                $5,690.79
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.66**

Kao Thao
7016 92nd Street South
Cottage Grove, MN 55016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.51        $5.51

---

**2.67**

Kate Larsen
1480 Park Street
Apt 206
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$104.18        $104.18

---

**2.68**

Kenneth Alton
7146 330th Trail
Stacy, MN 55079

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,167.70        $10,167.70

2.69

Kevin Hanson
368 Rice Lake Road
Somerset, WI 54025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $15,830.26    $15,150.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.70

Kevin McNeally
38460 Coventry Drive
North Branch, MN 55056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $5,274.78    $5,274.78
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.71

Kham Thao
1616 E Rose Avenue
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $6,122.98    $6,122.98
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.72**

Kler Kaw
2061 Lydia Avenue East
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $2,887.50     $2,887.50
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.73**

Kong Yang
769 Englewood Ave
St. Paul, MN 55104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $3,601.50     $3,601.50
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.74**

Kou Chang
1471 6th St E
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $2,581.58     $2,581.58
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.75

Kou Vang
3252 Belmar Drive
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $612.79     $612.79
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.76

Kouler Her
2212 6th Street East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $3,387.55     $3,387.55
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.77

Ku Paw
310 Johnson Parkway
Apt #301
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**     $1,142.09     $1,142.09
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.78

La Kler
467 Maryland Avenue West
Apt 202
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $2,381.12   $2,381.12
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.79

Lah Paw Shar
461 Maryland Avenue West
Apt 309
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $1,638.40   $1,638.40
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.80

Lar Lao
762 23rd Avenue North
South Saint Paul, MN 55075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:** $6,699.92   $6,699.92
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.81

Lawrence Kyi
221 Larpenteur Avenue West
Apt 3
Roseville, MN 55113

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $519.44              $519.44
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.82

Lee Chang
805 Germain St
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $1,986.28            $1,986.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.83

Long Thao
1518 Reaney Avenue East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**              $5,946.65            $5,946.65
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.84

Long Vang
1880 Hyacinth Avenue East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $498.77                    $498.77
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.85

Ma San
1071 Virginia Street
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,388.99                    $2,388.99
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.86

Ma Vang
1119 Hawthorne Avenue East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $3,749.06                    $3,749.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

---

**2.87**

Mai Choua Yang
5581 Jenni Lane
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,190.70      $1,190.70

---

**2.88**

Mai Lor
1804 Sims Avenue
St Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,108.80      $1,108.80

---

**2.89**

Mark Schuldt
1069 Northview Park Road
Eagan, MN 55123

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,531.44      $7,531.44

2.90

Markneil Silva
40830 Fenian Way
North Branch, MN 55056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $14,134.63    $14,134.63
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.91

Mathew Alexander
6591 Birch St
North Branch, MN 55056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $9,335.82    $9,335.82
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.92

Matthew Kleidon
720 South Keller Avenue
Rush City, MN 55069

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,985.37    $3,985.37
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.93**

Matthew Knight
1608 Myrtle St N
Maplewood, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,578.72    $2,578.72

**2.94**

Melissa Cossio
3185 Karth Road
Apt. 329
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,724.23    $2,724.23

**2.95**

Merry Ohn
2061 Suburban Avenue
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,870.88    $1,870.88

**2.96**

Michael Peterson
224 Galaxy Drive
Circle Pines, MN 55014

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $3,788.75                    $3,788.75
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.97**

Michael Williams
210 Mayfair Road
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $4,562.61                    $4,562.61
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.98**

Mong Vang
2037 Duluth St
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $909.94                    $909.94
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.99

Moung Nu
1197 Wilson Avenue
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $1,463.96   $1,463.96
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.100

Mu Gay
461 Maryland Ave West
Apt #104
St Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $1,320.64   $1,320.64
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.101

Munpan Hpauyam
294 Ruth St N
Apt 10
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**   $931.20   $931.20
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.102**

Naw Chi
808 11 1/2 Avenue Southeast
Willmar, MN 56201

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,422.60          $4,422.60

---

**2.103**

Nhia Chou Vang
792 Mayhill Road North
Maplewood, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,279.97          $4,279.97

---

**2.104**

Nhia Her
2212 6th Street East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,318.32          $2,318.32

## 2.105

Nicholas Jonasen
2197 108th Street
New Richmond, WI 54017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,663.20                    $1,663.20
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

## 2.106

Noobneej Lor
397 Roy Street North
Saint Paul, MN 55104

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $3,024.69                    $3,024.69
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

## 2.107

Ofelia Alvarez Garcia
1393 North Woodbridge Street
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,551.50                    $2,551.50
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.108

Pa Wah
1668 Bush Ave
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*     $1,211.54     $1,211.54
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.109

Pa Xiong
1836 County Road 5 Northwest
Isanti, MN 55040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*     $6,219.24     $6,219.24
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

2.110

Pah Pyaw
452 Tower Street
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*     $2,211.04     $2,211.04
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**2.111**

Patrick Bane
1895 Jackson St
Maplewood, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $1,760.98                $1,760.98
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.112**

Patrick Malone
1491 92nd Street
New Richmond, WI 54017

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $343.27                $343.27
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.113**

Paul Thanavong
1024 76th Avenue North
Minneapolis, MN 55444

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $8,913.43                $8,913.43
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.114

Paula Jarvinen
4097 Wild Goose Lane
White Bear Township, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $8,155.31    $8,155.31
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.115

Peter Gibbs
510 Landing Circle
Hudson, WI 54016

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $10,544.28    $10,544.28
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.116

Pheng Lee
4494 Margaret Street
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,156.54    $2,156.54
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.117**

Pray Reh
1089 Burnquist St
Apt 7
St Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $680.32    $680.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.118**

Prem Yang
110 Skyline Drive
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,908.03    $1,908.03
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.119**

Qoua Thao
2411 Gall Avenue
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $338.50    $338.50
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.120

Randy Kieger
2135 11th Street
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,878.47          $4,878.47

2.121

Ray Htoo
461 Maryland Avenue West
Apt #104
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,848.00          $1,848.00

2.122

Richard Strenke Jr
20437 Granada Ave N
Forest Lake, MN 55025

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,411.76          $4,411.76

2.123

Robert Vang
1675 Old Hudson Rd
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $3,539.70        $3,539.70
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.124

Russell Spermbaur
2401 Highwood Avenue East
Maplewood, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $3,825.41        $3,825.41
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.125

Sa La
621 Maryland Ave E
St Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**        $1,880.45        $1,880.45
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.126

Saiwa Cha
650 Virginia St
Saint Paul, MN 55103

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $5,184.00    $5,184.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.127

Sawpakorn Wah
467 Maryland Ave W
Apt 308
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,787.11    $1,787.11
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.128

Sei Oon
859 4th Street East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**    $1,360.64    $1,360.64
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.129**

Seng Yang
7908 Sierra Parkway
Minneapolis, MN 55444

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,602.56        $7,602.56

**2.130**

Shar Polo
1471 Hazelwood Street
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,145.30        $3,145.30

**2.131**

Shaun McGlone
59 Jessamine Avenue East
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,190.11        $4,190.11

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

---

**2.132**

Sher Lah
2203 Mitchell Avenue
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $679.68    $679.68
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.133**

Shi Hsar
2646 Cowern Place
North Saint Paul, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $292.33    $292.33
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.134**

Shoua Vang
1022 Arkwright Street
Apt 2
Saint Paul, MN 55130

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,716.56    $2,716.56
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.135

Solai Lo
6418 111th Circle North
Champlin, MN 55316

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $1.78                    $1.78
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.136

Steven Tulp
34504 Nacre Street Northwest
Princeton, MN 55371

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $679.05                    $679.05
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

2.137

Stewart Campbell
3185 Karth Rd
Apt 115
White Bear Lake, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**                    $3,542.88                    $3,542.88
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.138**

Sue Her
1226 North Woodbridge Street
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $784.00    $784.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.139**

Sue Vang
1084 Norton Street
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $3,083.22    $3,083.22
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.140**

Suzanne Lajoie
9915 Tapestry Grove
Lake Elmo, MN 55042

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $5,258.41    $5,258.41
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.141

Ta Dah
55 Hyacinth Ave W
Apt 106
St. Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $2,289.06                $2,289.06
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.142

Ta Wah
1668 Bush Avenue
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $438.00                $438.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.143

Tania Morales Velez
669 Surrey Ave
St Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                $1,326.08                $1,326.08
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.144**

Tha Htoo
120 Iowa Avenue West
Apt 8
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $446.89    $446.89
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.145**

Thao Yang
2318 Navajo Road
North Saint Paul, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $5,865.52    $5,865.52
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.146**

Thay Wah
2010 Bush Ave E
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,318.32    $2,318.32
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.147

Theng Her
1813 Mechanic Avenue East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $5,717.04                    $5,717.04
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.148

Thong Vang
2168 Clark Street
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $2,510.25                    $2,510.25
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.149

Timothy Harding
2215 Reiling Rd
Lino Lakes, MN 55110

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**                    $6,043.51                    $6,043.51
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.150

Toua Her
104 Star Circle
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $4,038.22          $4,038.22
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.151

Touyanglylochuechao Lao
762 23rd Avenue North
South Saint Paul, MN 55075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $1,700.80          $1,700.80
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.152

Tracy Cain
3542 Edmar Lane Northeast
Wyoming, MN 55092

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**          $6,517.30          $6,517.30
*Check all that apply.*
☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No

☐ Yes

2.153

Travis Xiong
2610 Bittersweet Ln
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,189.26          $7,189.26

2.154

Tyler Fearing
638 Adams St NE
Unit 1
Minneapolis, MN 55413

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,814.86          $1,814.86

2.155

U Xiong
3342 Penn Ave N
Minneapolis, MN 55412

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,293.60          $2,293.60

2.156

Ue Thao
2917 Furness Place
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,474.56          $1,474.56

---

2.157

Vang Thao
1616 Rose Ave E
St Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$391.13          $391.13

---

2.158

Vidal Day
2136 Cottage Avenue East
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,020.48          $1,020.48

2.159

Wangmeng Yang
2296 Cowern Place East
North Saint Paul, MN 55109-4018

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,704.61      $1,704.61
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.160

Warren Klein
10512 Grouse Circle Northwest
Coon Rapids, MN 55433

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $690.73      $690.73
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.161

Williams Ramiro
1645 253rd Ave NE
Isanti, MN 55040

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $2,530.24      $2,530.24
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.162

Xang Yang
1957 Wilson Avenue
Apt #302
Saint Paul, MN 55119

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$15.66          $15.66

2.163

Xor Her
308 Bankers Drive
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$718.26          $718.26

2.164

Yan Wang
7659 64th Street North
Pine Springs, MN 55115

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,211.04          $2,211.04

2.165

Yeng Lor
91 Wheelock Parkway West
Saint Paul, MN 55117

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $758.97    $758.97
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.166

Yeng Moua
1172 Maryland Avenue East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $1,749.01    $1,749.01
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

2.167

Youa Thao
870 Geranium Avenue East
Saint Paul, MN 55106

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **4** )

**As of the petition filing date, the claim is:**    $9,425.17    $9,425.17
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

2.168

Zong Yang
128 Skyline Drive
Vadnais Heights, MN 55127

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 4 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employee PTO

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,737.07          $1,737.07

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1

A&S Manufacturing Co
Attn: Steve Churchill
PO Box 1282
Southeastern, PA 19399

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,455.00

3.2

Ace Supply Co. Inc.
7640 Commerce Way
Eden Prairie, MN 55344-2002

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$387.10

**3.3**

Adam Prock
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.4**

Adam's Pest Control Inc
922 Highway 55
Ste 100
Medina, MN 55340

**As of the petition filing date, the claim is:** $859.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.5**

Adebola Adenusi
2225 Orleans Street West
Apt 229
Stillwater, MN 55082

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.6**

Advanced Welding Technologies LLC
Attn: Anthony Mark Altnow
31055 Forest Blvd
Stacy, MN 55079

**As of the petition filing date, the claim is:** $730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.7

Akuthi Okoth
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.8

Alerus Retirement and Benefits
201 E Clark
Albert Lea, MN 56007

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.00

3.9

Allied Generators
Attn: Roger Heath
577 Shoreview Park Rd
Shoreview, MN 55126

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$365.00

3.10

Alvina DeMars
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.11

Amazon Capital Services Inc
PO Box 035184
Seattle, WA 98124

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $1,069.79
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.12

Andre Yasis
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.13

Angela Hancock
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.14

Ardys Dellores Hawn
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.15**

Automation, Inc.
4830 Azelia Ave N
Ste 500
Minneapolis, MN 55429

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,589.40

**3.16**

Barbara Svoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.17**

Barry & Sewall Industrial Supp
PO Box 50
Minneapolis, MN 55440-0050

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,657.29

**3.18**

Bob Marty Electric Inc
19660 Maidstone Way
Rogers, MN 55374

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,560.00

**3.19**

Bradley J. Hartsell
3080 Hazelwood St
Apartment 106
Maplewood, MN 55109

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.20**

Brian Wilcox
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.21**

Brianna Jungwirth
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.22**

BuhlerPrince, Inc.
Attn: Julie Mast
670 Windcrest Drive
Holland, MI 49423-5410

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,606.00

**3.23**

Burnell Brown
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24**

CDW Direct LLC
Attn: Cara Schuppe
PO Box 75723
Chicago, IL 60675-5723

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $226.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.25**

CenturyLink
PO Box 2956
Phoenix, AZ 85062-2956

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $330.05
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26**

CenturyLink Communications LLC
Business Services
PO Box 52187
Phoenix, AZ 85072-2187

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**          $3,614.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27**

Chemsolv LLC
Attn: Jamie Austin
1140 Industry Avenue, S.E.
Roanoke, VA 24013

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $91,576.42
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28**

Chet's Safety Sales Inc
8870 Rendova Street NE
Circle Pines, MN 55014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,809.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29**

Chet's Shoes LLC
8355 University Ave NE
Spring Lake Park, MN 55432

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $216.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**

Christopher Sager
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.31

Cindy Leitschuh
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.32

Cintas Corporation
Attn: Legal Dept
6800 Cintas Blvd
PO Box 625737
Cincinnati, OH 45262

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $23,229.75
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.33

Clarios LLC
Attn: Mark Wallace
Florist Tower
5757 N. Green Bay Ave
Glendale, WI 53209

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $326,066.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.34

Clearscape Outdoor Services
175 Old Highway 8 SW
New Brighton, MN 55112

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $4,530.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.35

Concept Machine Tool Sales, Inc.
15625 Medina Road
Minneapolis, MN 55447

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $733.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.36

Congress Tools Company, Inc.
51 Great Hill Road
Naugatuck, CT 06770

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $158.62
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.37

D-M-E Company, LLC
Attn: Customer Service
PO Box 854867
Minneapolis, MN 55485-4867

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,278.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.38

Danielle Heller
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.39

Darlene Frogner
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.40

David Kraemer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.41

David Rieck
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.42

David Smith
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.43

Dean Jr. Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.44

Dean Saunders
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.45

Deborah Skoog
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.46

Debra Currier
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

Debtor   Water Gremlin Company
Name
Case number *(if known)* 23-11775

Case 23-11775-LSS    Doc 195    Filed 12/20/23    Page 131 of 189

**3.47**

Dell Marketing LP
One Dell Way
Round Rock, TX 78682

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $111.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.48**

Dennis Gable
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.49**

Diamond Vogel Paints
2100 North Second Street
Minneapolis, MN 55411

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $2,443.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.50**

Doe Run Company
Attn: Elizabeth Snudden
75 Remittance Drive
Suite 2172
Chicago, IL 60675-2172

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is: $171,374.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.51**

Donald Johnson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.52**

Donald Lilliencrantz
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.53**

Dongo Tool Inc.
Attn: Debbie Goers
7979 Central Ave NE
St Louis Park, MN 55432

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,003.00

**3.54**

Doug Kohler
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.55

Driven Solutions
PO Box 125
Prescott, WI 54021

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $14,298.18
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.56

East Penn Manufacturing Co
Attn: Bryce Galcycnski
102 Deka Road
Lyon Station, PA 19536

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $52,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.57

Emily Louise Sharot
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.58

Emily Swoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.59**

Employer Solutions Staffing Group
LSQ Funding Group, L.C.
PO Box 741383
Atlanta, GA 30374-1383

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $4,389.68
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.60**

Entherm, Inc.
Attn: Richard Kornbluth
500 East Travelers Trail
Suite 100
Burnsville, MN 55337

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $27,557.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.61**

Erlinda Gonzales
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

ESCA Tech Inc
3747 North Booth Street
Milwaukee, WI 53212

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                    $644.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.63

EvolveIP
PO Box 1023
Southeastern, PA 19398-1023

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,390.47

3.64

eZcom Software, Inc.
Attn: Kristin Lyons
25 Rockwood Place, Ste 420
Englewood, NJ 07631

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$280.00

3.65

Ferriere di Stabio S.A.
Attn: Sandy Leavitt
PO Box 76
Via Laveggio 6/A
Stabio, CH 06855
Switzerland

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$23,076.90

3.66

Fetter Logistics Inc
PO Box 484
Hudson, WI 54016

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$418.93

**3.67**

Fisher Scientific Company LLC
Acct# 527475 001
13551 Collection Center Drive
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$318.22

---

**3.68**

Forvis
PO Box 200870
Dallas, TX 75320-0870

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,930.00

---

**3.69**

Fox Valley Metrology
3114 Medalist Drive
Oshkosh, WI 54902

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,098.82

---

**3.70**

Gary Currier
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.71**

Genesis Logistics
800 Thomas Drive
Unit A
Bensenville, IL 60106

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,663.00

---

**3.72**

Gerald Brink
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.73**

Gerard Malone
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.74**

Glacier Technology Inc
1846 Berkshire Lane
Plymouth, MN 55441

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,848.66

**3.75**

Global Industrial
29833 Network Place
Chicago, IL 60673-1298

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,085.81

**3.76**

Gopher Electronics Co.
222 Little Canada Road
St. Paul, MN 55117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,694.70

**3.77**

Gopher Resource, LLC
Attn: Ray Krantz
Lockbox 446031
PO Box 64067
St Paul, MN 55164-0067

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$516,395.33

**3.78**

Grace Stauffer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

Debtor    Water Gremlin Company
Name
Case number *(if known)* 23-11775

Case 23-11775-LSS    Doc 195    Filed 12/20/23    Page 139 of 189

3.79

Grainger, Inc.
Attn: Cust Service
Dept. 806674701
Palatine, IL 60038-0001

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$35,891.52

---

3.80

Grant Leitschuh
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.81

Greg Gavin
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.82

Gregory John Duffy
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.83**

Harry Grogan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.84**

Hartfiel Automation, Inc
Attn: Kelly Ordorff
NW 6091
PO Box 1450
Minneapolis, MN 55485-6091

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,360.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.85**

Heartland Business Systems LLC
PO Box 856846
Minneapolis, MN 55485-6846

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $1,095.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86**

Innovative Office Solutions, L
Attn: Tammy Lee
Lockbox # 131434
PO Box 1414
Minneapolis, MN 55480-1414

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**      $748.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87**

Insight Direct USA Inc
Attn: Joyce Bernal
PO Box 731069
Dallas, TX 75373-1069

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $327.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.88**

Integrated Corporate Health
2403 Sidney Street
Ste 800
Pittsburgh, PA 15203

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $7,356.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.89**

International Chemtex Corp.
Attn: Erin
KB 31
PO Box 9305
Minneapolis, MN 55440-9305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $3,443.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.90**

Jackie L. Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.91

James Hughes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

<u>Undetermined</u>

3.92

Jane Hart
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

<u>Undetermined</u>

3.93

Jerome Bennek
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

<u>Undetermined</u>

3.94

Joan Bergman
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

<u>Undetermined</u>

---

3.95

Joe Dell Wiggins
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.96

John Bucholz
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

---

3.97

John Henry Foster MN Inc.
Attn: Bobbi M. Longley
PO Box 860625
Minneapolis, MN 55486

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

$6,464.77

---

3.98

Joshua Ziedlik
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Undetermined

| Debtor | Water Gremlin Company | Case number *(if known)* 23-11775 |
|--------|----------------------|-----------------------------------|
| | Name | |

Case 23-11775-LSS    Doc 195    Filed 12/20/23    Page 144 of 189

**3.99**

Judith Gunn
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.100**

Kamps North, Inc.
PO Box 675126
Detroit, MI 48267-5126

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,180.00

**3.101**

Karen Johnston
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.102**

Karen Marie Formanek
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.103

Kerri Luecke
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.104

KnowBe4, Inc.
Attn: Legal and Alicia Dietzen
33 N Garden Ave
Suite 1200
Clearwater, FL 33755

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,788.08
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.105

Kylee Rossbach-Jordan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.106

Larry Missling
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.107**

Laura Anderson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.108**

Laura Antrim
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

**3.109**

Lawnpro Grounds Maintenance
PO Box 374
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,314.54

---

**3.110**

Leilani Lee Erickson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.111**

Level 3 Communications
PO Box 910182
Denver, CO 80291-0182

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,110.23

---

**3.112**

Liebovich Steel & Aluminum Co
PO Box 1779
Cedar Rapids, IA 52406

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,390.00

---

**3.113**

Linda Ann Guanzini
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

**3.114**

Lisa Sager
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

**3.115**

Lloyd Bicha
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.116**

Loffler Companies Inc
Attn: Janet T
PO Box 660831
Dallas, TX 75266-0831

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $732.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.117**

Loffler Companies Inc.
Attn: Jessica McNeil
Bin #131511
PO Box 1511
Minneapolis, MN 55480-1511

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     $3,009.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.118**

Louise Bestow
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.119

Louise Newsom
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.120

Lube Tech and Partners LLC
Attn: Customer Service
29573 Network Place
Chicago, IL 60673-1295

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,289.70

---

3.121

Luke Kubal
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.122

Mac-Mold Base Inc
Attn: Michael Jay Gustavus
14921 32 Mile Rd
Romeo, MI 48065

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,100.00

3.123

Marie Hedican
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.124

Mark Anderson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.125

Mary Ray
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

---

3.126

Matthew Alexander
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

Undetermined

3.127

McMaster-Carr Supply Co
Attn: Jay Kozak
PO Box 4355
Chicago, IL 60680

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $10,795.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.128

Meaden Precision Machined Prod
Attn: Theresa Chavez
16 W 210 83rd Street
Burr Ridge, IL 60527

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           $1,143.93
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.129

Michael Prendergast
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.130

Michael Truhler
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**           Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.131

Michelle Tripp
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.132

Midland Paper Company
Attn: Nick Rog
1140 Paysphere Circle
Chicago, IL 60674

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $9,490.79
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.133

Mike Watts & Associates
15505 W 89th Terrace
Lenexa, KS 66219

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $846.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.134

Minnesota Glove & Safety, Inc.
Attn: Tami Draheim
203 East Marie Avenue
West St. Paul, MN 55118

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,547.21
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.135

Mission Filtration
750 Vandalia Street
St Paul, MN 55114

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $2,961.30
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.136

Motion Industries, Inc.
Attn: Linda Wood
PO Box 504606
St. Louis, MO 63150-4606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $9,610.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.137

Mou Koi Xiong
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.138

MRI Software LLC
Attn: Tony Lipinski
7900 West 78th Street
Ste 400
Edina, MN 55439

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                      $44.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.139

MSC Industrial Supply Co.
PO Box 953635
St Louis, MO 63195-3635

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $2,607.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.140

MTI (Metal Treaters, Inc.)
Attn: Denise J.
859 N. Prior Ave
St. Paul, MN 55438

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $1,200.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.141

NAC
1001 Labore Industrial
Ste B
Vadnais Heights, MN 55110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $474.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.142

Newark element14
33190 Collection Center Drive
Chicago, IL 60693-0331

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                              $365.83
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.143

NHA Heating & Air Conditioning
13980 Kristin Lane
Carver, MN 55315-9235

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $12,469.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.144

Nordson EFD LLC
Attn: Yoshabel Jorge
PO Box 777959
Chicago, IL 60677-7009

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $21,585.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.145

North Star Coating Inc
6224 Lakeland Ave N
Ste 108
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,405.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.146

Northern States Filtration Co.
648 Mendelssohn Ave N
Golden Valley, MN 55427

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,443.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.147**

OEE Companies LLC
Attn: Jason Schaller
855 Village Center Dr
#336
North Oaks, MN 55127

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $23,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.148**

Okabe Co., Ltd
2-8-2, Oshiage, Sumida-ku
Tokyo 131-0045
Japan

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                      $21,615,912.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unsecured Mizuho Loan Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.149**

Okabe Company Inc
Attn: Terri Harris
C/O Mizuho Corporate Bank
PO Box 3235
New York, NY 10008

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $529,318.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.150**

Old Dominion Freight Line, Inc
Attn: Customer Service
14933 Collection Center Dr.
Chicago, IL 60693-4933

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                          $1,139.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.151**

Olender LLC
1912 Flandrau Street
Maplewood, MN 55109

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $1,275.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.152**

Open Text Inc
c/o JP Morgan Lockbox
24685 Network Place
Chicago, IL 60673-1246

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                     $551.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.153**

Owen Lofthus
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                 Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.154**

Owens Companies, Inc.
Attn: Mary Castaneda
930 East 80th Street
Bloomington, MN 55420

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                  $44,433.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.155**

Pace Analytical Services LLC
PO Box 684056
Chicago, IL 60695-4056

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $51,643.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.156**

Page Stevens
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.157**

Panther Precision Machine Inc
6640 Sunwood Drive NW
Ramsey, MN 55303

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,991.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.158**

Parallel Technologies, Inc.
VB 147
PO Box 9202
Minneapolis, MN 55480-9202

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $546.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.159

Patrick James Hedican
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.160

Patrick Lanigan
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.161

PC Connection Sales Corporatio
PO Box 536472
Pittsburgh, PA 15253-5906

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $194.98
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.162

Perkins Coie
Attn: Melissa Duff
Attn Client Accounting
PO Box 24643
Seattle, WA 98124-0643

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**     $8,220.91
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.163**

Plastics International
C/O Minnesota Plastic
7600 Anagram Drive
Eden Prairie, MN 55344

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $768.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.164**

Power/Mation Division, Inc.
Attn: Al Rausch
1310 Energy Lane
Saint Paul, MN 55108

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $14,980.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.165**

Preferred Tool LLC
Attn: Jon Granger
PO BOX 493
Hugo, MN 55038

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                  $3,290.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.166**

Premier Lighting Inc
2885 Country Drive
Ste 135
St. Paul, MN 55117

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $288.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.167

Priscilla Stauffer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.168

Quality Forklift Sales & Servi
5300 12th Avenue East
Shakopee, MN 55379

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,494.82
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.169

Quality Tape, Inc.
1607 South Concord St.
PO Box 765
South St. Paul, MN 55075

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $667.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.170

Quench USA, Inc.
PO Box 735777
Dallas, TX 75373-5777

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,610.41
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171**

Ramsey County
Attn: Legal Dept
PO Box 64045
St Paul, MN 55164

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $240,287.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172**

Randy Nelson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173**

Reliable Bronze & Mfg Inc
Dept. #1807
PO Box 5905
Carol Stream, IL 60197

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,219.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174**

Richard Svoboda
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.175

Robert Kappes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.176

Rock Tierney
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.177

Rodix Inc
2316 23rd Ave.
Rockford, IL 61104-7337

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $848.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.178

Roland Missling
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.179

Ronald Johnson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.180

RoofCare Service Center LLC
Attn: Legal Dept
851 E. I-65 Service Road S.
Ste 300
Mobile, AL 36606

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$276,372.46

3.181

Ross Abernathy
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.182

Roxanne Wilcox
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

3.183

RSM US LLP
5155 Paysphere Circle
Chicago, IL 60674-0051

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $8,421.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.184

Safety-Kleen Systems, Inc.
PO Box 975201
Dallas, TX 75397-5201

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $3,165.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.185

Sage Hockinson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.186

Sara Robertson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.187**

Sarah Kraemer
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.188**

Sarah Monley
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**3.189**

Service Plus Logistics, Inc.
Attn: Kimberly Kormanik
3686 Flowerfield Rd
Blaine, MN 55014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,125.20

**3.190**

Service Plus Transport, Inc.
Attn: Kim Kormanik
3686 Flowerfield Road
Blaine, MN 55014

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,198.43

3.191

Shari Bicha
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.192

Sherwin Williams
1028 Highway 96 E
Vadnais Heights, MN 55127-2309

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $487.51
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.193

Shirley Stortroen
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed
**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.194

Shred-It USA LLC
28883 Network Place
Chicago, IL 60673-1288

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $258.48
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.195**

SPS Commerce, Inc.
PO Box 205782
Dallas, TX 75320-5782

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $669.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.196**

Stanley Engineered Fastening L
Attn: Henry Boyton; Judy Kassel
4 Shelter Rock Lane
Danbury, CT 06810

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $17,056.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.197**

State Automobile Mutual Insurance Company
c/o BatesCarey LLP
Attn: Adam H. Fleischer
191 N. Wacker, Suite 2400
Chicago, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.198**

Steve Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.199

Steve LaLiberte
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.200

Steven Kappes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.201

StormWind LLC
17550 N. Perimeter Dr.
Ste 300
Scottsdale, AZ 85255

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $4,470.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.202

Summit Fire Protection
PO Box 851675
Minneapolis, MN 55485-1675

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                    $7,574.47
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.203**

Sunnen Products Company
PO Box 790379
St. Louis, MO 63179

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** $288.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.204**

Susan Carole Carlson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.205**

Susan Thomson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.206**

Susan Wakefield-Olson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:** Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

3.207

Tennant Sales & Service Compan
PO Box 71414
Chicago, IL 60694-1414

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,431.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.208

Terry Robertson
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.209

The Cary Company
PO Box 88670
Chicago, IL 60680-1670

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $2,110.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

3.210

Thomas Scientific
Attn: Traci Ann Shiffer
7125 Northland Terrace N
Ste 100
Brooklyn Park, MN 55428

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $58,143.82
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.211**

TIE Commerce, Inc.
PO Box 412823
Boston, MA 02241-2823

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $1,707.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.212**

Tiffin Foundry & Machine, Inc.
Attn: Steven Sobol
PO Box 37
Tiffin, OH 44883

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $4,730.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.213**

Torrington Brush Works, Inc.
4377 Independence Ct
Sarasota, FL 34234

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $44.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.214**

Total Tool Supply Inc.
Attn: Carrie
PO Box 860681
Minneapolis, MN 55486

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                 $2,758.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.215

Trans-Matic Manufacturing
Attn: Lori Dewitt
300 E 48th Street
Holland, MI 49423

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $245,460.56
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.216

UHL Company Inc
Lockbox 191
PO Box 1575
Minneapolis, MN 55480-1575

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $2,352.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.217

Uline Enterprises
PO Box 88741
Chicago, IL 60680-1741

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $1,491.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.218

United Electric
Attn: Joan. Follmer
PO Box 802578
Chicago, IL 60680-2578

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                    $9,254.97
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.219

United Gear & Assembly, Inc.
L-3898
Columbus, OH 43260

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $763.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.220

United Surface Preparation, In
Attn: Toni Zitzloff
900 Lund Blvd
Anoka, MN 55303

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $1,051.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.221

UPS, Inc.
PO Box 809488
Chicago, IL 60680-9488

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $794.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.222

Versique, Inc.
6465 Wayzata Blvd.
Ste 800
Minneapolis, MN 55426

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:                                    $1,650.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.223

Voestalpine High Performance M
Attn: AR
PO Box 856088
Minneapolis, MN 55485-6088

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $1,779.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.224

Warehouse Plus Inc.
20981 County Hwy 24
West Concord, MN 55985

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $297.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.225

Water Gremlin Holdings
4400 Otter Lake Rd
White Bear Township, MN 55110

**Date or dates debt was incurred**
Various

As of the petition filing date, the claim is:    $15,918,138.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Intercompany Payable to HoldCo

**Is the claim subject to offset?**
☑ No

☐ Yes

3.226

Westfield Insurance Company
c/o GOETZ & ECKLAND P.A.
Attn: Michael S. Rowley
Banks Building
615 1st Avenue NE, Suite 425
Minneapolis, MN 55413

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    Undetermined
*Check all that apply.*

☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
Litigation Claims

**Is the claim subject to offset?**
☑ No

☐ Yes

3.227

WestRock
Attn: Legal Dept
1000 Abernathy Rd NE
Sandy Springs, GA 30328

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                 $17,650.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.228

White Bear Township
Attn: Patrick Christopherson
1281 Hammond Road
White Bear Township, MN 55110

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                 $27,828.67
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.229

WorldWide Express
29228 Network Place
Chicago, IL 60673

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**                                 $10,460.01
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.230

Xcel Energy
c/o Bankruptcy Department
Attn: Katie Ann Miller
PO Box 9477
Minneapolis, MN 55484

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $272,585.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.231

Xeng Vang
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Workers' Comp Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

3.232

Xtra Lease LLC
7911 Forsyth Blvd.
Suite 600
St. Louis, MO 63105-3825

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $1,670.61
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.233

Zep Sales & Service
13237 Collections Center
Chicago, IL 60693

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $2,023.74
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.234

Zoro
PO Box 5233
Janesville, WI 53547-5233

**Date or dates debt was incurred**
Various

**As of the petition filing date, the claim is:**    $8,337.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.235

Thomas Stephen Flater
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.236

Thomas Vadnais
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.237

Tori Stebbing
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

---

3.238

Violet Hughes
Attn: Dean M Salita
13911 Ridgedale Drive, Suite 325
Minneapolis, MN 55305

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Tort Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Undetermined

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $602,362.42 |
| 5b. **Total claims from Part 2** | 5b. | $40,984,409.96 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $41,586,772.38 |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:** **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Agreement | Adam's Pest Control, Inc.<br>922 Highway 55<br>Suite 100<br>Medina, MN 55340 |
| | **State the term remaining** | Effective Date: 2/27/2014 | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Prevention Plus Agreement | Adam's Pest Control, Inc.<br>922 Highway 55<br>Suite 100<br>Medina, MN 55340 |
| | **State the term remaining** | Effective Date: 9/1/2020 | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Administrative Services Agreement | Alerus Retirement and Benefits<br>201 East Clark Street<br>Albert Lea, MN 56007 |
| | **State the term remaining** | Effective Date: 1/1/2017 | |
| | **List the contract number of any government contract** | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Material Supply Agreement | C&D Technologies, Inc. and its subsidiaries including Trojan Battery Company, LLC (collectely, CDTR and/or TBC) and the members listed on Attachment "B" 200 W Main Street Attica, IN 47918 |
| | State the term remaining | Effective Date: 3/1/2022 | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Vending Services Agreement | C&S Vending Company, Inc. Attn: Ryan Wagner 1919 NW 2nd Street PO Box 876 Faribault, MN 55021 |
| | State the term remaining | Effective Date: 3/1/2016 | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Specialty Apparel Renta Service Agreement | Cintas 6800 Cintas Boulevard Mason, OH 45040 |
| | State the term remaining | Effective Date: 7/19/2019 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Outdoor Services Agreement | Clearscape Outdoor Services Attn: Matt Johnson 175 Old Highway 8 SW New Brighton, MN 55112 |
| | State the term remaining | Effective Date: 11/1/2023 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | DDMN ASO, LLC PO Box 330 Minneapolis, MN 55440 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Consignment Agreement | Driven Solutions LLC PO Box 125 Prescott, WI 54021 |
| | State the term remaining | Effective Date: 2/2/2023 | |
| | List the contract number of any government contract | | |

Debtor  Water Gremlin Company
        Name

Case number *(if known)* 23-11775

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal for Renewal Integrated Service Agreement |
| | | EESCO |
| | | 601 Lakeview Poiunt Dr |
| | | New Brighton, MN 55112 |
| | **State the term remaining** | Effective Date: 3/22/2023 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Staffing Agreement |
| | | Employer Solutions Staffing Group, LLC |
| | | 7301 Ohms Ln |
| | | Ste 405 |
| | | Edina, MN 55439 |
| | **State the term remaining** | Effective Date: 11/7/2017 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | End User License Agreement |
| | | Epicor Software Corporation |
| | | 18200 Von Karman Avenue |
| | | Suite 1000 |
| | | Irvine, CA 92612 |
| | **State the term remaining** | Effective Date: 12/22/2006 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Order |
| | | Evolve IP, LLP |
| | | 630 Allendale Rd |
| | | King of Prussia, PA 19406 |
| | **State the term remaining** | Effective Date: 8/7/2023 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | Lead Purchase Agreement |
| | | Gopher Resource, LLC |
| | | 2900 Lone Oak Pkwy |
| | | Ste 140A |
| | | Eagan, MN 55121 |
| | **State the term remaining** | Effective Date: 1/1/2023 |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Conversion Recycling Agreement |
| | | Gopher Resource, LLC |
| | | 2900 Lone Oak Pkwy |
| | | Ste 140A |
| | | Eagan, MN 55121 |
| | **State the term remaining** | Effective Date: 6/1/2023 |
| | **List the contract number of any government contract** | |

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work | Heartland Business Systems, LLC |
|---|---|---|---|
| | | | 101 Broadway Ave W |
| | | | Ste 106 |
| | **State the term remaining** | Effective Date: 2/1/2023 | Osseo, MN 55369 |
| | **List the contract number of any government contract** | | |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Maintenance Agreement | John Henry Foster MN, Inc. |
|---|---|---|---|
| | | | 3103 Mike Collins Dr |
| | **State the term remaining** | Effective Date: 6/1/2023 | Eagan, MN 55121 |
| | **List the contract number of any government contract** | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | KnowBe4 |
|---|---|---|---|
| | | | 33 N Garden Ave |
| | | | Ste 1200 |
| | **State the term remaining** | | Clearwater, FL 33755 |
| | **List the contract number of any government contract** | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | KONE Care Maintenance Agreement | KONE |
|---|---|---|---|
| | | | 2965 Lone Oak Drive |
| | | | Suite 100 |
| | **State the term remaining** | Effective Date: 12/1/2021 | Eagan, MN 55121 |
| | **List the contract number of any government contract** | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Grounds Maintenance Contract | LawnPro Grounds Maintenance |
|---|---|---|---|
| | | | PO Box 374 |
| | | | Hugo, MN 55038 |
| | **State the term remaining** | Effective Date: 4/1/2017 | |
| | **List the contract number of any government contract** | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease Agreement | Loffler |
|---|---|---|---|
| | | | 1101 E 78th St |
| | | | Bloomington, MN 55420 |
| | **State the term remaining** | Effective Date: 8/30/2023 | |
| | **List the contract number of any government contract** | | |

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Order | Luther White Bear Acura Subaru<br>3525 N Hwy 61<br>White Bear Lake, MN 55110 |
|---|---|---|---|
| | State the term remaining | Effective Date: 1/26/2021 | |
| | List the contract number of any government contract | | |

| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease Order | Luther White Bear Acura Subaru<br>3525 N Hwy 61<br>White Bear Lake, MN 55110 |
|---|---|---|---|
| | State the term remaining | Effective Date: 1/4/2022 | |
| | List the contract number of any government contract | | |

| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | Masterson Staffing Solutions Inc.<br>3300 Fernbrook Ln N<br>Ste 200<br>Plymouth, MN 55447 |
|---|---|---|---|
| | State the term remaining | Effective Date: 6/18/2021 | |
| | List the contract number of any government contract | | |

| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Midwest Protection Agency Inc. Contract | Midwest Protection Agency Inc.<br>533 Central Ave<br>Minneapolis, MN 55369 |
|---|---|---|---|
| | State the term remaining | Effective Date: 10/5/2023 | |
| | List the contract number of any government contract | | |

| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Nations Roof, LLC<br>851 E. I-65 Service Road S<br>Suite 300<br>Mobile, AL 36606 |
|---|---|---|---|
| | State the term remaining | Effective Date: 7/26/2023 | |
| | List the contract number of any government contract | | |

| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Pitney Bowes Inc.<br>PO Box 981026<br>Boston, MA 02298-1026 |
|---|---|---|---|
| | State the term remaining | Effective Date: 4/29/2022 | |
| | List the contract number of any government contract | | |

| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | PMC Insurance Agency, Inc. PMC Insurance Group 209 Burlington Rd Ste 109 Bedford, MA 01730 |
| | **State the term remaining** | Effective Date: 8/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Robert Half 30 E. 7th Street Suite 3150 St. Paul, MN 55101 |
| | **State the term remaining** | Effective Date: 10/16/2023 | |
| | **List the contract number of any government contract** | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Closed-End Motor Vehicle Lease Agreement | Rudy Luthers White Bear Motors 3525 Hwy 61 N White Bear Lake, MN 55110 |
| | **State the term remaining** | Effective Date: 1/4/2023 | |
| | **List the contract number of any government contract** | | |

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Professional Services Agreement | Stantec Consulting Services Inc. Attn: Aaron Benker 1800 Pioneer Creek Center Maple Plain, MN 55359 |
| | **State the term remaining** | Effective Date: 5/26/2021 | |
| | **List the contract number of any government contract** | | |

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Epic Live Order Agreement | StormWind, LLC 17550 N Perimeter Dr Ste 300 Scottsdale, AZ 85255 |
| | **State the term remaining** | Effective Date: 9/29/2023 | |
| | **List the contract number of any government contract** | | |

| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Subaru Motors Finance PO Box 78058 Phoenix, AZ 85062-8058 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Inspection Service Agreement | Summit Fire Protection Co. Attn: Matthew Allen 575 Minnehaha Ave West St. Paul, MN 55103 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 8/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Inspection Service Agreement | Summit Fire Protection Co. Attn: Matthew Allen 575 Minnehaha Ave West St. Paul, MN 55103 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 8/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | UKG Inc. PO Box 930953 Atlanta, GA 31193-0953 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 3/23/2021 | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | United of Omaha Life Insurance Company 3300 Mutual of Omaha Plaza Omaha, NE 68175 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 1/1/2023 | |
| | **List the contract number of any government contract** | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | United of Omaha Life Insurance Company 3300 Mutual of Omaha Plaza Omaha, NE 68175 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment Number One to the Letter of Understanding | W.W. Grainger, Inc. 100 Grainger Pkwy Lake Forest, IL 60045 |
|---|---|---|---|
| | **State the term remaining** | Effective Date: 7/28/2022 | |
| | **List the contract number of any government contract** | | |

Debtor    Water Gremlin Company
          Name

Case number *(if known)* 23-11775

| | | | |
|---|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Revised T&M Agreement | Wenck now Stantec<br>Attn: Aaron Benker<br>1800 Pioneer Creek Center<br>Maple Plain, MN 55359 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Equipment Lease Agreement | XTRA Lease<br>7911 Forsyth Blvd.<br>Suite 600<br>St. Louis, MO 63105-3825 |
| | **State the term remaining** | Effective Date: 7/5/2022 | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ **Check if this is an amended filing**

## Official Form 206H
## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1 Okabe Co., Ltd | 2-8-2, Oshiage, Sumida-ku Tokyo 131-0045 Japan | Mizuho Bank | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

Debtor name: Water Gremlin Company

United States Bankruptcy Court for the: District of Delaware

Case number: 23-11775

☑ **Check if this is an amended filing**

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☑ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

| 12/18/2023 | /s/ Bradley J. Hartsell |
|---|---|
| Executed on | Signature of individual signing on behalf of debtor |
| | Bradley J. Hartsell |
| | Printed name |
| | President |
| | Position or relationship to debtor |